IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVENT INTERNATIONAL CORPORATION,<br><br>*Petitioner*,<br><br>v.<br><br>ANDRE EL-MANN ARAZI, GONZALO PEDRO ROBINA IBARRA, FIBRA UNO ADMINISTRACION S.A. DE C.V.,<br><br>*Respondents*. | Misc. Case No.:<br><br>Underlying Action:<br><br>*Servicios Funerarios GG, S.A. de C.V. v. Advent International Corporation*, Case No. 23-CV-10684-IT (D. Mass.) |

**ADVENT INTERNATIONAL CORPORATION'S RULE 7.1 CORPORATE
<u>DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Petitioner Advent International Corporation, n/k/a Advent International, L.P. ("AIC"), by and through its undersigned counsel, certifies that AIC has no parent corporation and that no publicly held corporation owns 10 percent or more of AIC's stock. At the time the underlying action was filed AIC was a citizen of Delaware and Massachusetts.

Dated: January 10, 2024

Respectfully submitted,

*/s/ Peter L. Welsh*

Peter L. Welsh
Daniel V. Ward*
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7050
Peter.Welsh@ropesgray.com
Daniel.Ward@ropesgray.com

Andrew J. Rossman
Nicholas A. S. Hoy
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
andrewrossman@quinnemanuel.com
nicholashoy@quinnemanuel.com

Gabriel F. Soledad
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
1300 I Street NW
Washington, D.C. 20005
(202) 538-8000
gabrielsoledad@quinnemanuel.com

Joseph H. Margolies
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 705-7400
josephmargolies@quinnemanuel.com

*Counsel for Petitioner AIC*

*\*Pro Hac Vice forthcoming*