# EXHIBIT 2



March 24, 2014

# Conceptual Executive Incentive Program Design

*for*



*These materials are confidential and to be used only by the client to whom they are addressed*

# Fibra Uno has engaged Farient Advisors (Farient) to assist with the design of short-term (i.e., annual) and long-term incentives for its executives

- Fibra Uno is a high growth Mexican FIBRA (with similarities to a U.S. REIT) traded on the Mexican stock exchange

- Farient is a U.S. executive compensation consulting firm

- Fibra Uno specifically engaged a U.S. executive compensation consulting firm because:

  - A significant portion of Fibra Uno's shareholders are U.S. institutional investors

  - These investors would like to see an executive incentive program with typical U.S. style features

2

# Farient is a fast-paced growth organization built specifically to meet today's pressing executive compensation market needs





- **Founded in 2007**
- **20+ staff** members
- **Clients and experience across a wide variety of industries and growth/ maturity stages**
- Outstanding **relationships**
- Heavy **experience** in **transactional situations** (M&A, IPO, spin-offs, other)
- Prominent **voice** in Director forums
- Serving clients through our **NY and LA** offices and our **London** partner, Kepler Associates
- **Independent**







- **Driving convergence** on pay and performance alignment through **proprietary data, software, methodologies,** and **research**
- Subscription services and research to both **investors** and **corporations**
- **Strategic partnership** with ISS for research distribution
- www.farient.com



3

## Overview of topics covered:

- Overall incentive design approach and process

- Short-term incentive (STI) design structures

- Long-term incentive (LTI)/equity design structure

- Incentive design features

    - Performance measures

    - Measurement level

    - Payout leverage

- Goal setting process

- Employee equity plan share requirements

4



# Executive compensation incentive program design starts with several important guiding principles

- Alignment of management with shareholders

- The definition of success

- Company's desire to link pay with performance

- Balancing attraction and retention of talent

- Balancing compensation cost with perceived value to employees

5

# Executive compensation, if done right, is a strategic activity

## Context and Priorities

**Business Strategy and Industry Economics**

- Competitive landscape
- Drivers of shareholder value
- Sources of competitive advantage

**Organizational Effectiveness**

- Leadership
- Change management
- Capabilities
- Values

## Total Compensation Strategy

**Fundamental Questions**

- **What do we pay for?**
  - Performance measures
  - Goals
  - Linkage
- **How much do we pay?**
  - Peer Group
  - Positioning
- **How do we pay?**
  - Differentiation
  - Vehicles
  - Risk vs. reward
  - Time horizon

**Pay Components**

- Base salary

*Farient Focus*
- Short-term incentives
- Long-term incentives/ equity

- Benefits/perquisites
- Other
  - Contractual arrangements
  - Stock ownership

6



# Effective compensation strategies are typically developed with significant client involvement

## Approach and Process to Develop Fibra Uno Incentive Design

**Organization Fact-Finding** → **Competitive Incentive Design Assessment** → **Recommended Incentive Design**

**Organization Fact-Finding**
- Executive and Board member interviews
  - Understand business strategy and objectives
  - Understand desired pay philosophy
- Relevant document review (e.g., financial, compensation)
- Understanding of regulatory limitations (e.g., accounting, tax implications for type of LTI vehicles)

**Competitive Incentive Design Assessment**
- Peer group selection criteria
- Peer group determination
- Competitive assessment of executive incentive design programs
- Fit with Fibra Uno business strategy and objectives

**Recommended Incentive Design**
- Incentive design development
  - STI alternative structures
  - LTI/equity alternative structures (vehicle mix, performance periods)
  - Potential performance measures
  - Measurement level
  - Payout leverage
- Executive management review
- Recommended STI and LTI design
- Executive management and Board member final review

7

# Screening criteria for selecting peer group companies includes:

- U.S. publicly traded REITS

- Retail REITS, Office REITS, Diversified REITs, and other classes of REITs, if appropriate

- Revenue parameters (e.g., $100 million to $2.5 billion), with market cap also taken into account
    - Peer group will be used to assess typical incentive design structures
    - Size is therefore not as critical as for determining pay levels[1]

- "Best in class" REITs (established, mature, high-performing, etc.)

