# EXHIBIT 3

Finance Home  |  Watchlists  |  My Portfolio  |  Markets  |  News  |  Videos  |  Yahoo Finance Plus  |  ...  |  Try the new yahoo/finance →

## Fibra UNO (FUNO11.MX)
Mexico - Mexico Delayed Price. Currency in MXN

Follow

**30.04**  0.00 (0.00%)
At close: 02:59PM CST

Quote Lookup

Summary | Company Insights | Chart | Conversations | Statistics | Historical Data | Profile | Financials | Analysis | Options | **Holders** | Sustainability

**Major Holders** | Insider Roster | Insider Transactions

### Major Holders
Breakdown                                           Currency in MXN

| | |
|---|---|
| 26.74% | % of Shares Held by All Insider |
| 25.04% | % of Shares Held by Institutions |
| 34.17% | % of Float Held by Institutions |
| 194 | Number of Institutions Holding Shares |

### Top Institutional Holders

| Holder | Shares | Date Reported | % Out | Value |
|---|---|---|---|---|
| Silvercrest Asset Management Group, LLC | 25,560 | Sep 29, 2022 | 0.00% | 767,822 |

### Top Mutual Fund Holders

| Holder | Shares | Date Reported | % Out | Value |
|---|---|---|---|---|
| Allspring Emerging Markets Equity Fund | 50,768,804 | Sep 29, 2023 | 1.32% | 1,525,094,918 |
| Vanguard International Stock Index-Emerging Markets Stk | 39,549,302 | Jul 30, 2023 | 1.02% | 1,188,061,068 |
| Vanguard International Stock Index-Total Intl Stock Indx | 38,508,949 | Jul 30, 2023 | 1.00% | 1,156,808,863 |
| DFA Investment Dimensions-DFA Int'l Real Estate Securities | 31,658,348 | Jul 30, 2023 | 0.82% | 951,016,802 |
| iShares Core MSCI Emerging Markets ETF | 28,663,800 | Sep 29, 2023 | 0.74% | 861,060,578 |
| Smallcap World Fund | 25,000,000 | Sep 29, 2023 | 0.65% | 751,000,022 |
| iShares MSCI Mexico ETF | 22,732,333 | Sep 29, 2023 | 0.59% | 682,879,304 |
| Brandes Emerging Markets Value Fund | 15,057,491 | Sep 29, 2023 | 0.39% | 452,327,043 |
| Vanguard Global ex U.S. Real Estate Index Fund | 13,517,285 | Jul 30, 2023 | 0.35% | 406,059,253 |
| Fidelity Series Emerging Markets Opportunities Fund | 10,490,300 | Sep 29, 2023 | 0.27% | 315,128,621 |



**Try the new Yahoo Finance**
Better quotes, news and tools.
Try Now →

### People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| FMTY1... | 11.67 | 0.00 | 0.00% |
| Fibra Mty, S.A.P.I. de C.V. | | | |
| FIBRA... | 32.22 | -0.08 | -0.25% |
| FIBRA Macquarie México | | | |
| DANHO... | 20.24 | +0.08 | +0.40% |
| Fibra Danhos | | | |
| FIBRAP... | 76.09 | -3.69 | -4.63% |
| FIBRA Prologis | | | |
| FIHO12... | 10.01 | -0.06 | -0.60% |
| FibraHotel | | | |

### Similar to FUNO11.MX

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| DANHO... | 20.24 | +0.08 | +0.40% |
| Fibra Danhos | | | |
| FNOVA... | 27.14 | +0.14 | +0.52% |
| Fibra Nova | | | |
| FIBRAH... | 1.9900 | -0.0100 | -0.50% |
| Fideicomiso Irrevocable No. F/1523 | | | |
| LDSCY | 10.05 | 0.00 | 0.00% |
| Land Securities Group Plc | | | |
| NXDT-PA | 15.35 | +0.03 | +0.20% |
| NexPoint Diversified Real Estate Trust | | | |