# EXHIBIT 7

| Form X-17A-5 Filer Information | UNITED STATES<br>SECURITIES AND EXCHANGE COMMISSION<br>Washington, D.C. 20549 | OMB APPROVAL |
|---|---|---|
| | | OMB Number: 3235-0123, 3235-0749 |
| FORM X-17A-5 | ANNUAL AUDITED REPORT<br>Form X-17A-5<br>Part III | Estimated average burden hours per response: 12.00 |
| | FACING PAGE<br>Information Required of Brokers and Dealers Pursuant to Section 17 of the<br>Securities Exchange Act of 1934 and Rule 17a-5 Thereunder | |

## X-17A-5: Filer Information

| | |
|---|---|
| Filer CIK | 0000853784 |
| Filer CCC | XXXXXXXX |
| Is this a LIVE or TEST Filing? | ● LIVE   ○ TEST |
| Would you like a Return Copy? | ☐ |
| Is this an electronic copy of an official filing submitted in paper format? | ☐ |
| Confirming Broker Dealer Copy File Number | |
| Confirming Security-Based Swap Entity Copy File Number | |

*Submission Contact Information*

| | |
|---|---|
| Name | |
| Phone | |
| E-Mail Address | |
| Notify via Filing Website only? | ☐ |

## X-17A-5: Submission Information

| | |
|---|---|
| Report for the Period Beginning | 01-01-2022 |
| and Ending | 12-31-2022 |
| Type of Registrant | ☑ Broker-dealer   ☐ Security-based swap dealer   ☐ Major security-based swap participant |
| | ☐ OTC derivatives dealer |

*Material Weakness*

| | |
|---|---|
| Does this submission include an accountant's report covering the compliance report that indentifies one or more material weaknesses? | ● Yes   ○ No |

## X-17A-5: A. Registrant Identification

| | |
|---|---|
| Name of Firm | HSBC SECURITIES (USA) INC. |

*Address of Principal Place of Business (Do not use P.O. Box No.)*

| | |
|---|---|
| Address 1 | 452 FIFTH AVENUE |
| City | NEW YORK CITY |
| State/Country | NEW YORK |
| Mailing Zip/ Portal Code | 10018 |

*Name and Telephone Number of Person to Contact in Regard to this Report*

| | |
|---|---|
| Name | Steven N Lombardo |
| Telephone Number | 1-212-525-3425 |

## X-17A-5: B. Accountant Identification

### *Independent Public Accountant*

| | |
|---|---|
| Name - *if individual, state last, first, and middle name* | PricewaterhouseCoopers LLP |
| Address 1 | 300 Madison |
| City | New York |
| State/Country | NEW YORK |
| Mailing Zip/ Postal Code | 10017 |
| Check One | ⦿ Certified Public Accountant<br>○ Certified Public Accountant not resident in United States or any of its possessions |

## X-17A-5: Signature

### *Oath or Affirmation*

I, **Steve Lombardo,** swear (or affirm) that, to the best of my knowledge and belief, the financial report pertaining to the firm of **HSBC SECURITIES (USA) INC.,** as of **12-31-2022,** is true and correct. I further swear (or affirm) that neither the company nor any partner, proprietor, principal officer or director has any proprietary interest in any account classified solely as that of a customer, except as follows:

| | |
|---|---|
| Signature | Steve Lombardo |
| Title | Chief Financial Officer |

### *Notary Public*

| | |
|---|---|
| Checking this box acknowledges that this oath or affirmation has been notarized. | ☑ |