# EXHIBIT 10



# FUNO Identity



# FUNO Identity





# FUNO's Beginning

**Improve financing alternatives**

**New asset class**

**Setting high industry standards**

We are Mexico's **undisputed leader**, and are on the verge of building a **World Class Company**

# FUNO's Philosophy

Since its IPO in March, 2011, FUNO has consistently delivered on its commitments



**High occupancy levels**

**Competitive rent prices**

**Prudent leverage**

Efficient operation

Quarterly distributions/dividends

Growth approach

World-class, lean management team



## The Team



**André El-Mann**
CEO



**Isidoro Attié**
Executive VP



**Javier Elizalde**
CTO

### FUNO's core element: Its people

...contributed extensive Real Estate expertise and financial skills
...paved the way to consistent growth
...set the benchmark for other listed REITs

- Expertise, skills & determination that made possible the very first publicly traded REIT in the Mexican market.







**André El-Mann**
CEO

**Isidoro Attié**
Executive VP

## The Team







**Javier Elizalde**
CTO

**Gonzalo Robina**
Deputed CEO



**Germán Biquez**
Head of Acquisitions

**The Azul Portfolio** acquisition brought
high-quality assets and seasoned executives...

- **30+ years of experience** *in the industry that witnessed
  the boost of Mexican real estate through three decades.*



**FUNO**

## The Team




**André El-Mann**
CEO

**Isidoro Attié**
Executive VP





**Javier Elizalde**
CTO

**Gonzalo Robina**
Deputed CEO

**Ignacio Tortoriello**
VP of Administration
& IT



**Germá**
Head of Acquisitions

**Ignacio Tortoriello** joined in march, 2013

- **30+ years of experience** in management and IT positions.

- Worked for both global and local companies performing **key management** roles.

- Worked for Operaciones TOGA, Comex, Cemex, Honeywell, Chocolates Turin holding key management, **suplly chain and IT positons.**



## The Team



**André El-Mann**
CEO



**Isidoro Attié**
Executive VP



**Javier Elizalde**
CTO



**Gonzalo Robina**
Deputed CEO



**Ignacio Tortoriello**
VP of Administration &



**Jorge Pigeon**
VP of Capital Markets
& Investor Relations



**Germá**
Head of Acquisitions

**Jorge Pigeon joined** in September, 2013

- Former Head of Equity Capital Markets with Santander Global Banking & Markets in Mexico City

- 20+ years of experience in debt and equity capital markets and investment banking with James Capel Inc., Violy Byorum & Partners and BBVA Group in New York





## The Team




**André El-Mann**
CEO



**Isidoro Attié**
Executive VP



**Javier Elizalde**
CTO



**Gonzalo Robina**
Deputed CEO



**Ignacio Tortoriello**
VP of Administration &



**Jorge Pigeon**
VP of Capital Markets
& Investor Relati



**Alfonso Arceo**
VP of Operations



**Germá**
Head of Acquisitions



**Jorge Massu**
Marketing Manager

**Antonio Caamaño**
Portfolio Manager

**Hipólito Ramírez**
Portfolio Manager

- With the Acquisition of the **APOLO** Portfolio, **FUNO** was able to attract the best available talent  in managing operations of large-scale, high-quality real estate

- **World-class** facility management through institutional operations and processes






**André El-Mann**
CEO

**Isidoro Attié**
Executive VP

FUNO

## The Team







**Javier Elizalde**
CTO

**Gonzalo Robina**
Deputed CEO

**Ignacio Tortoriello**
VP of Administration &

**Jorge Pigeon**
VP of Capital Markets
& Investor Relati

**Alfonso Arceo**
VP of Operations

**Gerardo Vargas**
VP of Finance




**Germá**
Head of Acquisitions

**Jorge Massu**
Marketing Manager

**Antonio Caamaño**
Portfolio Manager

**Hipólito Ramírez**
Portfolio Manager

**Gerardo Vargas** joined in July, 2014

- **30+ years of experience** in global financial and banking
- Held senior leadership positions in financial institutions sucha as Banamex, Monex, BBVA Bancomer, and Santander
- Worked for the public sector for PEMEX and FOBAPROA performing key roles





