# EXHIBIT 12

# FUNO DAY 2016
## NOVEMBER 10 | NYC



- VERY ATTRACTIVE MEXICAN REAL ESTATE

- GENERATING SUSTAINABLE SHAREHOLDER VALUE

- THE MITIKAH PROJECT

- FINANCIAL PROFILE

- FURTHER GROWTH

- CEO REMARKS

F U N O

# VERY ATTRACTIVE MEXICAN REAL ESTATE

## BY JORGE PIGEON



# MEXICO REAL ESTATE CASE

Attractive Real Estate

A. Rent prices still attractive in our three segments
  i. Replacement cost has gone up
  ii. Expect growth from current rent levels

B. Mexico has few cities with high growth rates
  i. Land becoming increasingly scarce in those cities

C. Underpenetration in all Commercial Real Estate segments

D. Macro stability and structural reforms

E. Demographic bonus and emerging middle class

Real estate in Mexico is in an earlier stage than the U.S.,
above factors lead to  SIGNIFICANT real estate appreciation

FUNO

# GENERATING SUSTAINABLE SHAREHOLDER VALUE

F U N O

# UNDERSTANDING FUNO'S BUSINESS MODEL

## "OUR GOAL IS TO GENERATE THE MAXIMUM AMOUNT OF VALUE OVER TIME"

Conservative financial strategy

Diversified portfolio

High occupancy levels

Competitive rents

Location, location, location and top-quality assets

Tenant-driven focus

Long-term 100% dedicated real estate company



# INVESTMENT DRIVERS

A. Where is the property located?

B. What type of construction is it?

C. Who are the tenants?

D. What are the lease contract's terms?

E. How's the market/competition for this asset?

F. What can FUNO do with the property?

G. What rent level can FUNO extract?

**For FUNO, real estate investing means putting capital to work with a LONG-TERM investment horizon**

FUNO

# ILLUSTRATING FUNO'S APPROACH TO REAL ESTATE INVESTING

| Asset | Acquisition Price | Current Appraisal Value | Appreciation | Total Rents Received | Appreciation / Rents | Appreciation + Rents |
|---|---|---|---|---|---|---|
| Reforma 99[1] | 313.8 | 668.3 | 354.5 | 136.0 | 2.6x | 490.5 |
| Morado | 11,600.0 | 16,428.6 | 4,828.6 | 3,400.1 | 1.4x | 8,228.7 |
| Apolo | 23,155.0 | 29,560.0 | 6,405.0 | 3,539.9 | 1.8x | 9,944.9 |
| | 35,068.8 | 46,656.9 | 11,588.1 | 7,076.0 | **1.6x** | 18,664.1 |

**Our focus lies on maximizing property appreciation over time while extracting reasonable amount of cash flow along the way**

(1) Reforma 99 forms part of the Initial Portfolio

FUNO

# THE MITIKAH PROJECT

## BY GERARDO VARGAS

F U N O

# THE MITIKAH PROJECT - MASTER PLAN



# ANALYZING THE MITIKAH INVESTMENT TODAY

> FUNO will contribute the Colorado and Buffalo Portfolios to the Mitikah Project

| | Total Amount |
|---|---:|
| Colorado Portfolio acquisition | 1,636 |
| Buffalo Portfolio acquisition | 2,816 |
| **Original Investment** | **4,452** |
| | |
| Less: NOI generated since acquisitions | 697 |
| **FUNO's Net Investment** | **3,755** |
| | |
| Project Value as contributed to Helios | 6,000 |
| **Value created to-date** | **2,173** |

