# EXHIBIT 14



FUNO DAY 2018

NOVEMBER 15, 2018

NEW YORK CITY

# FUNO's Vision

By André Elmann



# FUNO´s IPO Commitment

**1** Newly created Mexican trust, formed primarily to acquire, develop, own, and operate a broad range of income-producing real estate

FUNO

# FUNO´s IPO COMMITMENT

**1** Newly created Mexican trust, formed primarily to acquire, develop, own, and operate a broad range of income-producing real estate

**2** Long-term investment through stable dividends distribution and capital appreciation

F U N O

# FUNO´s IPO Commitment

**1** Newly created Mexican trust, formed primarily to acquire, develop, own, and operate a broad range of income-producing real estate

**2** Long-term investment through stable dividends distribution and capital appreciation

**3** Replicate the know-how and DNA of the successful experience of E-Group through a vertically integrated platform

FUNO

# A SERIES OF EVENTS HAVE CREATED A VOLATILE BACKDROP

✓ Mexico's presidential elections

✓ NAFTA re-negotiation between Mexico, U.S., and Canada

✓ Increase in Mexican interest rates

✓ FED interest rate hikes

✓ Cancellation of Mexico City's new airport: NAIM

✓ Significant shift in FUNO's shareholder base

6



# FOCUS ON RESULTS



FUNO has delivered improved outputs per CBFI despite persistent market volatility

# FUNO's Focus

### BY GONZALO ROBINA AND JORGE PIGEON

# UNDERSTANDING FUNO's DNA

**Total Return Focus → Sustainable Shareholder Value Creation Over Time**

| Dividend Distributions | Capital Appreciation through Active Management of our Assets and Opportunities |
|---|---|

| High Occupancy<br>Rent Collections<br>=<br>Dividends | ➢ Acquisitions     ➢ Tenant Growth<br>➢ Developments     ➢ Asset Recycling<br>➢ Re-Developments |
|---|---|

 **Value Weight**

**30%**                    **70%**

9



# SOLID DIVIDEND DISTRIBUTIONS AND CAPITAL APPRECIATION



# GROWTH TO MEET TENANT'S NEEDS



Since our inception, we've been growing alongside our tenants

**Walmart**

| 2011 | 3Q'18 |
|------|-------|
| # of States: 3 | # of States: 22 |
| GLA: 21,849 m² | GLA: 900,641 m² |

Δ 40.2x

**Cinépolis**

| 2011 | 3Q'18 |
|------|-------|
| # of States: 4 | # of States: 20 |
| GLA: 20,032 m² | GLA: 134,858 m² |

Δ 5.7x

FUNO

# GROWTH TO MEET TENANT'S NEEDS



# ADDING VALUE THROUGH DEVELOPMENT

Approx. 25.4% of our NOI is generated by properties that have been developed, re-developed or expanded



**2018E**
**Stabilized Portfolio**
Ps. 13.8 bn

**+**

**Pro-Forma 2021**
**Current Development + Acq.**
Ps. 18.6 bn

**+**

**Pro-Forma 2023**
**Mitikah**
Ps. 19.8 bn[2]

**2018E Stabilized Portfolio:**
- 74.6%
- 8.5%
- 4.6%
- 12.3%

**Pro-Forma 2021 Current Development + Acq.:**
- 66.5%
- 7.5%
- 4.1%
- 11.0%
- 10.8%

**Pro-Forma 2023 Mitikah:**
- 59.4%
- 6.7%
- 3.7%
- 9.8%
- 9.7%
- 10.6%

Legend:
- Stabilized properties[1]
- Property growth/expansion
- Re-developed
- Developed
- Under development
- Mitikah (JV Helios)

13

(1) Contributed and acquired stabilized properties     (2) FUNO's share of Mitikah's NOI

FUNO

# PORTFOLIO UNDER DEVELOPMENT

| **8 projects** under development | **643,761 m²** final GLA | **Ps. 1.8 bn** expected additional revenues | **Ps. 7.0 bn** est. pending CapEx | **12%** expected yield-on-cost |
| --- | --- | --- | --- | --- |

