# EXHIBIT 15



# WELCOME

by André El-Mann   CEO



# FUNO, BEST IN CLASS

by Jorge Pigeon    VP of Capital Markets & Investor Relations

# TRIED AND TESTED MODEL

Case 1:24-mc-00035-MN   Document 1-12   Filed 01/19/24   Page 6 of 24



# FUNO, BEST IN CLASS

Best properties

Best locations

# FUNO, BEST IN CLASS

## Largest REIT[1] in Latin America

- FUNO is 3.4x larger than its closest competitor in Latam
- We have developed more than 1.2 million sqm of GLA
- We have acquired more than 7.5 million sqm of GLA

Investment properties and investment in affiliates

(MXP Million as of 3Q'19)



_(1) Real Estate Investment Trust = FIBRA, (2) 1 BRL = 4.75 MXN_

# **FUNO, BEST IN CLASS**

## **Highly Diversified portfolio**

- Highly diversified portfolio by segment and tenants

- Well laddered lease terms



NOI Breakdown[1]

- 45%
- 24%
- 20%
- 11%

■ Retail  ■ Industrial  ■ Office  ■ Other

**Lease Term by ABR**



| | | | | | |
|---|---|---|---|---|---|
| 4% | 14% | 12% | 12% | 52% | 6% |
| 2019 | 2020 | 2021 | 2022 | 2023+ | Others(3) |

*(1) Includes 100% of Torre Mayor´s and Torre Diana´s  ABR*

# FUNO, BEST IN CLASS

## Highly Diversified portfolio

- Main presence in the country's most dynamic cities
- Our top 5 states generate 80% of our ABR



# FUNO, BEST IN CLASS

• Constant GLA growth with consistent high occupancy rate



■Total GLA  ('000 sqm)  —Occupancy Rate  —NOI Margin

| | | | | | |
|---|---|---|---|---|---|
| 95.3% | 95.0% | 94.4% | 94.3% | 95.3% | 94.3% |
| 90.0% | 88.9% | 89.5% | 90.8% | 88.0% | 88.4% |
| 5,951 | 7,079 | 7,370 | 8,448 | 8,615 | 8,745 |
| 2014 | 2015 | 2016 | 2017 | 2018 | 3Q19 |



# OUR TENANTS

Sales 2019 vs. 2018 (%)

On average **+90%** of tenants increased sales well above inflation

SOURCE: ACTUAL SALES. EXTRACT FROM INTERNAL SALES REPORT INCLUDING THE FOLLOWING CATEGORIES (DEPARTMENT STORES, ENTERTAINMENT, FASHION, FOOD SERVICE)

Case 1:24-mc-00010-MKV   Document 7-13   Filed 01/10/24   Page 12 of 24

# FUNO, BEST IN CLASS

- Unparalleled access to capital markets MXP **170 billion** raised



■ Equity Issuance    □ Debt Issuance

| Category | Value |
|---|---|
| IPO | $3,584 |
| Follow-on 1 | 8,877 |
| Follow-on 2 | 22,050 |
| CBFs | 8,500 |
| USD Notes | 14,630 |
| Follow-on 3 | 32,816 |
| CBFs 2 | 10,000 |
| USD Notes | 5,202 |
| CBFs 3 | 4,500 |
| USD Notes | 9,690 |
| Follow-on 4 | 12,802 |
| CBFs 4 | 9,100 |
| CBFs 5 | 9,200 |
| USD Notes | 19,169 |
| Total | $170,119 |

# NAV PER CBFI

CAGR: 10.7%



# DISTRIBUTION PER CBFI



**CAGR: 8.1%**

0.3022

0.5850

1Q'11 2Q'11 3Q'11 4Q'11 1Q'12 2Q'12 3Q'12 4Q'12 1Q'13 2Q'13 3Q'13 4Q'13 1Q'14 2Q'14 3Q'14 4Q'14 1Q'15 2Q'15 3Q'15 4Q'15 1Q'16 2Q'16 3Q'16 4Q'16 1Q'17 2Q'17 3Q'17 4Q'17 1Q'18 2Q'18 3Q'18 4Q'18 1Q'19 2Q'19 3Q'19

