# MITIKAH – TORRE M



# MITIKAH – TORRE M





# MITIKAH – CONDO TOWER



# MITIKAH – RETAIL AREA





# MITIKAH – MEDICAL TOWER

MITIKAH STATUS
FUNO Investment
2.4 Billion MXP
CAPEX
20 Billion MXP
Stabilized NOI
2.0 Billion MXP
YOC
51.6%

# HOW WE ACHIEVE IT

## Acquisitions

More than
6.8 mm sqm

## Development

More than
1.2 mm sqm

## Re-development

14 Properties

## JV’s

Largest
Construction in
Latam



MANAGEMENT PLATFORM
by Ignacio Tortoriello
VP of Administration & IT

# MANAGEMENT PLATFORM

## TECHNOLOGY

## PROCESSES

## PEOPLE







# MANAGEMENT BY EXCEPTION

- ✓ Standardized processes
- ✓ Processes automation
- ✓ Scorecards
- ✓ Operation manuals
- ✓ Sustainability focus

**Continuos Improvement (Effectiveness)**

Effectiveness and productivity
Value
NOI Increase

- Standardization and efficient operations
- Best practices adoption
- Business KPI´s alignment
- Transactional coordination

- New ways to meet our customers´ needs
- Growing alternatives and value creation
- Operational and technological advances

**Innovation (New opportunities)**

# FUNO'S ECOSYSTEM





# FUNO'S ECOSYSTEM

## DRP / BCP





# REVENUE ASSURANCE

ACQUISITIONS

INTEGRATION

NEW LEASES OR RENEWALS

LEASES
INVOICING
COLLECTION

- Increases
- Variable income
- Expense recoveries
- Credit notes

INFORMATION

- Institutional Reporting
- Committees
- Audits
- Finance
- Accounting

~1M annual operations

+550 properties

+1B USD annual billing

# PAYMENT PROCESS

**BUDGET**

**PURCHASE REQUEST**

**PRODUCT OR SERVICE RECEPTION**

**SUPPLIER´S WEBSITE**

**PAYMENTS**

**BUDGET**

- Performed during the last quarter of the previous year
- At a property level.

**PURCHASE REQUEST**

- Request generated by property managers and/or end users
- Comparative of at least 3 different suppliers is required
- Standard and planned purchase orders

**PRODUCT OR SERVICE RECEPTION**

- Property managers and/or end users need to upload a proof/evidence of the reception of the product or service

**SUPPLIER´S WEBSITE**

- Each supplier need to upload its invoice and link it to their purchase order
- Delegated Authorization Matrix of 5 levels

**PAYMENTS**

- Payments are processed by the system
- Automatic accounting
- Files for bank transfers are generated



