

# PEOPLE

**THOMAS**
PPA
TEIQ
GIA
Positions
Teams

**OPEN HR / HUMANET HR**
Personnel Administration
Incident Management
Recruitment
Vacations management
Knowledge base
Surveys

**TRAINING**
The FUNO Way certification
Cybersecurity
Excel course
Inclusive work force
SingularityU Summit





# OPERATIONS PLATFORM

by Alfonso Arceo   **VP of Property Management**





# OPERATING METRICS

**+10,000**  CONTRACTS

**+2,000**  RENEWALS per year

**+1,200**  NEW CONTRACTS per year

+550 PROPERTIES

32 STATES

+100 CITIES

+450M ANNUAL VISITORS

+4.5M SOCIAL MEDIA FOLLOWERS

+120K PARKING SPACES

+100M PARKING LOT TRANSACTIONS

+200 SUPPLIERS

+5,200 INDIRECT EMPLOYEES

+100K EQUIPMENTS

+450K MAINTENANCE TASKS



# OPERATING METRICS

**+450 MILLION**   ANNUAL VISITORS

**+4.5 MILLION**   SOCIAL MEDIA FOLLOWERS

| | | | |
|---|---|---|---|
| +550 PROPERTIES | +10K CONTRACTS | +120K PARKING SPACES | +200 SUPPLIERS | +160K EQUIPMENTS |
| 32 STATES | 2K RENEWALS | | |
| +100 CITIES | 1.2K NEW CONTRACTS | +100M PARKING LOT TRANSACTIONS | +5,200 INDIRECT EMPLOYEES | +450K MAINTENANCE TASKS |

