# EXHIBIT 16



# FUNO DAY 2021

## NOVEMBER 11TH, 2021
## NYC







ARTURO HERRERA



# ARTURO HERRERA

*Former Mexico´s Secretary of Finance and Public Credit*

- Master Arturo Herrera is a visiting professor at the Center for Economics Studies at El Colegio de Mexico. He was, until last July, Finance Minister of Mexico. Previously, he also served as deputy finance minister and acted as revenue deputy minister of Mexico.

- Throughout his professional career Arturo has held positions at the World Bank, where he led several efforts to improve the performance of public management in several countries in Latam, Caribbean and East Asia

- Arturo Has also been involved in investment banking activities globally.

- Previously, he worked as Minister of Finance for the Mexico City Government, where he had previously served as Managing Director of Finance Administration.

- In the academic field, Arturo has taught seminars on micro and macro economics at Colegio de Mexico, and on monetary theory at NYU.

- Arturo holds a B.A. in Economics from Universidad Autónoma Metropolitana, and a master degree from El Colegio de México, and he is PhD candidate on economics from NYU.



# CONTEXT OF THE CYCLE



# A CYCLE DID COME, AND NOT JUST ANY CYCLE...



**FTSE 100**
-34.3%

**DAX**
-34.7%

**S&P 500**
-31.3%

**NASDAQ 100**
-21.0%

**HANG SENG**
-24.0%

**CAC 40**
-35.2%

**FTSE MIB**
-34.7%

**NIKKEI 225**
-27.2%

**IPC**
-25.8%

**IBEX 35**
-35.7%

**BOVESPA**
-46.4%

Closing Prices 01/01/2020  to 23/03/2020. Investing.



# GDP ANNUAL CHANGE
## MEXICO



INEGI





# MEXICO'S UNEMPLOYMENT RATE

**1,010,857** companies closed during 2020.



INEGI

# INFORMAL SECTOR WAS HIT TWICE AS HARD

## Formal Companies



17.9%

Total:
1,816,521

82.2%

## Informal Companies



21.8%

Total:
3,040,487

78.2%

 **Closed**      **Survived**

**Demografía de los Negocios (EDN) 2020**





WHAT HAPPENED TO FUNO DURING THE CYCLE?

# TRIED AND TESTED MODEL



"LOCATION, LOCATION, LOCATION" + BEST IN CLASS REAL ESTATE ASSETS

COMPETITIVE RENTS + DIVERSIFICATION

FUNO´s sustainable business model

1

2

3

PRUDENT LEVERAGE POLICY



# FUNO´S RESILIENCE DURING THE CYCLE

Well located assets offered at attractive rent levels drive high occupancy rates:



Average Rent per sqft.
(Ps.)

| 4Q19 | 4Q20 | 3Q21 |
|------|------|------|
| 183.7 | 185.8 | 192.2 |



Occupancy Rate
(%)

| 4Q19 | 4Q20 | 3Q21 |
|------|------|------|
| 94.5% | 93.3% | 92.0% |



# DIVERSIFICATION **DOES** MATTER

- Highly diversified portfolio by segment and tenants.

- Mexico´s fastest growing states generate 75% of our ABR.







# DEFENSIVE LEASE PROFILE

- We managed to extend the length of our leases during the cycle.

- Well laddered lease terms.



Average Lease Term
(years)



Lease expiration profile
(% ABR)

(1) Statutory leases.



# COVID-19 RELIEFS



Total Reliefs

Total COVID-19 related Reliefs Ps. 1.8 billion or 1.1 months of rent.



# ALREADY RECOVERED FROM PRE-PANDEMIC LEVELS



Annual Total Revenue
(Ps. million)

20,372.4 — 4Q19
20,765.6 — 4Q20
21,582.4 — 3Q21



Annual NOI
(Ps. million)

16,096.0 — 4Q19
16,450.0 — 4Q20
17,424.4 — 3Q21



FUNO
10th ANNIVERSARY



# OFFICE



### Occupancy Rate (%)

| 4Q19 | 4Q20 | 3Q21 |
|------|------|------|
| FUNO: 83.6% / Market: 84.0% | FUNO: 82.9% / Market: 81.3% | FUNO: 77.9% / Market: 77.0% |

### Average Rent per sqft. (Us.)

| 4Q19 | 4Q20 | 3Q21 |
|------|------|------|
| FUNO: 21.3 / Market: 27.9 | FUNO: 20.4 / Market: 25.3 | FUNO: 20.6 / Market: 24.6 |

■ FUNO   ■ Market

(1) Constant properties occupancy. Excludes recent developments. (2) Source: CBRE, COLLIERS,  FUNO.