**Illustrative Example of REIT Peer Group**

| Company Name | Primary Industry | Revenue ($MM) | Market Cap as of 2/28/2014 |
|---|---|---|---|
| General Growth Properties, Inc | Retail REITs | $2,641 | $19,456 |
| Boston Properties Inc. | Office REITs | $2,211 | $17,202 |
| Digital Realty Trust Inc. | Office REITs | $1,492 | $6,957 |
| SL Green Realty Corp. | Office REITs | $1,479 | $9,441 |
| The Macerich Company | Retail REITs | $1,188 | $8,451 |
| CBL & Associates Properties Inc. | Retail REITs | $1,065 | $3,025 |
| Kimco Realty Corporation | Retail REITs | $951 | $9,122 |
| Realty Income Corporation | Retail REITs | $778 | $9,221 |
| Taubman Centers, Inc. | Retail REITs | $767 | $4,447 |
| Mack-Cali Realty Corp. | Office REITs | $709 | $1,959 |
| Alexandria Real Estate Equities, Inc. | Office REITs | $631 | $5,156 |
| Brandywine Realty Trust | Office REITs | $561 | $2,296 |
| Weingarten Realty Investors | Retail REITs | $532 | $3,719 |
| Columbia Property Trust, Inc. | Office REITs | $527 | $3,314 |
| Corporate Office Properties Trust | Office REITs | $525 | $2,330 |
| Regency Centers Corporation | Retail REITs | $521 | $4,688 |
| Kilroy Realty Corp. | Office REITs | $460 | $4,723 |
| Equity One Inc. | Retail REITs | $334 | $2,729 |
| Rouse Properties, Inc. | Retail REITs | $234 | $1,080 |
| Inland Real Estate Corp. | Retail REITs | $183 | $1,068 |

(1) Executive pay <u>levels</u> are correlated with company size (e.g., revenue); therefore, peer groups for setting pay levels have companies that are optimally 0.5x to 2x the company; a peer group for pay program incentive design need not adhere to these parameters

8

# For STI, executives would be provided a target STI opportunity stated as a percentage of salary (most common) or STI pool, depending on the STI structure chosen

**STI Design Structures with Illustrative Amounts**



### Target Approach – "Bottom-Up" Percentage of Salary

Individual Executives

▢ + ▢ + ▢ + ▢

Target STI Sum of all Executives ($4 million)

Multiplied by Performance Factor[1] of 1.5 (150% of target payout)

Actual Bonuses Paid to all Equal $6 million

For Example:
Executive A has Target STI = 50% of $200,000 Salary
Performance Factor = 1.5 (150% of target payout)
50% x $200,000 x 1.5 = $150,000 STI for Executive A

### Pool Approach – "Top Down" Percentage of STI Pool

Financial Performance (Profit of $60 million)

Incentive Pool Equals 10% (Pool of $6 million)

| Corporate ($3 million) | Division 1 ($2 million) | Division 2 ($1 million) |
| Individuals | Individuals | Individuals |

For Example:
Executive A gets 5% of Corporate Pool
$3 million x 5% = $150,000 STI for Executive A

(1) Performance factors are typically determined as a percentage of the target payout; for example if actual performance on a given performance measure is above the target performance goal, there is a corresponding payout expressed as a percentage of the target payout

9

# LTI for Fibra Uno executives would consist of a combination of two or three LTI vehicles, with a significant proportion in more performance-oriented vehicles