## The Team



**André El-Mann**
*CEO*



**Isidoro Attié**
*Executive VP*



**Javier Elizalde**
*CTO*



**Gonzalo Robina**
*Deputed CEO*



**Ignacio Tortoriello**
*VP of Administration & IT*



**Jorge Pigeon**
*VP of Capital Markets & Investor Relations*



**Alfonso Arceo**
*VP of Operations*



**Gerardo Vargas**
*VP of Finance*



**Germán Biquez**
*Head of Acquisitions*



**Jorge Massu**
*Marketing Manager*

**Antonio Caamaño**
*Portfolio Manager*



**Hipólito Ramírez**
*Portfolio Manager*

**World-class, institutional management committed to value creation**



# **FUNO** Family





# **The Foundations**

| Foundation Est. + IPO | 1st Follow-On Reinforcement | 2012 Acquisitions | 2nd Follow-On | 2013 Acquisitions | Debt Offerings | 3rd Follow-On | 2014 Acquisitions | Today | Prudent Leverage |

- **E Group:** 13 properties
- **IPO sources:** 3 additional properties
- **Initial Portfolio:** 16 properties
- **July 2011:** Toluca property





- Advantages in sourcing, evaluating, underwriting, acquiring, developing, leasing and managing properties
- Access to an extensive pipeline of potential acquisitions



**Est. January 12, 2011**

Assemble a diversified portfolio of high quality, well-located properties in Mexico



BOLSA MEXICANA DE VALORES

**IPO March 18, 2011**

No. CBFI's – 185,385,543
Price per CBFI – MXN 19.50
Amount Raised – MXN 3,583.7 MM

# The **Foundations**



| Foundation Est. + IPO | 1st Follow-On Reinforcement | 2012 Acquisitions | 2nd Follow-On | 2013 Acquisitions | Debt Offerings | 3rd Follow-On | 2014 Acquisitions | Today | Prudent Leverage |

## 2011



 **Footprint 7 Entities**

Total GLA – 693,829 sqm
Occupancy – 93.8%
Assets  –MXN 9,795.2 MM



**GLA Distribution**

42%
25%
2%
31%

**Income Distribution**

34%
35%
7%
23%

● Industrial  ● Retail  ● Office  ● Mixed

# 1st Follow-On

| Foundation Est. + IPO | **1st Follow-On Reinforcement** | 2012 Acquisitions | 2nd Follow-On | 2013 Acquisitions | Debt Offerings | 3rd Follow-On | 2014 Acquisitions | Today | Prudent Leverage |



## MexFund Portfolio Acquisition

- **January 10, 2012:** 23 properties from MexFund
- **March 30, 2012:** acquisitions finalized

Gonzalo Robina, MexFund's founder and president of the board joins Fibra Uno as **Deputy CEO**



## 1st Follow-On March 22, 2012

CBFI's – 373,750,000
Price per CBFI – MXN 23.75
Amount Raised – MXN 8,876.6 MM

# 2012 Acquisitions



Foundation Est. + IPO | 1st Follow-On Reinforcement | **2012 Acquisitions** | 2nd Follow-On | 2013 Acquisitions | Debt Offerings | 3rd Follow-On | 2014 Acquisitions | Today | Prudent Leverage

| Portfolio | Type | Properties | GLA (sqm) |
|---|---|---|---|
| Mexfund | Mixed | 23 | 126,466 |
| Gris | Industrial | 1 | 80,000 |
| Verde | Industrial | 1 | 130,000 |
| Blanco | Mixed | 1 | 45,000 |
| Villahermosa | Retail | 1 | 26,286 |
| Rojo | Mixed | 219 | 173,884 |
| Morado | Mixed | 16 | 534,235 |
| **Total** | | **262** | **1,115,871** |



**ABR: MXN 1,847 MM**

# **2012** Acquisitions



Foundation Est. + IPO | 1st Follow-On Reinforcement | **2012 Acquisitions** | 2nd Follow-On | 2013 Acquisitions | Debt Offerings | 3rd Follow-On | 2014 Acquisitions | Today | Prudent Leverage

## **Rojo Portfolio Acquisition**

**April. 27, 2012:** 179 bank branches and 40 office properties from Santander

*Characteristics*

| Property Type | No. Properties | GLA (sqm) | Occupancy (%) |
|---|---|---|---|
| Retail | 179 | 290,601 | 100.0% |
| Office | 40 | 67,405 | 100.0% |
| **Total** | **219** | **517,609** | **100.0%** |

## **Morado Portfolio Acquisition**

**August, 2012:** 15 properties and the right to operate and receive rental revenues from a retail center

Acquisition valued at MXN 11,600 MM, payable as follows:

MXN 3,200 MM with CBFIs / Assumed debt of MXN 8,400 MM

Redeveloped part of La Isla





# 2012 Acquisitions



| Foundation Est. + IPO | 1st Follow-On Reinforcement | **2012 Acquisitions** | 2nd Follow-On | 2013 Acquisitions | Debt Offerings | 3rd Follow-On | 2014 Acquisitions | Today | Prudent Leverage |

## 2012



**Footprint in 29 Entities**

Total GLA – 1,637,880 sqm
Occupancy – 94.9%
Assets – MXN 33,796.9 MM
LTV – 26.4%



**GLA Distribution**

- 13%
- 43%
- 44%

**Income Distribution**

- 9%
- 20%
- 71%

● Industrial   ● Retail   ● Office

# **2nd** Follow-On

Foundation Est. + IPO | 1st Follow-On Reinforcement | 2012 Acquisitions | **2nd Follow-On** | 2013 Acquisitions | Debt Offerings | 3rd Follow-On | 2014 Acquisitions | Today | Prudent Leverage



BOLSA MEXICANA DE VALORES

### **2nd Follow-On January 30, 2013**

CBFI's – 600,000,000
Price per CBFI – MXN 36.75
Amount Raised – MXN 22,050.0 MM



### **Torre Mayor Acquisition**

- **Jul. 1, 2013:** beneficial rights to 49% of the equity interest of Torre Mayor
- Mexico City Landmark





### **G - 30 Portfolio Acquisition**

- Related parties transaction, needed to be approved by the Technical and Practices Committees
- **Current GLA:** 1,414,015 sqm
- **Development GLA:** 821,600 sqm



# 2013 Acquisitions



Foundation Est. + IPO | 1st Follow-On Reinforcement | 2012 Acquisitions | 2nd Follow-On | **2013 Acquisitions** | Debt Offerings | 3rd Follow-On | 2014 Acquisitions | Today | Prudent Leverage

**Apolo Portfolio Acquisition**

- **Dec. 18, 2013:** Apolo Portfolio, largest acquisiton in terms of GLA

- Management team and state of the art administration platform included

- **Result:** optimized administrative processes, synergies and more efficient processes



# 2013 Acquisitions



Foundation Est. + IPO | 1st Follow-On Reinforcement | 2012 Acquisitions | 2nd Follow-On | **2013 Acquisitions** | Debt Offerings | 3rd Follow-On | 2014 Acquisitions | Today | Prudent Leverage

| Portfolio | Type | Properties | GLA (sqm) |
|---|---|---|---|
| G-30 | Mixed | 27 | 1,945,558 |
| Torre Mayor | Office | 1 | 84,000 |
| Pace Industries | Industrial | 2 | 43,000 |
| U.A.G. | Retail | 1 | 163,000 |
| P.E. Cancún | Industrial | 1 | 18,000 |
| Grupo Posadas | Office | 1 | 4,815 |
| Tanara Ags. | Retail Dev. | 1 | 23,000 |
| Delaware | Office Dev. | 1 | 70,740 |
| Diana | Office | 1 | 63,555 |
| Vermont | Industrial | 34 | 520,000 |
| Colorado | Office | 1 | 101,348 |
| Apolo | Retail | 49 | 941,000 |
| P-8 | Office | 8 | 78,982 |
| **Total** | | **128** | **4,056,993** |



ABR$_1$: MXN 4,759 MM

1. Excludes properties underdevolpment

# 2013 **Acquisitions**



Foundation Est. + IPO | 1st Follow-On Reinforcement | 2012 Acquisitions | 2nd Follow-On | **2013 Acquisitions** | Debt Offerings | 3rd Follow-On | 2014 Acquisitions | Today | Prudent Leverage

## 2013



**Footprint in 31 Entities**

**Total GLA – 4,949,403 sqm**
**Occupancy – 95.1%**
**Assets  – MXN 101,329.9 MM**
**LTV – 33.9%**



**GLA Distribution**

8%
41%
51%

**Income Distribution**

26%
31%
43%

● Industrial   ● Retail   ● Office

# **Debt** Offerings

Foundation Est. + IPO | 1st Follow-On Reinforcement | 2012 Acquisitions | 2nd Follow-On | 2013 Acquisitions | **Debt Offerings** | 3rd Follow-On | 2014 Acquisitions | Today | Prudent Leverage