## Increase in Value of 60% of Net Original Investment

Figures in Ps. $ millions

FUNO

# THE MITIKAH PROJECT



# THE MITIKAH PROJECT



# THE MITIKAH PROJECT



F U N O

# THE MITIKAH PROJECT



15

# THE MITIKAH PROJECT



F U N O

# THE MITIKAH PROJECT



# THE MITIKAH PROJECT



# The Mitikah Project

## Key Financial Highlights

| Segment / Type | GLA [1]<br>Sqm. | Exp. Stabilized<br>NOI [3]<br>Ps. $ mm |
|---|---|---|
| Office | 207,463 | 1,224 |
| Retail | 129,912 | 983 |
| Residential | 83,739 | NA |
| Total | 421,114 | 2,207 |

## Total Investment Cost

| Category | Investment [2]<br>Ps. $ mm |
|---|---|
| Contributed Projects | 6,000 |
| Total construction cost | 12,886 |
| Capitalized interest expenses | 486 |
| Total investment | 19,372 |

(1) Gross Leasable Area and sellable area in the case of the Residential condos
(2) Assumes a full cash sweep debt amortization, once the properties are operating
(3) Expected Stabilized NOI in 2025



# INVESTING IN MITIKAH WITH HELIOS

| Financing Mitikah | Total Amount |
|---|---|
| Contributed Projects (Buffalo + Colorado) | 6,000 |
| Helios' equity (cash) | 3,800 |
| Project leverage [1] | 6,342 |
| Reinvested cash flow | 3,641 |
| *Total Mitikah Investment* | *19,783* |

### Capital Structure



Debt
39.3%

Equity
60.7%

### Initial Ownership [2]



Helios
38.8%

FUNO
61.2%

Figures in Ps. $ millions
(1) Assumes a full cash sweep debt amortization, once the properties are operating, as well as reinvestment of all cash flows generated by the project during the construction period.
(2) Does not take into account capitalized fees. Expected ending FUNO's stake of 63.6%.



# THE IMPACT OF FEES ON FUNO

## Fee Structure

| Fee | % Fee | Counterparty | Base |
|-----|-------|--------------|------|
| Management Fee | 1.25% | Helios | Total fund size |
| Development Fee | 3.00% | Mitikah | Total project cost |
| Promote | 20.00% | Helios | 10% hurdle rate |

### Mitikah's Expected Fee Impact on FUNO [1]



Figures in Ps. $ millions
(1) Assumes investment exit in 2025.

# INVESTING IN MITIKAH WITH HELIOS

| Mitikah Value Creation | Total Amount |
|---|---|
| FUNO's Net Investment | 3,755 |
| FUNO collected cash flows | 4,083 |
| Project's expected value @ 2025 [1] | 17,550 |
| Promote | 2,663 |
| Debt outstanding @ 2025 [1] | 0 |
| *Net Value Creation* | *20,541* |

 Value creation equivalent to Ps. $ 2,282 mm per year vs a Ps. $ 3,755 mm investment

 Expected value creation **9.4x** compared to value created to date on Colorado and Buffalo

**FUNO is focused on delivering long-term sustainable real estate value!!!**

Figures in Ps. $ millions
(1) Assumes an 8.0% Cap Rate



# FINANCIAL PROFILE

# FINANCIAL PROFILE



**Short vs Long Term**

1.0%
99.0%

3Q'16

- Long-Term  - Short-Term

**Secured vs Unsecured**

7.1%
92.9%

3Q'16

- Unsecured  - Secured

**Fixed vs Floating**

23.7%
76.3%

3Q'16

- Fixed  - Floating

**Ps. $ vs Usd. $**

48.7%
51.3%

3Q'16

- Mxp.$  - Usd.$

**Debt Maturity Profile as of 3Q'16**

| | 3Q'13 | 4Q'14 | 4Q'15 | 3Q'16 |
|---|---|---|---|---|
| Avg. Maturity | 3.1 yrs | 9.9 yrs | 9.2 yrs | 11.9 yrs |

| Short Term | 1 year | 2 years | 3 years | 4 years | 5 years | 6 years + |
|---|---|---|---|---|---|---|
| 1.0% | 0.4% | 12.7% | 0.4% | 2.0% | 0.2% | 83.4% |