## Mariano Escobedo

**Render**



**Actual Photos**






# MIDTOWN JALISCO

### Render



### Actual Photo





# MIDTOWN JALISCO - OFFICES







# MIDTOWN JALISCO - ACTUAL OFFICE LOBBY



# MIDTOWN JALISCO - WEWORK OFFICE



# MIDTOWN JALISCO - RETAIL




# MIDTOWN JALISCO - HILTON HOTEL





# MIDTOWN JALISCO - HILTON HOTEL



F U N O

# MIDTOWN JALISCO - HILTON HOTEL



FUNO

# MIDTOWN JALISCO - HILTON HOTEL



23

FUNO

# MIDTOWN JALISCO - HILTON HOTEL



FUNO

# MIDTOWN JALISCO - HILTON HOTEL



FUNO

# MIDTOWN JALISCO



F U N O

# MIDTOWN JALISCO



# LA ISLA CANCÚN 2



FUNO

# La Isla Cancún 2





# TEPOZPARK / FRIMAX – FIRST PHASE OUT OF 350,000 SQM



FUNO

# ADDING VALUE TO OUR PROPERTIES: MERCADO GOURMET PARQUES POLANCO





# ADDING VALUE TO OUR PROPERTIES: MERCADO GOURMET PARQUES POLANCO

✓ Redevelopment highlights:

   i.   Investment: Ps. 32.8 mm

  ii.   Growth in ABR from Ps. 2.1 mm to Ps. 10.8 mm



YOC: 21%
Stabilized IRR: 31%

ABR (Ps. mm)



Δ 414.3%

2.1

10.8[1]

Average Rent per sqm. (Ps.)



Δ 610.4%

175

1,247

(1) Once stabilized



# ADDING VALUE TO OUR PROPERTIES: PATIO VALLE DE CHALCO





# ADDING VALUE TO OUR PROPERTIES: PATIO VALLE DE CHALCO

✓ Redevelopment highlights:

i. Investment: Ps. 166.5 mm

ii. Growth in GLA from 40,685 to 54,045 m$^2$

iii. Growth ABR in Ps. 25 mm

YOC: 15%
Stabilized
IRR: 20%

   

ABR (Ps. mm)



Δ 37.5%

66.6

91.6 $^{(1)}$

GLA (sqm)



Δ 32.8%

40,685

54,045



# ASSET RECYCLING: UAG







# ASSET RECYCLING: REFORMA 155



# ASSET RECYCLING: APODACA



# SALES PRICE VS NAV – CAPTURING VALUE CREATION (SHORT TERM)

✓ <u>Land Plot</u> in Celaya (from Kansas Portfolio)

✓ UAG Property (Retail Operating Property)

✓ Reforma 155 (Office Operating Property)

✓ <u>Land Plot</u> in Monterrey (from California Portfolio)

## Total Sales:
Sale Price: Ps. 1,451.2 mm

Book Value: Ps. 1,058 mm

**Price vs NAV: 1.32x**

## Location, Location, Location!



Due to its **location** and **conservative** property valuations FUNO is able to sell non-core assets around **32%** above Book Value.



# CREATING VALUE THROUGHOUT BUYBACK

- FUNO sold assets @ 1.32x NAV
- NAV = Ps. $38.1

|  | Sold Assets | Buyback | Accretion |
|---|---|---|---|
| Price per CBFI | $50.3 | $27.6 | $22.7 |
| CBFIs (#) |  | 42,194,229 |  |
| **Value Creation** (Ps. mm) |  |  | **$957.8** |

- FUNO has created value for Ps. 957.8 million through our Buyback Program



# NEW STRATEGIC ALLIANCES – SIZE DOES MATTER

 Placement of 75 new modules

 +320 ATMs available

 Installation over the next 4 months

 In 25 cities of 18 states

 Minimal use of our GLA

 Annual service to +400 million people

## ANNUAL ADDITIONAL FFO Ps. $65 MILLION

FUNO's capital investment = zero

F U N O

# NEW STRATEGIC ALLIANCES





✔ Currently 50,000 sqm

✔ Opening of more than 50 stores

✔ 100,000 m² will be occupied by 2021

✔ Over 20,000 sqm

✔ Co-working spaces currently account for 288,000 sqm in Mexico

✔ 180 branches by 2019

41



# NEW STRATEGIC ALLIANCES

 