# TOTAL VALUE CREATED

- Value generated since IPO: MXP **100 billion**

(Figures in Ps. mm)



| Equity Raised | Total Debt | Total Assets | Value Created | Dividends Distributed | Dividends Distributed + Value Created |
|---|---|---|---|---|---|
| 120,413[1] | 98,569[2] | 267,593 | 55,027[2] | 44,515 | 99,542 |

*(1) Includes repurchased CBFIs        (2) FUNO has had a net FX effect of MXP 6,416 mm*

# FUNO, BEST IN CLASS

### Global Scale

| FitchRatings | BBB<br>Stable |
| --- | --- |
| Moody's | BAA2<br>Stable |

### National Scale

| FitchRatings | AAA (mex)<br>Stable |
| --- | --- |
| HR Ratings Credit Rating Agency | HR AAA<br>Stable |

- Prudent leverage with average life of debt of **13 years**

- First committed revolving credit facility sustainability-linked in Latin America for Mxp. **21.5 billion**[1]

*(1) Mxp. $13.5 billion + Usd. $410 million*

# ESG ACHIEVEMENTS

















# FUNO's Awards & Achievements





**REIT Investment Management of the Year '16**

**Top 500 Mexico's Companies '19**



**ARC AWARDS INTERNATIONAL**

Best Annual Report '17
Bronze Winner '18

**LACP**

Top 10 Mexican Reports '17 and '18
Gold Award Most Engaging Report '18

# LatinFinance

Follow On Equity Deal of the Year '14
Best Equity Market Strategy '15

COUNCIL OF THE Americas SYMPOSIUM | BRAVO BUSINESS AWARDS 25th ANNIVERSARY

**Investor of the Year 2019**

# Institutional Investor

Best Investor Meeting '18
Top 3 CEO, IR Team, ESG '18



EBA Global

**Manager of the Year '18**



cfi.co REAL ESTATE AWARDS 2017

**Best REIT '17**



IFR AWARDS 2014

**Latin America Bond of the Year '14**

THE GLOBAL **RLI** Awards

**2018 Nominee**



EUROMONEY BEST MANAGED COMPANIES IN LATIN AMERICA 2014

**Best Managed Real Estate Company in Latin America**



LATIN AMERICAN QUALITY INSTITUTE

**Certification 2018**

# HOW WE ACHIEVE IT

At IPO

3Q19



NOI:
Mxp. 646 Million[2]

GLA:
719,415 SQM[1]

**22.4x**

**12.2x**

NOI:
Mxp. 15 Billion[3]

GLA:
8,744,632 SQM

*(1) GLA of Initial Portfolio (including Toluca)*     *(2) Annualized NOI of 4Q11*     *(3) Annualized NOI of 3Q19*

# HOW WE ACHIEVE IT

## LARGEST ACQUISITIONS

**Capability to more than double the size of the company in the past and more so today**



# HOW WE ACHIEVE IT

## DEVELOPMENTS



## Retail

- 7 properties
- 166,932 sqm
- 5 states

## Office

- 4 properties
- 228,106 sqm
- 2 states

## Industrial

- 7 properties
- 711,912 sqm
- 1 state

## Mixed Use

- 1 property
- 115,324 sqm
- 1 state


Guanajuato


Centrumpark


Escatto


Midtown Jalisco

**FUNO has developed 19 properties for more than 1.2 mm sqm of our current GLA**

# MITIKAH STATUS

| Residential | Retail | Office Space |
|---|---|---|
| ~85% units sold | ~88% leased | ~79% leased[1] |

**1.0 million** sqm GBA          **Total Stabilized GLA: 337,410** sqm

(1) Includes Centro Bancomer

# MITIKAH – TORRE M



# MITIKAH – TORRE M