# STANDARDIZED INFORMATION

## Facts Sheet

Billings YTD

# of properties

# Leases

GLA



Facturación

Antigüedad de Saldos

Top

Vencimientos de Contratos

% de Ocupación y GLA

$ por M2

Geográfico

P&L

ScoreCard

Rent Roll

Pagos

Integrity

ARGUS

INICIO

Gastos Operaciones

MDA

Facturación
Año
2014 2015 2016
2017 2018 2019
Mes
ene feb mar abr may jun
jul ago sep oct nov dic
Q
Q1 Q2 Q3 Q4
Menu
F U N O
Excluir OCVC F.I.Y 94000
Seleccionar Todos
Selecciones Actuales
AÑO 2018
Facturación (MDP)
2,000
1,500
1,000
500
0
USD
MXP
AñoMes
ene 2019 feb 2019 mar 2019 abr 2019 may 2019 jun 2019 jul 2019 ago 2019 sep 2019
Moneda | A | ene 2019 | feb 2019 | mar 2019 | abr 2019 | may 2019 | jun 2019 | jul 2019 | ago 2019 | sep 2019 | Total
MXP | $1,261.1 | $1,294.8 | $1,282.0 | $1,241.7 | $1,290.7 | $1,385.5 | $1,352.6 | $1,316.0 | $1,080.6 | $11,504.9
USD | $291.5 | $254.0 | $278.1 | $268.5 | $229.5 | $290.9 | $267.4 | $291.5 | $264.5 | $2,436.0
Total | $1,552.6 | $1,548.8 | $1,560.2 | $1,510.1 | $1,520.2 | $1,676.3 | $1,619.9 | $1,607.5 | $1,345.1 | $13,940.9
Facturación por Divisa
17.5%
82.5%
Convertir a USD
PORTAFOLIO
01000 INICIAL
02000 GRIS
03000 BLANCO
04000 AZUL
05000 ROJO
06000 SENDERO VILLAHERM
07000 VERDE
08000 MORADO
SUCURSAL
00016 OPERADORA GALGUA
00021 OPERADORA CVC
01001 VIA MORELOS 300
01002 POLARIS
01003 VALLEJO 2000
01004 REFORMA 99
01005 LA JOYA I
01006 DIAMANTE
CLIENTE
"COMERCIALIZADORA H8M"
"EURO PREMIUM" SA DE CV
"FASHION INK" SA DE CV
"GLOBAL BRAND MANAGEM
"HACH DE MEXICO" S DE RL
"MICHRIB" SA
"PENSKE SERVICIOS DE ADM
Filtros Adicionales
Concepto
Categoria
Segmento
Facts
Facturación YTD: $13,940,878,173
# de Propiedades: 0
# Contratos: 0
GLA: 0
Facturación 2019 Vs 2018(MMDP)
2018
2019
4,249 4,662 4,582 4,707 4,659 4,573 4,797
5,000 4,000 3,000 2,000 1,000 0
Q1 Q2 Q3 Q4
Facturación por Q 2019(MMDP)
Q1 4,661,615,699
Q2 4,706,670,990
Q3 4,572,591,485
0 5,000,000,000
2019Q2 - 2019Q3
4,797 4,662 4,707 4,573
-2.81% 0.97% -2.85%
2018Q4 2019Q1 2019Q2 2019Q3
AñoQ
Facturación por Portafolio
APOLO
MORADO
KANSAS
G30
INICIAL
TURBO
R15
ALASKA
ROJO
P12
APOLO II
SAMARA
FRIMAX
MIDTOWN
AZUL
VERMONT
INDIANA
MAINE
Facturación por Tipo de Local
25% 20% 15% 10% 5% 0%
Industrial Ancla Oficina Local Sub Ancla Local Pequeño Hotel Estacionamiento Foodcourt Kiosko Mantenimiento Pad Espacios Publicidad Condominio
TIPOLOCAL
Facturación por Concepto
Concepto
Renta 83.1%
Mantenimiento 10.6%
Renta Variable 4.8%
Otros 1.5%
Concepto | % | $
Renta | 83.1% | 11,582.8
Mantenimiento | 10.6% | 1,484.1
Renta Variable | 4.8% | 667.5
Otros | 1.5% | 206.4
Total | 100.0% | 13,940.9
Facturación Portafolio>Sucursal >Cliente
% vs Mes Anterior (MDP)
% de Variación (MDP)
PORTAFOLIO | AñoMes | ene 2018 | feb 2018 | mar 2018 | abr 2018 | may 2018 | jun 2018 | jul 2018 | ago 2018
01000 INICIAL | | 109,956,208 | 103,926,319 | 103,709,032 | 102,069,944 | 109,564,303 | 112,307,481 | 116,860,012 | 102,333,513
02000 GRIS | | 8,891,808 | 8,150,501 | 8,005,460 | 8,169,991 | 8,383,882 | 8,472,910 | 8,701,416 | 8,546,751

# PROCESS AUTOMATION

| | | | | |
|---|---|---|---|---|
| Purchase Requisition | Terminology | Payment requirement | Down payment | Billing stoppage |
| Budget extension | BUSINESS PROCESSES AUTOMATION | | | Bank Reconciliation |
| Billing’s extension | | | | Manual Billing |
| Urgent payments | Intercompany | Human Resources | Other income | Sustainability |

**14 Macro Processes** **27 Subprocesses** **11 Under development**

# PROCESS AUTOMATION