Case 1:24-mc-00024-RH   Document 1-17   Filed 01/16/24   Page 7 of 62

# OPERATING METRICS



**+120,000** PARKING SPACES

**+100 MILLION** PARKING LOT TRANSACTIONS

+550 PROPERTIES

32 STATES

+100 CITIES

+10K CONTRACTS

2K RENEWALS

1.2K NEW CONTRACTS

+450M ANNUAL VISITORS

+4.5M SOCIAL MEDIA FOLLOWERS

+200 SUPPLIERS

+5,200 INDIRECT EMPLOYEES

+100K EQUIPMENTS

+450K MAINTENANCE TASKS



# OPERATING METRICS

**+200** SUPPLIERS

**+5,200** INDIRECT EMPLOYEES

+550 PROPERTIES

32 STATES

+100 CITIES

+10K CONTRACTS

2K RENEWALS

1.2K NEW CONTRACTS

+450M ANNUAL VISITORS

+4.5M SOCIAL MEDIA FOLLOWERS

+120K PARKING SPACES

+100M PARKING LOT TRANSACTIONS

+100K EQUIPMENTS

+450K MAINTENANCE TASKS

Case 1:24-mc-00055-RH   Document 1-17   Filed 01/18/24   Page 9 of 62



# OPERATING METRICS

**+100,000** EQUIPMENTS

**+450,000** ANNUAL MAINTENANCE TASKS

+550 PROPERTIES +10K CONTRACTS +450M ANNUAL VISITORS +120K PARKING SPACES +200 SUPPLIERS

32 STATES 2K RENEWALS SOCIAL MEDIA FOLLOWERS PARKING LOT TRANSACTIONS INDIRECT EMPLOYEES

+100 CITIES 1.2K NEW CONTRACTS +4.5M +100M +5,200

# OPERATING METRICS



**+550** PROPERTIES

**32** STATES

**+100** CITIES

**+10K** CONTRACTS

**2K** RENEWALS

**1.2K** NEW CONTRACTS

**+450M** ANNUAL VISITORS

**+4.5M** SOCIAL MEDIA FOLLOWERS

**+120K** PARKING SPACES

**+100M** PARKING LOT TRANSACTIONS

**+200** SUPPLIERS

**+5,200** INDIRECT EMPLOYEES

**+100K** EQUIPMENTS

**+450K** MAINTENANCE TASKS

# OPERATION'S BASE



**I** Matrix Structure

**II** Scorecard System

**III** Operational Manuals



# MATRIX STRUCTURE





Portfolio A
Director

Process
Director

**Revenue**
Leasing
Renewals
Other Income
Parking

Collection

**Operating Expense**
Facility Management

Marketing

Architecture

**NOI**

Commercial

Revenue
Assurance

Facility
Management

Marketing

Architecture

COMMERCIAL
**COMMITTEE**

WHAT MAKES US
**UNIQUE**

**+150**
Y E A R S
**EXPERIENCE**

**CUSTOMER**
**KNOWLEDGE**

# OPERATION'S BASE



Matrix Structure

Scorecard System

Operational Manuals

# SCORECARD SYSTEM



KPI
by property
by process

Monthly Follow Up

Goals alignment

Bonus system

Focus

Supervision
Timing
Empowerment

Accountability





# SCORECARD SYSTEM
By property

| Property (X) | Financial | | Commercial | | | Operations | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | NOI | Collection | GLA Increase | Renewals | Sales / Traffic | Mystery Shopper | Operation report | Maintenance report |
| | % | Days | sqm | Leases | MXP/Visitors | % | % | % |
| Property A | ▲3% | 14 | 854 \| ▲3% | 93% \| (53) | ▲18% | 98% | 95% | 91% |

# SCORECARD SYSTEM
## By property

| | Property (X) | OCT 19 | YTD | Financial | | Commercial | | | Operations | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | NOI | Collection | GLA Increase | Renewals | Sales / Traffic | Mystery Shopper | Operation report | Maintenance report |
| 10% | Property A | 95% | 98% | 98% | 10 | 350 | 90% | 91% | 100% | 91% | 95% |
| 12% | Property B | 110% | 100% | 93% | 12 | 871 | 95% | 91% | 90% | 93% | 92% |
| 15% | Property C | 100% | 95% | 92% | 17 | 128 | 90% | 101% | 100% | 91% | 87% |
| 17% | Property D | 95% | 98% | 92% | 11 | 827 | 93% | 91% | 100% | 90% | 95% |
| 8% | Property E | 110% | 100% | 98% | 15 | 372 | 91% | 91% | 90% | 95% | 93% |
| 12% | Property F | 100% | 95% | 99% | 13 | 721 | 98% | 84% | 100% | 94% | 95% |
| | Director's Total | 102% | 98% | 94% | 105% | 97% | 92% | 94% | 97% | 92% | 91% |

Management by exception
**Bonus system**
Focus on specific needs



# SCORECARD SYSTEM
By process

**KPI's**

## Facility Management

$ VS. BDGT

% LEAKEAGE

OPERATION REPORT

MAINTENANCE REPORT

## Marketing

SALES

TRAFFIC

MYSTERY SHOPPER

SOCIAL MEDIA



# OUR TENANTS
Sales 2019 vs. 2018 (%)

On average **+90%** of tenants increased sales well above inflation

+12%

0%

apr   may   jun   jul   aug   sep   nov

Inflation

*SOURCE: ACTUAL SALES. EXTRACT FROM INTERNAL SALES REPORT INCLUDING THE FOLLOWING CATEGORIES (DEPARTMENT STORES, ENTERTAINMENT, FASHION, FOOD SERVICE)*



# OPERATIONAL MANUALS

Operational Manuals
What to do

Instructions Manual
How to do it

Appendix & Formats
Where to report it

Emergencies
What to do in an emergency

One on one

Webinar

E-learning



# OPERATIONS

Professional Team

- Highly qualified corporate personnel
- Constant training
- Career plan

# OPERATIONS



Institutional Capacities

- Operational Manuals
- Commercial Committee
- Collection Committee
- Scorecards

Case 1:24-mc-00008-MKV   Document 7-17   Filed 01/10/24   Page 25 of 62

# OPERATIONS



Supervision

- Continuous evaluation
- Incentive alignment

Case 1:24-mc-00008-MKV   Document 7-17   Filed 01/10/24   Page 26 of 62

# OPERATIONS



Professional Team

Institutional Capacities

Supervision



# OPERATIONS

Professional Team

Institutional Capacities

Supervision

# OPERATIONS



Empowerment &
Accountability

# HOW WE ACHIEVE IT





"Nothing is more expensive than a missed opportunity"

*Gonzalo Robina*



# TITAN

by Gonzalo Robina     **Deputy CEO**



## GENERAL FEATURES

# 74 PROPERTIES | 1,262,457 GLA

# GENERAL FEATURES

## LOCATED IN 10 CITIES



Tijuana (15%)

Ciudad Juárez (28%)

Saltillo (2%)

Monterrey (29%)

Reynosa (12%)

Chihuahua (4%)

Querétaro (3%)

Zacatecas (2%)

Puebla (4%)

Aguascalientes (1%)

# TENANTS BY COUNTRY



Ireland 2%

Germany 3%

Korea 6%

Japan 7%

Mexico 20%

USA 58%

# TITAN – Top Tenants



**GLA TITAN: 83,695 m$^2$**
Ownership: Public
Country: Korea
Industry: Automotive

Global automotive supplier with a strong footprint in 20 countries.