# DRIVERS FOR OFFICE OCCUPANCY

- We acknowledge that there exists a new global trend of "Working From Home".
- We are convinced that WFH is not a viable long term option for Mexican households.

- Mexican vast majority live in less than 1,076 sqft house.

- Average persons per household: 3.6



### Sqft per Housing

- Up to 592 sqft
- 603-1,076 sqft
- 1,087-1,615 sqft
- More than 1,615 sqft



### Household density[1]

- Main
- Expanded
- Compound

1) INEGI. Main: parent and children, expanded: main + other relative, compound: main or expanded + non relative

# DRIVERS FOR OFFICE OCCUPANCY: HUMAN NATURE





FUNO believes that the transfer of **knowledge and creativity** that **spur innovation** can only exist via **in person** social interaction.

Microsoft research[1] shows that WFH **creates silos** and prevent people from **teamwork and value creation**.

(1) Source: Microsoft



After the devastating crisis of 2020...

# 619,443

new companies (potential tenants) were created.



# ADAPTABILITY

The ability to constantly reinvent ourselves in an opportunistic business.

New + office & retail GLA reconversion for approx.
1,125,000 sqft

### 3 New Hospitals
250,000 – 300,000 sqft each

### 4 New Clinics
50,000 – 100,000 sqft each

Equivalent to ~ 9% of office GLA.





# RETAIL

## Occupancy Rate (%)



## Average Rent per sqft. (Ps.)



 FUNO    Market



# SHOPPING MALLS



**85%**

Average foot traffic compared to pre-pandemic levels.



**90%**

Average sales compared to pre-pandemic levels.



**2x**

Sales of luxury products are significantly above 2019 levels.

Despite not recovering 100% of foot traffic of all our shopping malls, a larger percentage of visitors are shopping.

FUNO
10th ANNIVERSARY

# WHERE RETAIL MEETS E-COMMERCE

## WHAT WE KNOW

How Real Estate
**operates**

What our tenants
**need**

What  our consumers
**want**

## WHAT WE HAVE



More than
**180**
**Shopping Centers**



A network
**+6,000**
**Unique tenants**



More than
**500 M**
**Annual Visits**



**TOP
MANAGEMENT**
**With more than 200
years of added
experience**



# WHAT WE LEARNED
# DURING 2020

**FUNO´s shopping malls have become the true**

**last mile solution for e-commerce.**

# FUNO'S SHARE ON RETAIL REVENUE IN MEXICO



**4.5%**
FUNO'S
TENATS REVENUES

**37.8%**
SHOPPING
CENTERS

**57.7%**
STREET RETAIL

**Approx. 8.6% of Mexico´s retail revenues are linked to e-commerce.**





CONNECT THE SHOPPING EXPERIENCE IN BOTH **DIGITAL AND PHYSICAL WORLDS**

FUNO



# INDUSTRIAL



Occupancy Rate (%): 4Q19 — FUNO 96.6%, Market 94.6%; 4Q20 — FUNO 96.3%, Market 95.7%; 3Q21 — FUNO 96.0%, Market 95.4%

Average Rent per sqm. (Us.): 4Q19 — FUNO 5.0, Market 5.1; 4Q20 — FUNO 5.0, Market 5.2; 3Q21 — FUNO 5.0, Market 5.4

FUNO · Market



# UNITED STATES' TRADING PARTNERS
## % OF TOTAL TRADE



2020

14.9% China
14.3% Mexico
14.0% Canada

YTD Aug-21

14.6% Mexico
14.5% Canada
13.8% China

**Census stattistics**



# MACRO-ECONOMIC GROWTH DRIVERS

**Strategic Location / Nearshoring**

- 3,000 km border with the US.
- North-America Integrated supply chain.
- 3-4 days transportation vs 3-4 weeks from Asia.