## LTI Vehicles

| LTI Vehicle | Characteristic |
|---|---|
| Stock Options | ▪ Recipient has the right to purchase shares in the future at today's stock price, vesting is generally time-based (e.g., 3-5 years) |
| Restricted Stock/ Unit (RSUs) | ▪ Grant of shares or units that vest over time (e.g., 3-5 years), number of shares is fixed<br>▪ Retention is major benefit |
| Performance Stock/Share/ Unit | ▪ Grant of shares or units that vest at end of a performance period (e.g., 3 years) by achievement of specific performance goals<br>▪ Grants typically made on annual basis<br>▪ Ultimate value received by the employee depends upon the # of shares x stock price at end of performance period |
| Performance Cash Plan | ▪ Similar to STI except performance is measured over a multi-year period (e.g., 3 years)<br>▪ Grants typically made on annual basis<br>▪ Not as common in publicly-traded companies as performance equity |

- REIT practice is generally restricted stock/restricted stock units (RSUs) combined with performance shares/units
- Options are less common among REITs given REITs' high dividend yields, but there may be a place for them in high growth companies or turnaround situations
- Choice of vehicle may be influenced by Mexican accounting or tax considerations (to be determined)

10

# Final LTI vehicle choice for Fibra Uno will be affected by a number of factors

## Considerations for LTI Vehicle Selection

| Vehicle | Perceived Value Creation Prospects | Pay Upside | Shareholder Value Alignment | Selective Performance Focus | Retention Capability | Share Usage [1] | Cash Usage |
|---|---|---|---|---|---|---|---|
| Options | High[2] | High[2] | High | Low | Moderate | High | Low |
| Restricted Stock/ Units | Low[3] | Low | Low | Low | High | Moderate | Low[4] |
| Performance Shares/Units[5] | Moderate/High | High[6] | High[7] | High | Moderate | Moderate | Low[4] |
| Performance Cash Plan | Moderate | Moderate | High[7] | High | Moderate | Low | High |

(1) Refers to gross share use; ISS and some institutional shareholders normalizes for economic value of options vs. shares
(2) Not as high for REITs as for other industries due to REITs' high dividend yield
(3) Also often used in uncertain or volatile value creation environments
(4) Provided that settlement is in shares
(5) Settled in shares
(6) Provided that there is upside leverage on number of shares that can be earned (e.g., >= 150% of target)
(7) Provided that measures and goals link to value

# For optimum STI and LTI performance measure selection, Fibra Uno could start by considering financial measures that balance growth and efficiency while ensuring a focus on key business imperatives

### Examples of Potential REIT Financial Performance Measures



**Growth-Centered**

Top Line Growth
- Operating Revenue
- Market Share

Profitability Growth
- FFO
- FFO/Share
- Income
  - EBITDA
  - Net Operating Income
  - Net Income
- EPS

**Efficiency-Centered**

Profit Efficiency
- Margins
  - EBITDA
  - Net Operating Income
  - Net Income

Capital Efficiency
- ROE
- ROA

12

**In addition, Fibra Uno may opt for including strategic or operational measures that drive how that financial performance is achieved, and market-based measures that reflect shareholder value**

## Examples of Potential REIT Strategic, Operational and Market-Based Measures

**Strategic/Operational Measures**

- Development activity
- Acquisition activity
- Balance sheet management
- Liquidity management
- Leverage
- Expense reductions
- Occupancy
- Leasing activity

**Market-Based Measures**

- Price/FFO
- Enterprise Value/EBITDA
- Total Shareholder Return (TSR)
- Relative vs. peers or index
- Absolute goal (TSR or stock price)

13

# The organizational level used to measure STI and LTI performance would likely follow typical competitive practice

**STI Performance Measurement Level**

- Depends on company characteristics
- Corporate vs. business unit weighting
  - Higher business unit weighting with high business unit autonomy
  - Higher corporate weighting with high business unit interdependency
- Corporate/business unit level vs. individual level
  - Meaningful individual component with internally competitive environment
  - Little or no individual component with a strong team approach

**LTI Performance Measurement Level**

- Typically measured at the corporate level for all executives
- Unifying incentive, ties performance to shareholder value creation

**STI – Corporate and Business Unit Level Illustrative Weightings**

| Executive Organizational Level | Measurement Level | |
|---|---|---|
| | Corporate | Business Unit |
| Corporate Executives | 100% | 0% |
| Business Unit Head | 50% | 50% |
| Business Unit-Others | 33% | 67% |