## MXN Notes

**December, 2013:**
Unsecured bonds in the Mexican market
Ratings:
- AAA(mex) from Fitch
- AAA from HR Ratings

**Total amount:** MXN 8,500 MM
- First FIBRA issuance in the Mexican and Latin American debt markets
- Full range of institutional and private investors participated

## USD Notes

**January, 2014:**
Unsecured bonds (144A / Reg S) in the international market
Ratings:
- BBB global from Fitch
- Baa2 global from Moody's

**Total amount:** USD 1,000 MM
- First issuance of a foreign REIT in the international market with investment grade rating
- Oversubscription of 3.3x
- First REIT to issue 30 year bonds in its debut

# 3rd Follow-On

Foundation Est. + IPO | 1st Follow-On Reinforcement | 2012 Acquisitions | 2nd Follow-On | 2013 Acquisitions | Debt Offerings | **3rd Follow-On** | 2014 Acquisitions | Today | Prudent Leverage



**3rd Follow-On June 10, 2014**

CBFI's – 800,400,000
Price per CBFI – MXN 41.00
Amount Raised – MXN 32,816.4 MM



- Largest Follow-On in Mexico
- Largest real estate sector equity offering in Latin America
- Oversubscription of 4.1x
- Investor base growth since our IPO with each Follow-On
- FUNO's coverage grew to 18 analysts

# 2014 Acquisitions as of 3Q'14



Foundation Est. + IPO | 1st Follow-On Reinforcement | 2012 Acquisitions | 2nd Follow-On | 2013 Acquisitions | Debt Offerings | 3rd Follow-On | **2014 Acquisitions** | Today | Prudent Leverage

| Portfolio | Type | Properties | GLA (sqm) |
|---|---|---|---|
| Maine | Mixed | 7 | 119,324 |
| California | Industrial | 29 | 345,544 |
| La Viga | Office | 1 | 38,250 |
| R 15 Guadalajara | Mixed | 1 | 72,893 |
| R15 Vallarta | Retail | 1 | 11,874 |
| Corp. San Mateo | Office | 1 | 5,440 |
| Hotel Centro Hist. | Retail | 1 | 40,000 |
| P4 | Office | 2 | 11,675 |
| **Total** | | **43** | **645,000** |



**ABR: MXN 915 MM**

# **2014** Acquisitions



Foundation Est. + IPO | 1st Follow-On Reinforcement | 2012 Acquisitions | 2nd Follow-On | 2013 Acquisitions | Debt Offerings | 3rd Follow-On | **2014 Acquisitions** | Today | Prudent Leverage





# **Samara**

**Purchase price:** MXN 5,400 MM
**No. of assets:** 1
**Asset type:** Mix (Office / Retail / Hotel)
**Location:** Mexico City, D.F.

**Occupancy**
Retail    95%
Office    97%
**Total    96%**

**GLA**
Retail - 29,213 sqm
Office - 89,376 sqm
Hotel - 260 rooms (25,254 sqm)

# R-15 Portfolio Acquisition Agreement



| Foundation Est. + IPO | 1st Follow-On Reinforcement | 2012 Acquisitions | 2nd Follow-On | 2013 Acquisitions | Debt Offerings | 3rd Follow-On | **2014 Acquisitions** | Today | Prudent Leverage |

## Financial terms

Purchase price     MXN 23,500

Only ~25% comes from related

## Key operating data

| **15 properties** |
| --- |
| **7 stabilized** | **8 under development** |

**NOI of ~MXN 2,110 MM once stabilized**
**GLA ~ 680,000 sqm**

95% occupancy

90% pre-leased
70% Waiting list

Case 1:24-mc-00016-MKV   Document 7-10   Filed 01/10/24   Page 31 of 76

# 2014 Acquisitions



## Q3 2014



**Footprint in 31 Entities**

Total GLA – 5,778,672 sqm
Occupancy – 94.6%
Assets  – MXN 138,816.6 MM
LTV – 25.2%

**GLA Distribution**

10%
54%
36%

**Income Distribution**



17%
28%
56%

● Industrial  ● Retail  ● Office

# Well diversified portfolio



## Footprint



FUNO is present in the Federal District and in 30 out of 31 Mexican states

## ABR Geographic Diversification



- Office
- Industrial
- Retail

| State | ABR % |
|-------|-------|
| Federal District | 27.3% |
| State of Mexico | 26.3% |
| Jalisco | 9.9% |
| Quintana Roo | 9.1% |
| Nuevo León | 6.4% |
| Tamaulipas | 3.0% |
| Chihuahua | 2.9% |
| Veracruz | 2.1% |
| Coahuila | 1.8% |
| Guerrero | 1.2% |
| Other (21) | 10.1% |