## Financial profile designed to mitigate risk

24

FUNO

# CREDIT SNAPSHOT



### Historic LTV

Max LTV: 60%

25.2%    32.1%    34.3%

4Q'14    4Q'15    3Q'16

### Debt Service and Interest Coverage Ratios[1]

3.0x   2.2x    3.4x   2.2x    2.8x   2.4x

Min DSCR: 1.5x

4Q'14        4Q'15        3Q'16

■ Interest Coverage  ■ DSCR

### Unencumbered Assets to Unsecured Debt

4.7x    3.2x    2.9x

Min: 1.5x

4Q'14    4Q'15    3Q'16

### Secured Debt to Gross Assets

Max Sec. Debt: 40%

9.0%    6.8%    2.4%

4Q'14    4Q'15    3Q'16

Per Trust Agreement; Indentures relating to FUNO's Senior Notes
(1)        LTM EBITDA

FUNO

# INTEREST EXPENSE & SENSITIVITY ANALYSIS

| Interest Expense | 4Q16E[1] |
|---|---|
| Debt Int Exp | 992 |
| Swaps Int Exp (Net) | 40 |
| **Total Interest Exp (Net)** | **1,032** |

| | |
|---|---|
| Interest Rate (+100bps) Δ | 34 |
| FX Rate (+Ps. $1) Δ | 26 |

Figures in Ps. $ millions

(1)   4Q16E shows the accrued interest expense calculation for the quarter using an Fx. of $19.4086 and a TIIE28 of 5.0725%

FUNO

# SENSITIVITY TO FOREIGN EXCHANGE RATE

Minimum Dollar revenue to interest expense > **1.5x**



**ABR Distribution by Currency** [(1)]

Ps. $ 11.9 bn

- 31.7%
- 68.3%

3Q'16

■Mxp.$  ■Usd.$

**Usd. ABR Distribution by Segment** [(1)]

- 12.1%
- 52.3%
- 35.7%

■Retail  ■Industrial  ■Office

Avg. Dollar revenue to interest expense for next 12 months = **1.9x** [(2)]

(1)   As of 3Q'16 Rent Roll
(2)   Includes a full (principal + interest) cross currency Swap for Us.$130 million starting on 4Q'16



# FURTHER GROWTH

### BY GONZALO ROBINA

# NEW DEVELOPMENTS – LA ISLA CANCUN II

 CapEx Ps. $2,542

 Retail

 GLA 35,000 sqm

- FUNO is in the process of contracting a master developer for a shopping center in Cancun, Quintana Roo

- The construction is planned to start early 2017

- This property is expected to generate Ps. $266 million of NOI

- FUNO will make payments for this development in a combination of 50% CBFIs and 50% cash, as construction progresses







# TURBO

 4Q'16 – 1Q'17   Ps. $ 14,300 mm   18 Properties   NOI Ps. $1,330 mm

- The Portfolio is comprised of:
  - ✓ 11 stabilized properties with 162,227 sqm of GLA
  - ✓ 2 properties in process of stabilization with 201,670 sqm of GLA
  - ✓ 3 properties under development, which will add 92,467 sqm of GLA
  - ✓ 2 development projects, which will add 50,468 sqm of GLA
- This acquisition will be financed with 20% debt assumption, 10% cash for development and 70% CBFIs

GLA 506,832 sqm



NOI Ps. $1,330 mm





# TURBO











# APOLO II

 1Q'17-2Q'17     Ps. $10 - 11 bn     18 Properties     NOI Ps. $1,012 mm

- FUNO has reached an agreement to acquire this portfolio from Mexico Retail Properties (MRP)

  - 11 stabilized shopping centers, 2 properties currently under stabilization and 3 under construction

  - The beforementioned properties have 242,856 sqm of GLA, an occupancy of 93.2% and an expected NOI of Ps. $553 million