 4 new stores

 3,400 sqm in prime locations

 Exclusive product offering

 Unique culinary experience at FUNO sites

 Innovation in FUNO´s mall locations

 Ambitious expansion plan



# MITIKAH PROJECT – TODAY

|  | Retail | Office | Residential | Total |
|---|---|---|---|---|
| GLA / estimated GSA (m²) | 115,710 | 247,876 | 667 | 446,654 |
| Estimated NOI (Ps$mn) | 662 | 1,123 | n.a. | 1,785 |
| Estimated Residencial Revenue (Ps$mn) | n.a. | n.a. | 5,597 | 5,597 |
| Average Price of rent / m² (Ps$) | 574 | 455 | - | - |
| Estimated sale price / m² (Ps$) | - | - | 70,000 | - |
| Pre-lease/ Units sold | 67%[1] | 57%[2] | 74% |  |

(1) Retail includes Mitikah Phase I. (2) Office includes Mitikah Phase I + Centro Bancomer.

F U N O

# MITIKAH FEE STRUCTURE – "FEE" INCOME FOR FUNO

| Type of Fee | Fee Structure |
|---|---|
| • Fund management Fee | 1.25% committed capital or Ps. 6,000 mm for 10 years |
| • Asset Development Fee | 3% of total development cost |
| • Promote | 20% of return in excess of 10% (Preferred return) |

F U N O

# ABILITY TO CREATE VALUE – MITIKAH INVESTMENT COST

Figures in Ps. mm

| FUNO's Investment | Cost |
|---|---|
| Land Acquisition Price | 4,400 |
| Rents Collected (Colorado Portfolio) | -600 |
| Total Cost | 3,800 |

| Helios Fee Structure | | Cost |
|---|---|---|
| Fund Management Fee | 1.25% on Ps. 6,000 mm | 750 |
| Development Fee | 3% on Ps. 21,000 mm | 630 |
| Total Fee Income | | 1,380 |
| Total Asset Cost (Net of Fees) | | 2,420 |



# ANALYZING ABILITY TO CREATE VALUE – MITIKAH YIELD ON COST

(Figures in Ps. Mm)

|  | COST | MITIKAH's NOI | YOC |
|---|---|---|---|
| FUNO's 62% ownership | 2,420 | 1,148[1] | 47.4% |

|  | COST | FUNO's Stake @ 7% CapRate | Value Creation |
|---|---|---|---|
| FUNO's Net Capital Investment (including Promote) | 1,289 | 20,948[1] | 16.3 x |

(1) FUNO's share

46

F U N O

# MITIKAH PROJECT



# COUNTER-CYCLICAL BUSINESS MODEL

## BY FERNANDO ÁLVAREZ

# FUNO´s Value Creation Pillars



# FUNO's DELIVERY ON CAPITAL APPRECIATION

## Our portfolio is focused in the largest and most dynamic states of Mexico

### Our top 5 states generate 81% of our ABR



### Our top 5 states generate 42% of Mexico's GDP share[1]



(1) Source: INEGI

F U N O

# FUNO VS THE MARKET:

## Competitive Rent Drives Occupancy & Rent Growth



USD/m² · Ps./m² · USD/m²

| | Office | Retail | Industrial |
|---|---|---|---|
| | 29 | 800 | 5.1 |
| | FUNO: 24 | | FUNO: 4.3 |
| | 19 | FUNO: 253 | 3.5 |
| | | 153 | |

**Market Price Range**

**Office Occupancy:**
**FUNO 89.1%**
Market 84.6%

**Retail Occupancy:**
**FUNO 94.8%**
Market 90.0%

**Industrial Occupancy:**
**FUNO 97.4%**
Market 97.6%

Source: FUNO's estimates

51

FUNO

# OUR STRATEGY HAS IMPROVED OUR DEBT CONDITIONS



# OUR DEBT STRATEGY IS LONG TERM BASED



## 3Q'13 Debt Maturity

| Short Term | 13-24 mths | 25-36 mths | 37-48 mths | 49+ mths |
|---|---|---|---|---|
| 16.2% | 7.2% | 4.1% | 20.1% | 52.5% |

| Average Cost of Debt | 5.43% |
| Average Life of Debt | 3.1 years |
| Foreign Exchange Rate | 12.2 Ps./USD |