**GLA TITAN: 55,955 m$^2$**
Ownership: Public
Country: Japan
Industry: Automotive

The company manufactures and sells motors and other electronic products worldwide.



**GLA TITAN: 76,039 m$^2$**
Ownership: Public
Country: USA
Industry: Logistics

The company manages critical fleet, transportation and supply chain functions for over 50,000 clients.



**GLA TITAN: 39,991 m$^2$**
Ownership: Public
Country: Mexico
Industry: Retail

Convienience store chain in Mexico with 18,000 points of sale serving 12 million people every day.



**GLA TITAN: 36,385 m$^2$**
Ownership: Public
Country: USA
Industry: Manufacture

Innovation in optical communications, mobile consumer electronics, display technology, among others.

**GLA TITAN: 35,868 m$^2$**
Ownership: Private
Country: Mexico
Industry: Consumer Goods

Technological development in the refrigeration industry.





# GENERAL FEATURES

| OCCUPANCY | AVERAGE LEASE TERM | MONTHLY RENT PER SQM |
|---|---|---|
| 95.1% | 4.5 YEARS | USD 4.6 |

# TITAN ACCRETION ANALYSIS

Purchase Price: USD 822.0 M

Total NOI 2020: USD 66.3 M

Entry Cap Rate: 8.1%

Total Debt: USD 500.0 M

Cost of Debt: Libor 3 month + 185 bps

LTV: 59.4%

Cash-on-cash: 12.9%



# TITAN ACCRETION ANALYSIS

NOI:             USD 66.3 M

Debt Service:   USD (19.3) M
                _____

FFO Impact:     USD 47.0 M          FFO Impact:  MXP 905.7 M

Fx:             19.25



# GENERAL FEATURES

## LAND BANK

**1,000,954 SQM**

**LOCATED IN 6 CITIES**

**PURCHASE PRICE USD 19.4 M**

# ACQUISITIONS PIPELINE



## INDUSTRIAL PROPERTIES: BATCH ONE

| | |
|---|---|
| 8 Properties | 437,728 SQM |
| Logistics: | 94.7% |
| Light Manufacturing: | 5.3% |
| Occupancy: | 91.6% |

Located in 5 States



Queretaro

Hidalgo

Mexico City

Jalisco

State of Mexico



# ACQUISITIONS PIPELINE

## INDUSTRIAL PROPERTIES: BATCH TWO

6 Properties        371,322 SQM

Logistics:        100%

Occupancy:        100%

**Located in Mexico City and its Metropolitan area**



Mexico City

State of Mexico



# FUNO + TITAN

by Fernando Álvarez          **VP of Finance**

# OUR NEW PORTFOLIO

### Before

GLA: **8,744,632** sqm

**537** properties

**94.3%** occupancy

### After

# GLA: **10,007,079** sqm

**611** properties

**94.4%** occupancy

*(1) Includes 100% of Torre Mayor´s and Torre Diana´s GLA & ABR*

# OUR NEW PORTFOLIO



Before

After

45%   24%

NOI Breakdown[1]

11%   20%

40%   32%

NOI Breakdown[1]

10%   18%

Retail    Industrial    Office    Other

*(1) Includes 100% of Torre Mayor´s and Torre Diana´s NOI*

# OUR NEW PORTFOLIO



## Leases by Currency

Before — After

## Usd. Leases by Segment

Before — After

✓ Average Usd. revenue to interest expense for the next 12 months = 1.6x

*Note: Includes the effect of financial derivatives*

# NEW DEBT PROFILE

## Short vs Long Term



100%

☐ Short ☐ Long

## Fixed vs Floating



22%

78%

☐ Fixed ☐ Floating

## Currency Distribution



52%

48%

☐ Mxp. ☐ Usd.