**Infrastructure**

- Skilled and cost effective labor.
- Mature border market in terms of industry players.

**Trade Agreements**

- Mexico has a total of 13 trade agreements with 50 countries, including USMCA.
- Foreign trade represents 78%[1] of Mexico´s GDP.
- 80% of Mexican exports are linked to North America.

**E-commerce**

- E-commerce requires 3 times the space of a regular warehouse.
- Lack of reverse logistics.
- Domestic consumption growth.

**US Economy growth**

- Automotive Industry reactivation.
- Less dependence on China.

(1) Includes exports and imports.



# REPLACEMENT COSTS DRIVERS



Δ% January 2020 - October 2021

| | |
|---|---|
| Steel Plate | 80.6% |
| Aluminum Laminate | 68.5% |
| Concrete | 35.6% |
| Corrugated Steel Rod | 70.6% |

- The cost of construction for a new building at any segment has increased substantially during 2020 to date.

Source: INEGI, and AMCI (increase in concrete prices from 2020 to 2021).



# INCREASE IN REPLACEMENT COST WILL DRIVE RENTS UP

Example

| | | | | |
|---|---|---|---|---|
| Building Cost | 1,000 | Δ +50% | 1,500 | ⬆ |
| NOI | 100 | Δ  0% | 100 | ⬌ |
| Yield on Cost | 10% | Δ -33% | 6.67% | ⬇ |

- Supply stops because new yield does not represent enough return to invest capital.



# INCREASE IN REPLACEMENT COST WILL DRIVE RENTS UP

Example

| | | | | | |
|---|---|---|---|---|---|
| Building Cost | 1,000 | Δ +50% | 1,500 | = | 1,500 |
| NOI | 100 | Δ 0% | 100 | Δ +50% | 150 |
| Yield on Cost | 10% | Δ -33% | 6.67% | Δ +50% | 10% |

- Demand for space continues growing driving occupancy up.

- Without new supply and increasing demand, **rents go up**.

- New construction resumes when rents deliver enough yield to justify it.



# REPLACEMENT COST INCREASE DRIVES VALUE UP

Example



| | Development | | Stabilized | |
|---|---|---|---|---|
| Building Cost | 1,000 | | 1,000 | |
| NOI | 100 | Stabilization | 100 | |
| Yield on Cost | 10% | (Time) | **7%** | **Cap Rate** |
| Building Value | At cost | | **1,428.6** | |

**Replacement cost increase**

| | Development | | Stabilized | |
|---|---|---|---|---|
| Building Cost | 1,500 | | 1,500 | |
| NOI | 150 | Stabilization | 150 | |
| Yield on Cost | 10% | (Time) | **7%** | **Cap Rate** |
| Building Value | At cost | | **2,142.9** | |





ESG GOALS

# ESG GOALS – QUICK OVERVIEW

**1** Sustainable Bond

**3** S&P recognized FUNO® as top best 15% worldwide on ESG practices

**5** Tenants: Green Clause, Scope 3 and Waste Zero

**2** Climate Change Risks Vulnerability Assessment

**4** Committed to SBTs



# OUR CREDENTIALS

We report to:















**2016** **2017** **2018** **2019** **2020** **2021**

We report under the following guidelines:







# ESG GOALS – TARGETS

## SUSTAINABILITY STRATEGY
## 2020-2030



**ENERGY**
Reduce our electricity intensity by 20%

**WATER**
Reduce our water intensity by 30%

**WASTE**
Zero waste

**EMISSIONS**
Reduce our GHG emissions intensity by 20%

**BIODIVERSITY**
Rehabilitate/Reforest /Maintain 50 km of green areas

**BUILDING CERTIFICATIONS**
Increase by 1 million our certified sqm

**SAFETY**
Zero accidents

**DIVERSITY**
20% of our employees belong to a priority group*

**GENDER EQUALITY**
Increase the percentage of women on the Board

**TRAINNING**
Provide continuous ESG trainning to Board members

* People with disabilities, single parents, LGBTQ+, indigenous groups, migrants.

Certified sqft



1,689,932 — 2016
2,345,045 — 2017
7,603,275 — 2018
9,801,241 — 2019
15,183,191 — 2020
20,457,502 — 2024
22,355,178 — 2025

2023







MITIKAH UPDATE

# MITIKAH UPDATE

- As of 3Q21 construction´s phase one is at 92% completed.