**STI – Corporate, Business Unit, Individual Level Illustrative Weightings**

| Executive Organizational Level | Measurement Level | | |
|---|---|---|---|
| | Corporate | Business Unit | Individual |
| Corporate Executives | 75% | 0% | 25% |
| Business Unit Head | 37.5% | 37.5% | 25% |
| Business Unit-Others | 25% | 50% | 25% |

**LTI – Corporate, Business Unit, Individual Level Illustrative Weightings**

| Executive Organizational Level | Measurement Level | | |
|---|---|---|---|
| | Corporate | Business Unit | Individual |
| All Executive Levels | 100% | 0% | 0% |

14

# Payout leverage (amount above or below target payout) would be established based on competitive practice, difficulty (or ease) of performance goals, and potential volatility of performance outcomes

- Target incentive opportunities for each executive
  - A target STI expressed as a percentage of salary (more common) for a target approach design ("bottom-up") or as percentage of STI pool for a pool approach design ("top down")
  - A target LTI grant expressed in unit of currency (e.g., Mexican pesos), to be divided into agreed upon proportions for each LTI vehicle as determined for the plan

- STI payout leverage for target approach design ("bottom-up)
  - Maximum payouts for STI generally range from 150% to 200% of the target payout
  - Threshold payouts for STI generally range from 0% to 90% of the target payout

- STI payout leverage for pool approach design ("top down")
  - Maximum pool funding generally ranges from 150% to 200% of the target funding
  - Threshold pool funding generally ranges from 0% to 90% of the target funding

- LTI payout leverage (for performance vehicle)
  - Maximum payouts for LTI generally range from 150% to 200% of the target payout
  - Threshold payouts for LTI generally range from 0% to 50% of the target payout

15

# A goal setting approach (or combination of approaches) would be adopted based on the following methods

## Goals-Setting Methods

| Prospective Method | Relative (Retrospective) Method |
|---|---|
| <ul><li>Sets goals at the beginning of the performance period and evaluates performance in relation to those goals</li><li>Can be further broken down as follows:<ul><li>**Budget Approach**, where goals are set per the budget, thus changing from year to year</li><li>**Timeless Standards Approach**, where goals are set as absolute standards that do not change each year</li><li>**Historical Approach**, where goals are set based on past performance of either the company or peer companies<ul><li>Assumes that past performance is a good indicator of appropriate future performance</li></ul></li></ul></li></ul> | <ul><li>Requires no goals to be set, and instead measures performance after the fact in comparison to peers or industry performance for a given time period</li><li>Useful in an uncertain economy when goals are hard to set</li><li>Problematic if there are not really good peer companies that are:<ul><li>Sufficiently similar to the company</li><li>Similarly influenced by market conditions</li></ul></li><li>Peer group needs to be sufficiently large (e.g., 15+ companies) to negate distortions in results from outlier company performance and/or acquisitions of peers</li><li>*Index may be viable alternative if there are not enough peers*</li></ul> |

16

# An employee equity plan would need to be established within the parameters of competitive practices

- Plan likely to expire ten years after establishment

- Number of shares available in plan likely to have total potential dilution equal to 5% of shares outstanding (or other percentage based on competitive practice)

- Plan shares, in practice, likely to last five to eight years (depends on incentive design, number of participants, annual share usage guidelines, stock prices over time, etc.)
    - Circumstances that use shares more quickly
        - Strong company growth drives more executive hires who are plan participants
        - Company performs well but stock price declines due to external market factors[1]
    - Circumstances that use shares more slowly
        - Strong stock price growth[2]
        - Weak performance such that performance shares/units do not vest (shares go back to plan for new grants)

- Annual share usage guidelines (e.g., up to 1%) to be establish based on:
    - Typical REIT practices (e.g., annual run-rate dilution)
    - Target annual LTI/equity compensation for executives

(1) A lower stock price requires more shares to deliver same target annual LTI value
(2) A higher stock price requires fewer shares to deliver same target annual LTI value

17