# Today



Foundation Est. + IPO | 1st Follow-On Reinforcement | 2012 Acquisitions | 2nd Follow-On | 2013 Acquisitions | Debt Offerings | 3rd Follow-On | 2014 Acquisitions | **Today** | Prudent Leverage

## Tenant Diversification

| | Top 10 | |
| --- | --- | --- |
| | **GLA** | **ABR** |
| **Industrial** | 25.6% | 29.5% |
| **Retail** | 62.6% | 43.7% |
| **Office** | 62.8% | 56.7% |
| **FUNO Portfolio** | 31.4% | 30.3% |

## Segment Diversification

| Segment | GLA% | ABR% | Operations |
| --- | --- | --- | --- |
| **Industrial** | 54.0% | 31.8% | 102 |
| **Retail** | 36.4% | 49.5% | 275 |
| **Office** | 9.6% | 18.7% | 73 |
| **Total** | | | 450 |

FUNO Highlights

**LARGEST:**

- Mexican REIT by GLA
- Mexican REIT by CapRate
- Follow-On offering
- Mexican REIT Debt Issuer

# **Prudent** Leverage



Foundation Est. + IPO | 1st Follow-On Reinforcement | 2012 Acquisitions | 2nd Follow-On | 2013 Acquisitions | Debt Offerings | 3rd Follow-On | 2014 Acquisitions | Today | **Prudent Leverage**



# **Prudent** Leverage



Foundation Est. + IPO | 1st Follow-On Reinforcement | 2012 Acquisitions | 2nd Follow-On | 2013 Acquisitions | Debt Offerings | 3rd Follow-On | 2014 Acquisitions | Today | **Prudent Leverage**

## 3Q'14 Leverage Statistics

### MXN vs. USD



38%

62%

● MXN   ● USD

### Secured vs. Unsecured



37%

63%

● Secured   ● Unsecured

### Fixed vs. Floating



24%

76%

● Fixed   ● Floating

# **Prudent** Leverage



Foundation Est. + IPO | 1st Follow-On Reinforcement | 2012 Acquisitions | 2nd Follow-On | 2013 Acquisitions | Debt Offerings | 3rd Follow-On | 2014 Acquisitions | Today | **Prudent Leverage**

## 3Q'14 Leverage Statistics

### Debt Maturity Profiles



# **Prudent** Leverage



Foundation Est. + IPO | 1st Follow-On Reinforcement | 2012 Acquisitions | 2nd Follow-On | 2013 Acquisitions | Debt Offerings | 3rd Follow-On | 2014 Acquisitions | Today | **Prudent Leverage**

## 3Q'14 Leverage Statistics

### Coverage Ratios



# **Prudent** Leverage



Foundation Est. + IPO | 1st Follow-On Reinforcement | 2012 Acquisitions | 2nd Follow-On | 2013 Acquisitions | Debt Offerings | 3rd Follow-On | 2014 Acquisitions | Today | **Prudent Leverage**

## Loan to Value





138.8 bn

LTV 25.2%

34.9 bn

Total Assets    Total Debt

## Leverage Strategy

- Conservative approach towards leverage (Self-imposed 40% LTV since inception)

- Secured debt assumed with acquisitions

- Access to the local and international debt markets

- MXN 7.1 BN in committed credit facilities



# Mexican Real Estate Industry Background
*….a relatively young industry… with world-class buildings*





IPO of Fibra Uno, the first
REIT in the Mexican market

Early 90´s professional
Real Estate companies
enter Mexico

80´s trend at switch to formal
retailing supermakets instead
of  mom & pops

Commercial Real Estate
Steady Growth

Late 60´s first modern
industrial warehouses

Nafta drives foreign
firms to Mexico

Walmart
enters Mexico

Lack of  commercial
real estate options

Beginning of Egroup
Funo´s Founders

Moderate Growht

Late 60´s first
Fashion Mall

| 60s | 70s | 80s | 90s | 00s | 10s |
|-----|-----|-----|-----|-----|-----|

# Mexican Real Estate Industry Highlights



## Office

| | |
|---|---|
| GLA | 5.4 million sqm |
| Occupancy | 89.6% |
| Price | USD $24.48 sqm/month |
| Submarkets | 3 |