  - The portfolio also includes two land plots for imminent development which will generate approx. Ps. $459 million of additional NOI

- This acquisition will be financed with 15% debt assumption and 85% cash

  

FUNO

# FRIMAX

 4Q'17-2Q'20     Ps. $ 6,271 mm     3 Industrial Parks     NOI Ps. $540 mm

- FUNO has reached an agreement to acquire this industrial portfolio

- This portfolio will have a GLA of approximately 623,000 sqm:

  - One stabilized industrial park with a GLA of 219,000 sqm, an occupancy of 93% and is generating an NOI of Ps. $160 million

  - One built-to-suit park under development with a GLA of approximately 34,000 sqm

  - One industrial park project which will add a GLA of approximately 370,000 sqm

- The acquisition will be paid with 10% cash and the rest with CBFIs, for each partial delivery of finished and leased GLA, starting 4Q'17



# FRIMAX - TEPOTZOTLAN



NAFTA Highway

# MIDTOWN JALISCO

 4Q'16      Ps. $4,808 mm      Mixed use      NOI Ps. $492 mm

- FUNO has signed an agreement to acquire a mixed use project currently under development in Guadalajara, Jalisco, expected to be delivered by 4Q'18

- The total value of the land and development is estimated to be Ps. $4,808 mm

- The acquisition price will be paid with 50% CBFIs and 50% cash

- The remaining amount will be paid as the construction progresses

GLA 105,000 sqm [1]



Retail 70%
Office 30%

NOI Ps. $492 mm



Retail 71%
Office 29%

(1)   Does not include a Hotel to be developed within the project.



# ACQUISITION PIPELINE

 4Q'16 – 2Q'20      Ps. $36,179 mm      Diversified      NOI Ps. $3,374 mm

| Portfolio | Segment | Total Investment (Ps.$ mm) | GLA (sqm) | NOI (Ps.$ mm) | Properties |
|---|---|---|---|---|---|
| Turbo | Mixed | 14,300 | 506,832 | 1,330 | 18 |
| Apolo II | Retail | 10,800 | 362,781 | 1,012 | 18 |
| Frimax | Industrial | 6,271 | 622,638 | 540 | 3 |
| Midtown Jalisco | Mixed | 4,808 | 105,000 | 492 | 1 |
| Total | | 36,179 | 1,597,251 | 3,374 | 40 |

### GLA 1,597,251 sqm



Industrial 50%
Retail 46%
Office 4%

### NOI Ps. $3,374 mm



Industrial 7%
Office 21%
Retail 72%

FUNO

# CEO REMARKS

## BY ANDRÉ EL MANN

F U N O

# VALUE CREATION WITH FUNO

| Value Creation | Total Amount |
|---|---|
| Equity raised | 67,357 |
| Equity issued for Acquisitions | 37,130 |
| Debt raised | 61,893 |
| | 166,380 |
| | vs |
| Total Asset value 3Q'16 [1] | 194,388 |
| *Net Value Created* | *28,008* |

| | |
|---|---|
| Total FFO generated since IPO | 18,910 |
| Net Value Created to-date | Ps. $ 8.75 / CBFI |

**Value created is 50% greater than the cash flow generated**

(1) Assumes that properties under development revalue at fair value upon starting operations.

# WORLD-CLASS SUSTAINABILITY STRATEGY

FUNO's large scale and footprint comes with an even larger responsibility towards sustainiability:

 FUNO joined the United Nations' Global Compact
- ✓ *Best international practice (Human Rights, Labor Practices and Environment)*



 Eco-efficient properties and developments
- ✓ *Reduce our overall building energy intensity*
- ✓ *Efficient water consumption*
- ✓ *Monitoring Waste and emissions*



 Code of Ethics & whistleblowing mechanism
- ✓ *Operated by a third party*

**Deloitte.**

**Overall improvement and positive impact
on people, communities and cities**