TIIE 28 4.0%

## 3Q'18 Debt Maturity

| Short Term | 13 - 24 mths | 25 - 36 mths | 37 - 48 mths | 49+ mths |
|---|---|---|---|---|
| 0.2% | 0.0% | 0.2% | 0.0% | 99.6% |

| Average Cost of Debt | 7.84% |
| Average Life of Debt | 9.9 years |
| Foreign Exchange Rate | 18.7 Ps./USD |

TIIE 28 8.1%

FUNO

# PRUDENT FINANCIAL MANAGEMENT = SUSTAINABILITY

**Syndicate Loan Immediate Resources**
**(Figures in Ps. mm)**

✓ Loan characteristics:

   i.  Cash ready and available in 3 days

   ii.  Valid for 5 years (until June 2020)

   iii.  Commitment Fee: 30 bps



| Ps. 7,000 mm | Usd. 410 mm | Total |
|---|---|---|
| 7,000 | 7,713 [1] | 14,713 |

✓ Additionally, FUNO has bilateral lines of credit with 4 financial institutions for more than Ps. 6 bn

> FUNO's has more than **Ps. 20 bn** of available cash

(1) Ps. 7,000 mm in Usd. mm with an exchange rate of 18.8120 Ps./Usd.



# IMPACT OF INTEREST EXPENSE IN FFO GENERATION

| *Ps. per CBFI* | 4Q13 | 3Q18 | Growth % | CAGR |
|---|---|---|---|---|
| NOI per CBFI | 0.54 | 0.87 | Δ63% | 11% |
| FFO per CBFI | 0.41 | 0.56 | Δ35% | 7% |
| Interest Expense per CBFI | 0.18 | 0.30 | Δ68% | 12% |
| LTV | 34.3% | 32.6% | Δ(5%) | (1%) |

FUNO

# MEXICO IN THE GLOBAL ARENA

BY ALEJANDRO WERNER

# FUNO CARES

BY SOFIA PEÑA

# FUNO´S CORE DNA



# ESG ACHIEVEMENTS

## UN GLOBAL COMPACT & GRI

**2016**

✓ FUNO joined the United Nations' Global Compact

✓ FUNO reports under the Global Reporting Initiative

✓ Focus on:
  • Reduce our overall building energy intensity
  • Efficient water consumption
  • Monitoring waste and emissions







# ESG ACHIEVEMENTS

**2017**

## MEMBER OF DJSI

✓ Fundación FUNO started operations

✓ FUNO became member of the Dow Jones Sustainability MILA Index

✓ Implement of an external and independent whistleblowing mechanism open to all employees and suppliers







# ESG ACHIEVEMENTS



2018

## Member of FTSE4Good

✓ FUNO´s inclusion to the FTSE4Good Index Series.

✓ Disclosure of our carbon footprint to the Carbon Disclosure Project





# KEY HIGHLIGHTS

FUNO achievements:

✓ Top 5 LATAM ranking in overall ESG

✓ Top 10 world ranking in:
  • Code of ethics
  • Political influencer in the industry
  • Integration and social regeneration actions (social inclusion in our properties)

✓ 26% of our total office operating GLA LEED certified

✓ 54% of our office development GLA LEED certified

**The core of FUNO´s DNA is the company´s sustainability**

"To prosper over time, every company must not only deliver financial performance, but also show how it makes a positive contribution to society".

Larry Fink, Blackrock´s CEO

FUNO

# FUNO's Future

By Jorge Pigeon

# FUNO IN THE FUTURE

✓ Increase independent presence in the Board

✓ Generate more confidence through stronger corporate governance

✓ Cancellation of all re-purchased CBFIs up to date

✓ Continuous effort to reduce the gap in the NAV/CBFI value

✓ Continue to enhance and improve disclosures

FUNO

# FUNO's Independent Board Members

## Herminio Blanco Ph. D.

- President of IQOM Inteligencia Comercial.
- Former Secretary of Trade and Industry in México.
- Ph.D. in Economics from University of Chicago.