## Secured vs Unsecured



8%

92%

☐ Secured ☐ Unsecured

*Note: Includes the effect of financial derivatives*

# NEW DEBT PROFILE

- Average Life of Debt: 12.4 years

- Average Cost of Debt: 7.13%

- LTV: 37.9%



| 2019-2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2030 | 2044 | 2050 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0.4% | 7.7% | 10.7% | 16.0% | 7.1% | 17.6% | 7.1% | 2.5% | 7.3% | 12.7% | 10.9% |

*Note: Includes the effect of financial derivatives*



# FUNO'S OUTLOOK

by Jorge Pigeon        VP of Capital Markets & Investor Relations



# KEY ASSUMPTIONS

**1. General:**

- Rents adjusted with inflation annually
- Contract renewals with leasing spreads over inflation
- Occupation stabilizes at a range of 90-95% (depending on the property/portfolio)
- Stable NOI margin at 80% and FFO payout trends towards 95%

**2. Acquisitions:**

- Assumes closing Titan Portfolio on 4Q19 and Uptown Juriquilla and Antea (20%) on 2020

**3. Developments:**

- Assumes delivery dates as stated on the 3Q'19 Quarterly Report
- FUNO consolidates 100% of Mitikah JV Project's revenues and debt

# POTENTIAL GLA BUILD UP



(Figures in '000 m2)

| | | | | | |
|---|---|---|---|---|---|
| 8,745 | 1,262 | 509 | 163 | 98 | 10,737 |
| Current Portfolio 3Q19[1] | Titan | Development Portfolio | Mitikah Phase I[2] | Other Acquisitions | 2022E[3] |

# POTENTIAL GLA BUILD UP



(Figures in '000 m2)

| | | | | | | |
|---|---|---|---|---|---|---|
| 8,745 | 1,262 | 509 | 163 | 98 | 809 | 11,546 |
| Current Portfolio 3Q19 [1] | Titan | Development Portfolio | Mitikah Phase I [2] | Other Acquisitions | Acquisition Pipeline | 2022E [3] |

(1) Includes 100% of Centro Bancomer's GLA     (2) Includes Mitikah's Phase I GLA excluding Centro Bancomer     (3) Includes the sale of 40,000 sqm of GLA

# POTENTIAL NOI BUILD UP

(Figures in Ps. mm)



| 14,767 | 1,532 | 1,140 | 790 | 199 | 21,394 |
|--------|-------|-------|-----|-----|--------|
| Current Portfolio 3Q19[1] | Titan | Development Portfolio | Mitikah Phase I[2] | Other Aquisitions | 2022E[3] |

(1) 3Q19 LTM NOI including 100% of Centro Bancomer's NOI    (2) Includes Mitikah's Phase I NOI excluding Centro Bancomer    (3) Includes the sale of 40,000 sqm of GLA

# FULL POTENTIAL 3YR OUTLOOK

| Concept | 2019E | 2022E | %Δ |
|---|---|---|---|
| NOI (Ps. mm) | 15,333 | 21,394 | 39.5% |
| GLA ('000 sqm) | 10,066 | 10,737 | 6.7% |
| Debt (Ps. mm) | 107,413 | 114,320 | 6.4% |
| LTV | 38.5% | 36.6% | -1.9% |
| AFFO (Ps. mm) | 9,114 | 12,689 | 39.2% |
| No. CBFIs (mm) | 3,928 | 3,976 | 1.2% |
| AFFO / Share | | | |
| *High End* | 2.34 | 3.32 | *41.5%* |
| *Low End* | 2.32 | 3.14 | *35.2%* |

# LONG TERM RESILIENCE

## WE HAVE ENDURED MARKET VOLATILITY

✓ Trump's election

✓ NAFTA's uncertainty

✓ Interest rates hikes

✓ AMLO's election

✓ Brexit

✓ China-USA trade war

✓ Lack of global growth

✓ …you name it

**Here we are:**

**Built for the Long Term**

**Ready for Tomorrow**



# STRATEGY

by André El-Mann   CEO



# What is this business about?





# ENDURANCE THROUGH TIME

## RESILIENCE

5. TENANT SATISFACTION

6. SUTAINABLE DEVELOPMENT

7. FLEXIBILITY

8. LONG TERM VALUE ORIENTED

## BALANCE

5. EFFICIENT LOW COST MAINTENANCE

6. IMMEDIATE RETURN

7. WORLD CLASS CORPORATE GOVERNANCE

8. DIVIDEND ORIENTED

# OUR COMPANY