10.8 million sqft GBA

Total Stabilized GLA: 4.8[1] million sqft

(1) Includes Condo tower.



# MITIKAH UPDATE – PHASE I

### TORRE MITIKAH

**Construction Advance**

**90%**

**Sales Progress**

**~ 90%**



### TORRE M

**Construction Advance**

**100%**

**Leasing Progress**

**~ 90%**



(1) Includes Torre M´s LOIs.



# MITIKAH UPDATE – PHASE I

### MEDICAL TOWER

**Construction Advance**

**100%**

**Leasing Progress**

**100%**



### *RETAIL* MITIKAH

**Construction Advance**

**~80%**

**Leasing Progress**

**100%**









# KEY ASSUMPTIONS

1. General:
   - Rents adjusted annually with inflation
   - Contract renewals with leasing spreads over inflation
     - On average: 6-9% Industrial, 1-5% Retail, and 0-2% Office
   - Occupancy stabilizes at a range of 90-95% (depending on the property/portfolio)
     - 2024E: 97.5% Industrial, 94.4% Retail, and 89.4% Office
   - Stable NOI margin at 80% and FFO payout at 60%

2. Acquisitions:
   - Assumes pending acquisition of Tajuelos III

3. Developments:
   - Assumes delivery of GVO, Tepozpark and Portal Norte (Satelite)
     - Expected delivery: GVO 2Q'22, Tepozpark 1Q-3Q'22, and Portal Norte 2Q'24
   - FUNO consolidates 100% of Mitikah JV Project's revenues and debt



# BASE CASE GLA BUILD UP

(Figures in '000 sqft)



(1) Includes Mitikah's Torre M, Consultorios and Centro Bancomer (SEP). (2) Mitikah's Phase I retail segment.



# BASE CASE NOI BUILD UP



(Figures in million Ps.)

| | | | | 23,003 |
| --- | --- | --- | --- | --- |
| 16,930 | 387 | 393 | 76 | |
| Current Portfolio 3Q21 LTM [1] | Development Portfolio | Pending Mitikah's Phase I [2] | Pending Acquisitions | 2024E |

(1) Includes Mitikah's Torre M, Consultorios and Centro Bancomer (SEP). (2) Mitikah's Phase I retail segment.



# BASE CASE 3YR OUTLOOK

| Concepts | 2021E | 2024E | %Δ |
|---|---|---|---|
| NOI (Ps. million) | 17,270 | 23,003 | *33.2%* |
| GLA ('000 sqft) | 116,279 | 120,290 | *3.4%* |
| Debt (Ps. million) | 131,539 | 124,295 | *-5.5%* |
| LTV | 41.7% | 34.3% | *-7.4%* |
| FFO (Ps. million) | 8,754 | 13,706 | *56.6%* |
| No. CBFIs (million) | 3,800 | 3,800 | *0.0%* |
| FFO / Share | | | |
| *High End* | 2.33 | 3.84 | *64.8%* |
| *Low End* | 2.29 | 3.54 | *54.6%* |





ENRIQUE DE LA MADRID



# ENRIQUE DE LA MADRID

- Master Enrique de la Madrid is a former Secretary of Tourism between August 2015 and November 2018.

- Under his term, Mexico ranked as the 6th most visited country by foreign visitors, surpassing important destinations such as the UK and Germany.

- Enrique has an extensive experience in the financial sector, as CEO of Bancomext (Mexico's Eximbank), and as CEO of Financiera Rural (Mexico's agricultural development bank).

- Enrique also worked as Executive Director of Institutional Affairs and Corporate Communications for HSBC Latin America, and Technical Coordinator of Mexico's banking and securities commission. He also served as the Executive President of ConMéxico.

- Between 2000 and 2003, he was a Federal Congressman.

- Since early 2019 he is the head of Center for the Future of Cities of Instituto Tecnologico Autonomo de México, one of Mexico's top private universities.

- He writes a weekly column for El Universal, and is the director and host to the weekly TV program "Ahora Futuro; México y El Mundo" of ADN 40.

- Enrique holds a Law degree from Mexico's National University, and a master's degree in Public Administration from the Harvard Kennedy School of Government.