GDL 6%
MTY 15%
CDMX 79%



## Industrial

| | |
|---|---|
| GLA | 34.3 million sqm |
| Occupancy | 91.1% |
| Price | USD $4.26 sqm/month |
| Submarkets | 3 |

North 35%
Center 27%
Border 37%




## Retail

| | |
|---|---|
| GLA | 17.6 million sqm |
| Occupancy | High 80%s |
| Submarkets | 8 |
| Price | Average USD $30.00 sqm/month |

Legend:
- Mexico City
- Guadalajara
- Puebla
- Other Markets
- Monterrey
- Queretaro
- Tijuana
- Quintana Roo

14%
11%
6%
5%
4%
3%
2%
55%



## Multi-Family

| |
|---|
| Undeveloped formally |

**Source:** CBRE Industrial Insight 2013, CBRE Office Insight 2013, Real Estate Magazine

# Office Market Overview



**Real Estate
Professional Firms**

**Foreign Corporations
Established in Mexico City**








| 1993 – 1997 | 1998 – 2002 | 2003 – 2007 | 2008 - 2014 |
|---|---|---|---|
| • Office boom<br>• More han 500,000 sqm developed | • Santa Fe submarket development<br>• More than 400,000 sqm developed | • Urban reconversions<br>• More than 550,000 sqm developed | • LEED Certification<br>• More than 740,000 sqm developed |

**GLA Evolution**

**1.18 MM sqm**

**5.41 MM sqm**

**Source:** CBRE Office Insight 2013, Real Estate Magazine

# Office Market Overview





| Market | GLA MM sqm | USD/sqm | Weight as % of total | Occupation | Submarket |
|--------|-----------|---------|----------------------|------------|-----------|
| Mexico City | 4.3 | 25.48 | 82.3% | 90.2% | 9 |
| Monterrey | 0.81 | 21.11 | 12.9% | 85.6% | 7 |
| Guadalajara | 0.32 | 19.73 | 4.8% | 94.4% | 6 |

*Mexican Office Market is a USD 1.4 bn market in rents*

**Source:** CBRE Office Insight 2013, Real Estate Magazine

# Mexico City Market Overview





# Mexico City Office Market Historical Performance





Occupancy (MM sqm)   GLA (MM sqm)   USD/sqm/month

**Source:** CBRE Office Insight 2013, Real Estate Magazine

# Mexico City Office Dynamics



## Net Absorption vs GDP Growth



**Source:** CBRE Market Insight 2013, CBRE Market View 2Q14, Coldwell Banker Commercial Blue Brief Office Market 2013-2016, Fibra Uno, World Bank

# Mexico City Office Dynamics



## Net Absorption & Rent Prices



**Source:** CBRE Market Insight 2013, CBRE Market View 2Q14, Coldwell Banker Commercial Blue Brief Office Market 2013-2016, Fibra Uno, World Bank

# Substantially underpenetrated market





**Rent per square meter per month**

- Sao Paulo: 70
- Bogotá: 33
- Santiago: 28
- Buenos Aires: 25
- México: 25
- Panamá: 24
- Lima: 23

**USD/sqm/month**

**Source:** CBRE Retail Market Insight 2013, Fibra Uno, ANTAD, Forbes, Real Estate Magazine, Cushman & Wakefield "Main Strets Across the World" 2012-2013, Colliers International 2012, Credit Suisse

# FUNO in the Office Market





**Source:** CBRE Market Insight 2013, CBRE Market View 2Q14,

# Retail Market Overview





**Fashion Mall**



**Power Center**



**Neighborhood Center**



**Community Center**



**Outlet**

- *Fibra Uno estimates the Mexican retail market has over 17.6 MM sqm of GLA*
- *Market statistics over major retail markets are subdivided in the following segments*

# Substantially underpenetrated market



## Retail Space per Capita (sqm)



**Source:** CBRE Retail Market Insight 2013, Fibra Uno, ANTAD, Forbes, Real Estate Magazine, Cushman & Wakefield "Main Strets Across de World" 2012-2013, Colliers International 2012

# .....with a "growth fueled" demographic bonus



## Population Prospects for Mexico 2010



- *It is expected that by 2025, the population between 20 and 65 years will grow 13% totaling 78 million people*

- *By 2025 consumers in Mexico will be approximately 1.1x the total population of Colombia and Peru combined*

**Source:** Source: INEGI, CONAPO

# .....with a "growth fueled" demographic bonus



## Population Prospects for Mexico 2025



- *It is expected that by 2025, the population between 20 and 65 years will grow 13% totaling 78 million people*

- *By 2025 consumers in Mexico will be approximately 1.1x the total population of Colombia and Peru combined*

**Source:** Source: INEGI, CONAPO



These dynamics have led several brands to establish in Mexico in the past two years.....