## Antonio Franck

- Partner in Jones Day.
- Participated in the inception of Banco Azteca, Banco Multiva, and Bancoppel, among other credit institutions and sofoles.
- Harvard University; Universidad Iberoamericana; University of Houston.



# FUNO´s Independent Board Members

## Rubén Goldberg

- Founding partner of Goldberg Alerhand y Asociados, S.C.
- Member of Boards of Private Sector, Financial Institutions, and non-profit Associations.
- MBA from Wharton School, University of Pennsylvania.

## Alberto Mulás A.

- Independent Director in the boards of several leading corporations.
- Head of Banco Itau BBA's brokerage. Donaldson, Lufkin & Jenrette Securities Corp. and Lehman Brothers Inc.
- MBA from Wharton School, University of Pennsylvania



# KEY ASSUMPTIONS

## 1. General :

✓ Rents adjusted with inflation annually

✓ Average leasing spreads over inflation: Industrial 415 bps - Retail 192 bps - Office 46 bps

✓ Occupation stabilizes at a range of 90-95% (depending on the property/portfolio)

✓ Stable NOI margin at ~80%

✓ Stable interest rates

## 2. Acquisitions :

✓ Assumes the closing of pending acquisitions

## 3. Developments :

✓ Assumes delivery dates as stated on the 3Q'18 Quarterly Report

## 4. Mitikah :

✓ Assumes FUNO receives it's 62% share of Mitikah's revenues and debt



# POTENTIAL GLA BUILD UP



**(Figures in '000 sqm)**

| Current Portfolio 2018E | Development Portfolio [1] | Acquisitions | Mitikah Phase I [2] | 2021E | 2023E [3] |
| --- | --- | --- | --- | --- | --- |
| 8,432 | 591 | 118 | 163 | 9,304 | 9,532 |

*(1) Includes the GLA of the Development Portfolio as of 3Q18 (excludes Tepozpark (Frimax) last phase*
*(2) Considers Mitikah's Phase I finished buildings 2021 GLA (excludes Torre Coyoacan which will be delivered by 2022)*
*(3) Includes Mitikah's Total GLA and Tepozpark (Frimax) last phase*



# POTENTIAL NOI BUILD UP



**(Figures in Ps. mm)**

Current Portfolio 2018E: 13,782
Development Portfolio: 1,454
Acquisitions: 551
Mitikah Phase I [1]: 524
2021E: 19,089
2023E [2]: 21,499

*(1) Represents FUNO's share of Mitikah's Phase I finished buildings estimated 2021 NOI (excludes Torre Coyoacan which will be delivered by 2022)*
*(2) Includes FUNO's share of Mitikah's estimated 2023 NOI*



# FULL POTENTIAL 2021 OUTLOOK

| Concepts | 2018E | 2021E |
|---|---|---|
| NOI (Ps. mm) | 13,782 | 19,089 |
| GLA ('000 sqm) | 8,432 | 9,304 |
| Debt (Ps. mm)[1] | 78,699 | 83,951 |
| LTV | 32.0% | 29.3% |
| FFO (Ps. mm) | 8,516 | 12,141 |
| No. CBFIs (mm) | 3,900 | 4,023 |
| FFO / Share | | |
| *High End* | 2.17 | 3.15 |
| *Low End* | 2.15 | 2.96 |

*(1) Includes FUNO's share of Mitikah's Phase I debt*

# CLOSING REMARKS

BY ANDRÉ ELMANN



# SAY DO INDEX

 Solid Dividend Distributions

 Growth to meet of tenant needs

> Organic growth - Development, Re-development, and Expansion

> Growth through Acquisitions

 Multiple sources of funding

 Counter-cyclical business model

 Prudent financial leverage

# CLOSING REMARKS



(Figures in Ps. mm)

FUNO has generated **Ps. 74 billion** in value since IPO

(1) FUNO has had a net FX effect of Ps. 6,250 mm

# CLOSING REMARKS

(Figures in Ps. mm)



| 38,636 | 35,428 | 74,064 |
| 32,476 (1) | | |
| Value Created | Dividends Distributed | Dividends Distributed + Value Created |

FUNO has generated **Ps. 74 billion** in value since IPO

(1) FUNO has had a net FX effect of Ps. 6,250 mm