...generating demand for high-quality real estate to meet their standards.....

**Source:** Colliers International- Mexico Retail Report

# Following the 2009 global crisis, rent levels have remained constant and have only recently began to catch up





**Fashion Mall**
(MXN Avg rent/sqm)

656 · 656 · 656 · 875 · 838 · 987

2009 · 2010 · 2011 · 2012 · 2013 · 1S 2014

**Power Center**
(MXN Avg rent/sqm)

250 · 250 · 250 · 265 · 400 · 400

2009 · 2010 · 2011 · 2012 · 2013 · 1S 2014

**Community Center**
(MXN Avg rent/sqm)

250 · 250 · 250 · 265 · 318 · 318

2009 · 2010 · 2011 · 2012 · 2013 · 1S 2014

**Neighborhood Center**
(MXN Avg rent/sqm)

250 · 250 · 250 · 265 · 328 · 328

2009 · 2010 · 2011 · 2012 · 2013 · 1S 2014

**Source:** CBRE Retail Insight 2013

# FUNO in the Retail Market





**GLA**
**('000s sqm)**

17,600

2,100

■ Market   ■ FUNO

**Occupancy**
**(% GLA)**

89.0%

94.8%

■ Market   ■ FUNO

**Source:** CBRE Market Insight 2013, CBRE Market View 2Q14,



# Industrial Market Overview

**Mexico's industrial market is driven by several factors that make the industry poised to take advantage of bright prospects**

| Flexible Market |
|:---:|

Over 30 free-trade, economic and cultural agreements executed

| Growing Logistics |
|:---:|

| Favorable Economic Prospects |
|:---:|

| Strong Macro Environment |
|:---:|



# Industrial Market Overview

**Mexico's industrial market is driven by several factors that make the industry poised to take advantage of bright prospects**

Flexible Market

**Growing Logistics**

Favorable Economic Prospects

Strong Macro Environment

Over 30 free-trade, economic and cultural agreements executed

**Cost-competitive and skilled labor force**





# Industrial Market Overview

**Mexico's industrial market is driven by several factors that make the industry poised to take advantage of bright prospects**

| | |
|---|---|
| Flexible Market | Over 30 free-trade, economic and cultural agreements executed |
| Growing Logistics | Cost-competitive and skilled labor force |
| **Favorable Economic Prospects** | The Federal Government has committed to a wide infrastructure program that includes ports, airports, roads and highways |
| Strong Macro Environment | |



# Industrial Market Overview

**Mexico's industrial market is driven by several factors that make the industry poised to take advantage of bright prospects**

| | |
|---|---|
| Flexible Market | Over 30 free-trade, economic and cultural agreements executed |
| Growing Logistics | Cost-competitive and skilled labor force |
| Favorable Economic Prospects | The Federal Government has committed to a wide infrastructure program that includes ports, airports, roads and highways |
| Strong Macro Environment | |

**REFORMS** – Recent reforms (energy, telecomm, finance) are expected to boost foreign investment

**FOREIGN INVESTMENT** – Increasing foreign investment in automotive, aerospace, medical devices and electronics industries

**MACRO LANDSCAPE** – Low interest rates and favorable FX rate stimulate investment, federal reserves at historical records

**INFLATION** – Low, stable inflation levels

# Industrial Market dynamics





## Rent/sqm vs GDP growth

Legend: ■ Occupancy (MM sqm)   ■ Inventory at end of year (MM sqm)   ○ USD/sqm/month   ○ GDP Growth

**Source:** CBRE Industrial Insight 2013, INEGI, World Bank

# Industrial Market dynamics





## Absorption Rate vs GDP Growth

**Source:** CBRE Industrial Insight 2013 , INEGI, World Bank

# GLA Growth and Supply Analysis



| | GLA CAGR | Average Annual GLA Supply (MM sqm) | Current GLA Inventory (MM sqm) |
|---|---|---|---|
| **Center** | 9.4% | 0.7 | 10.0 |
| **North** | 9.3% | 0.9 | 13.1 |
| **Border** | 1.8% | 0.2 | 13.6 |



**Source:** CBRE Industrial Insight 2013, INEGI, World Bank

# FUNO in the Industrial Market





**Source:** CBRE Industrial Insight 2013



# **Acquisition** Pipeline



|  |  | GLA | NOI |
|---|---|---|---|
| Commercial | Kansas | 344,000 | $843,000.00 |
| Commercial | Oregon | 33,000 | $110,854.00 |
|  |  | **377,000** | **$953,854.00** |
| Education | Indiana | 148,000 | $247,000.00 |
| Office | Alaska | 125,000 | $314,052.00 |
| Office | Florida | 22,000 | $57,252.00 |
|  |  | 147,000 | $371,304.00 |





## Acquisitions up to **$20,000M**

# Current Portfolio Outlook Key Drivers





- The "Current Portfolio" considers the following properties:
  - I. Properties acquired as of 3Q'14

- Adjustments to Leasing Spreads:
  - I. Rents adjust in a yearly basis according to Mex CPI / Us CPI behavior
  - II. Renewals adjust leasing spread an average of 50 bps over inflation

- Lease Agreement Renewals:
  - I. 80% of lease agreements renew immediately
  - II. 20% of lease agreements renew 6 months after

- Occupation Levels:
  - I. Properties with occupation beneath 95% stabilize at 95%
  - II. Current Portfolio average occupation level trends towards 95%

- Development:
  - III. Properties take an average of 12 months to stabilize once development is completed

- NOI margin trends toward ~85%.

# Current Portfolio Outlook Key Drivers



## Current Portfolio as of 3Q'14

### Stabilized Properties

- Inicial
- Azul
- Gris
- Verde
- Blanco
- Villahermosa
- Rojo
- Morado
- G-30
- Torre Mayor
- Pace Industries
- U.A.G.
- P.E. Cancún
- Grupo Posadas
- Vermont
- Colorado
- Apolo
- P-8
- R-15
- P-4
- Samara

### Under Development

- Apolo
- Tanara Ags.
- Delaware
- G-30
- Torre Diana

# Current Portfolio Outlook





## Current Portfolio Expected GLA Build Up

Figures in sqm

# Current Portfolio Outlook





## Current Portfolio Expected Annual Income Build Up

# Current Portfolio Outlook



- Expect Growth maintaining constant debt levels.

## Current Portfolio Expected Gross Debt



As of 3Q'14: $34,937,381 — 25.2%
2014 E: $38,074,328 — 26.1%
2015 E: $38,071,657 — 26.7%
2016 E: $37,868,350 — 26.9%
2017 E: $37,728,782 — 27.0%
2018 E: $37,599,063 — 27.3%
2019 E: $37,480,321 — 27.6%

Figures in MXN '000s

LTV    Gross Debt

- Gross debt increase is due to development.

# **Available** Firepower



- Sources for acquisitions and development pipeline:
  I. Cash
  II. Additional Debt from Market & Debt Assumed in Acquisitions, maintaining a maximum limit of 40% LTV
  III. Use of previously authorized CBFIs

- In addition to the current pipeline, we expect to continue being opportunistic.

- For this exercise, company estimates assume operating, macro and market assumptions remain the same.



# **Outlook** at Full Capacity



## Total Firepower Deployment



$ 71,685,712

Cash + CBFIs + Debt @ 37.0% LTV

**Maximum firepower means...**
- Use of all available cash
- Use of all available CBFIs
- Leverage of B/S at 40% LTV

**Our conservative leverage approach is likely to result in substantially lower debt levels**

Full Firepower

Figures in MXN '000s

# **Outlook** at Full Capacity



## Income Assuming Current Portfolio + Total Firepower Deployment



**Potencial additional revenue assuming use of maximum firepower**

$5,700,166

$7,458,886

$13,239,142

As of 3Q'14

2019 E

Figures in MXN '000s

■ Current Portfolio    ■ Full Firepower

# **Outlook** Summary



Expected to maintain leverage below **40%** LTV and at a minimum constant at current levels.



Expect to be **opportunistic** regarding acquisitions during 2015.

Expect margins to trend towards **~85%** for Net Operating Income.

Expect dividend per CBFI **growth of ~10%** without new equity.

