# EXHIBIT 17



NOVEMBER 10TH, 2022

NEW YORK CITY





# JORGE SUÁREZ-VÉLEZ

Managing Director
Allen & Co. Investment Advisors

2





# OUR STRENGTH

By André Elmann

# OUR STRENGTH

**1** PATIENCE

**2** RESILIENCE

**3** INFLATION

4



# OUR STRENGTH

**1** P A T I E N C E

- The nature of the real estate business is LONG TERM

- Very STABLE and PREDICTABLE business:
  Collect rents + Capture Real Estate Appreciation

- FUNO has generated a total compound return of 16.51%



# OUR DNA

## Value Creation = Continuous NAV per CBFI growth





# OUR DNA

## Distributions per CBFI vs the value of our properties

=  Stable and predictable



Range 4.6%-5.6%

Distribution[1]/ NAV per CBFI



(1) For 2020, 2021 and 2022 Distribution per CBFI = AFFO

7

# OUR DNA

## Total Return Focus

## Total Annual Return = 8.03% + 8.48% = 16.51%

COMPOUND



CAGR 8.48%

CAGR 8.03%

NAV per CBFI     Distribution[1]/ CBFI price [2]

(1) For 2020, 2021 and 2022 Distribution per CBFI = AFFO          (2) CBFI closing price of each year



## OUR DNA

# 16.51% return in an avg. inflation environment of 4.02%[1]
# Avg. Annual Real Return = 16.51% - 4.02% = 12.49%



Average 4.02%

Inflation [1]



(1) Source: INEGI, Annual average core inflation from 2011 to 3Q22

9

# OUR STRENGTH

**2** R E S I L I E N C E

- Sustainable growth of NOI and FFO of 50-150 bps above inflation per year on the long run

✓ DESPITE THE COVID-19 PANDEMIC

✓ DESPITE THE RATE HIKES

✓ DESPITE THE MARKET VOLATILITY

FUNO DAY'22

# OUR STRENGTH

**2** R E S I L I E N C E

✓ ESG-focused business model

✓ Key locations

✓ Best assets

✓ Competitive rents

✓ Highly diversified tenants

✓ Prudent leverage

✓ Access to diverse & efficient sources of capital



# ABSOLUTE  VS  RELATIVE

## NAV & Dividend yield   VS   CBFI price & TIIE 28



(1) For 2020, 2021 and 2022 Distribution per CBFI = AFFO
(2) CBFI closing price of each year

12

(3) Source: Banxico, TIIE 28 annual average



# OUR STRENGTH

## **3** I N F L A T I O N | O U R A L L Y

- FUNO is a natural inflation hedge

- 99% of our lease agreements are indexed to inflation

- Increase in our rent income on the long run

- Capability to sustain income in REAL terms



## WE DELIVER

# As promised at IPO, we have delivered cash flow returns of 50-150 bps above inflation vs the value of our properties



(2)                                                                 (1)
—— Distribution / NAV per CBFI      —— Inflation

14

(1) Source: INEGI, Annual average core inflation from 2011 to 3Q22          (2) For 2020, 2021 and 2022 Distribution per CBFI = AFFO





# TRENDS BY SEGMENT

By Jorge Pigeon

# OUR BUSINESS SECTORS BY ANNUAL BASE RENT



Legend:
- Logistics
- Grocery Stores
- Food and Beverage
- Fashion (clothes, shoes & accesories)
- Aeronautics & Automotive
- Education
- Financial services
- Consumer goods
- Health & Pharmaceutics
- Professional services
- Technology, electronics & communication
- Entertainment
- Department stores
- Co-working
- Commercial services
- Hotels
- Wellness
- Government

16



# FUNO COMPOSITION









OFFICE MARKET

# OFFICE MARKET

## FUNO'S MARKET SHARE
### GLA (Million sqft)



142.1    11.8    8.3%



■ Market   ■ FUNO   ■ Market Share



Source: CBRE 3Q22. Office Class A/B

19



# OFFICE MARKET



**Occupancy Rate
(%)**

Source: Colliers, INEGI. Office Class A/A+

# OFFICE MARKET

## Historic GLA
**Million sqft**



| | | | | | | |
|---|---|---|---|---|---|---|
| 33.4 | 40.7 | 48.1 | 59.2 | 67.8 | 73.2 | 77.5 |
| 2010 | 2012 | 2014 | 2016 | 2018 | 2020 | 2022 |

**Annual average market absorption of**
**3.7 million sqft**

**With the Mexican economy growing at an average of 2.2%**

**Virtually NO SUPPLY COMING**

**We expect to recover occupancy levels in the next 2 years**

Source: Colliers,CBRE

21





RETAIL MARKET

# RETAIL MARKET

## FUNO'S MARKET SHARE
### GLA (Million sqft)



270.2   31.2   11.6%


■ Market   ■ FUNO   ■ Market Share



Source: Colliers

23



# RETAIL MARKET



**Occupancy Rate (%)**

| | 4Q19 | 2Q20 | 4Q20 | 2Q21 | 4Q21 | 2Q22 |
|---|---|---|---|---|---|---|
| Market | 93% | 91.7% | 85.6% | 87.1% | 88.6% | 90.1% |
| FUNO | 93.3% | 92.2% | 90.9% | 89.8% | 89.4% | 91.7%¹ |

■ Market   ■ FUNO

Source: Colliers. Assumes  FX of Ps. $20 for all calculations.

24

(1) As of today



# RECOVERY IN ACCESSIBILITY IN MEXICO CONTINUES TO STABILIZE



**Mobility in Mexico**
**(Change vs Baseline[1])**

— Retail & Recreation    — Grocery & Pharmacy

(1) The baseline is the median value for the corresponding day of the week, during the 5-week period Jan 3-Feb 6, 2020

Source: Google Mobility Report Oct-22



# RETAIL MARKET

## Retailer Sales Nominal Growth Affiliated to ANTAD[1]
## (%)



**As of 3Q22, accumulated SSS increased 19.7% vs 2019**

(1) Source: ANTAD = Asociacion Nacional De Tiendas De Autoservicio Y Departamentales

26





INDUSTRIAL MARKET

# INDUSTRIAL MARKET

## FUNO´S MARKET SHARE
### GLA (Million sqft)



646.9   67.4   10.4%



■ Market   ■ FUNO   ■ Market Share



Source: CBRE

28



# INDUSTRIAL MARKET



**Occupancy Rate (%)**

| | 4Q19 | 4Q20 | 4Q21 | 3Q22 |
|---|---|---|---|---|
| Market | 95.1% | 94.8% | 96.1% | 96.9% |
| FUNO | 96.6% | 96.3% | 95.7% | 97.6% |

Source: CBRE



# THE WORLD SUPPLY CHAINS ARE CHANGING



NEARSHORING

FRIENDSHORING

**ANY**SHORING

**Why Mexico?**
✓ **Location**
✓ **Free Trade Agreements**
✓ **Qualified Labor**
✓ **Competitive Wages**

ALLIEDSHORING

RESHORING

30

# SIZING THE NEARSHORING OPPOTUNIYTY



UNITED STATES
7,761.9 M sqft

CHINA
21,527.8 M sqft

MEXICO
646.9 M sqft

If Mexico captures **3% of China´s GLA**,

the mexican industrial market would **double (2x).**

Source: CBRE





DEBT PROFILE

# DEBT PROFILE AS OF TODAY

## Short vs. Long Term



12.2%

87.8%

- Short
- Long

## Fixed vs. Floating



33.6%

66.4%

- Fixed
- Floating

## Currency Distribution



48.5%

51.5%

- Ps.
- Us.

## Secured vs. Unsecured



5.3%

94.7%

- Secured
- Unsecured

Includes the effect of financial derivatives

33



# DEBT PROFILE AS OF TODAY

- Net Debt 2022E: Ps. $132,266 M

- Average Life of Debt: 8.5 years

- Average Cost of Debt[1]: 7.84%

- LTV 2022E: 41.3%

- Net Debt / EBITDA[2] 2022E: 7.28x

# MATURITY PROFILE



| 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2044 | 2050 |
|------|------|------|------|------|------|------|------|------|------|------|
| 6.0% | 8.9% | 8.9% | 8.9% | 11.5% | 6.0% | 6.7% | 10.2% | 10.9% | 10.0% | 11.9% |

(1) Includes the effect of financial derivatives

34

(2) 4Q22 EBITDA x 4





MITIKAH

HIGH VALUE

CREATION







# VALUE CREATION

## Mitikah value creation analysis **per CBFI**

**FUNO's Net Investment**      0.2510

|  |  | **ESTIMATED<br>VALUE CREATION** |
|---|---|---|
| **FUNO's Share Value** |  |  |
| TODAY | 3.5022 | 14.0x |
| Phase II | 4.8949 | 19.5x |

All figures calculated using 3,779 million CBFI's

37





# UP & RUNNING

# CREATING VALUE

## By Gonzalo Robina

# PARQUE INDUSTRIAL LOS SAUCITOS



| Sale Price | Book Value | Price to BV | Cap Rate |
|---|---|---|---|
| **Us. $19.6 M** | **Us. $12.9 M** | **1.5x** | **N.A.** |

**Portfolio:**       **Titan Portfolio**

**Segment:**       **Industrial**

**# of Properties:**   **3**

**GLA:**          **390,189 sqft**

**Occupancy:**     **Not leased since acquisition**

**NOI:**          **Us. $0**

**Sale Date:**      **2Q22**



**Chihuahua**
**237,004 sqft**

39





**Chihuahua**
**153,185 sqft**



**Chihuahua**
**153,185 sqft**



**Chihuahua**
**237,004 sqft**



**Chihuahua**
**237,004 sqft**

40



# AZUL & ROJO PORTFOLIO



| Sale Price | Book Value | Price to BV | Cap Rate |
|---|---|---|---|
| **Ps. $608.4 M** | **Ps. $464.9 M** | **1.3x** | **6.8%** |

**Portfolio:** Azul & Rojo Portfolio

**Segment:** Retail Stand Alone

**# of Properties:** 23

**GLA:** 187,484 sqft

**Occupancy:** 91%

**NOI:** Ps. $41.6 M

**Sale Date:** 3Q22



**Aguascalientes**
**33,399 sqft**



41



**Mexico City**
**3,767 sqft**



**Mexico City**
**18,240 sqft**



**Veracruz**
**12,755 sqft**





**Mexico City**
**3,785 sqft**



**Mexico City**
**4,973 sqft**



**Guanajuato**
**3,207 sqft**



**Mexico City**
**9,192 sqft**





**Morelia**
**7,793 sqft**



**Mexico City**
**3,923 sqft**



**Queretaro**
**8,202 sqft**



**Baja California Sur**
**3,724 sqft**

44





**Cancun**
**4,339 sqft**



**Guadalajara**
**8,514 sqft**



**Reynosa**
**3,156 sqft**



**Cuernavaca**
**5,694 sqft**

45



# REYNOSA INDUSTRIAL PORTFOLIO

| Sale Price | Book Value | Price to BV | Cap Rate |
|---|---|---|---|
| **Us. $205.5 M** | **Us. $177.8 M** | **1.2x** | **7.0%** |



**Portfolios:** Titan, Vermont, California, and Maine

**Segment:** Industrial & Office

**# of Properties:** 18

**GLA:** 2,905,854 sqft

**Occupancy:** 95.4%

**NOI:** Us. $14.4 M

**Expected Sale Date:** 4Q22

**Reynosa**
**139,157 sqft**



46



**Reynosa**
**391,653 sqft**



**Reynosa**
**371,942 sqft**



**Reynosa**
**150,993 sqft**



**Reynosa**
**139,157 sqft**





**Juarez**
**150,993 sqft**



**Reynosa**
**125,876 sqft**



**Reynosa**
**110,000 sqft**



**Juarez**
**100,338 sqft**



# HISTORIC ASSET RECYCLING

- In 2017, we started recycling non-essential properties of our portfolio.

- Since we started, by segment, we have sold:

| | | |
|---|---|---|
| **Office** | **Ps. $566 M** | **1.34x BV** |
| **Retail** | **Ps. $552 M** | **1.42x BV** |
| **Industrial** | **Ps. $6,757 M** | **1.25x BV** |
| **Others** | **Ps. $1,729 M** | **1.19x BV** |



# HISTORIC ASSET RECYCLING

# Total

## Ps. $9,604 M    1.25x BV





# ESG

By Karen Mora

# RECENT ESG ACCOMPLISHMENTS

**1** Sustainable Finance Mechanisms Us. $2,540 M

**2** EDGE Champion

**3** S&P recognized FUNO® as top best 15% worldwide on ESG practices

**4** Accomplished 3/6 environmental KPI

**5** SBT established by FUNO SBTi review in process





# ENVIRONMENTAL ACHIEVEMENTS



## Water intensity
($m^3$ per occupied sqft)

**-68%**

| 2018 | 2019 | 2020 | 2021 | 2022E |
|------|------|------|------|-------|
| 0.19 | 0.16 | 0.08 | 0.07 | 0.06 |

## Emissions intensity*
($CO_2e$ per occupied sqft)

**-63%**

| 2018 | 2019 | 2020 | 2021 | 2022E |
|--------|--------|--------|--------|--------|
| 0.0033 | 0.0027 | 0.0015 | 0.0012 | 0.0012 |

## TARGET
Certified sqft
('000 sqft)

| 2016 | 2017 | 2018 | 2019 | 2022 | 2023 | 2024 | 2025 |
|------|------|------|------|------|------|------|------|
| 1,689.9 | 2,345.0 | 7,603.3 | 9,801.2 | 13,453.2 | 18,835.1 | 24,109.4 | 26,007.1 |

*Includes only Scopes 1 and 2

53

# ENERGY SAVINGS



### Total  Energy consumption (GWh)

2019: 185
2020: 136
2021: 133
2022E: 159

### Energy cost savings (Ps. Million)

2019: $526 / $526
2020: $302 / $536
2021: $315 / $617
2022E: $364 / $669

■ Paid by year   ▨ Actual cost at 2019 consumption (gWh)

## Accum. total savings of Ps. $841.5 million



# NET ZERO PATH







# SOCIAL RESPONSABILITY

### Supported Organizations
### (# of Organizations)

| | |
|---|---|
| 2019 | 53 |
| 2020 | 94 |
| 2021 | 106 |
| 2022 | 105 |

### In-Kind Donations
### (# of Events)

| | |
|---|---|
| 2019 | 19 |
| 2020 | 50 |
| 2021 | 2,837 |
| 2022 | 2,451 |

### Accumulated Financial Donations
### (Ps. Million)

| 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| 169.0 | 289.0 | 373.9 | 432.0 | 507.2 | 600.6 |

















# GOVERNANCE 2023





- Update our Board Members and C-Suite succession plan

- Increase by 10% Gender Diversity at the Board Level



- Training Board Members on ESG matters



- Compensation plan TBD in 2024 will include ESG criteria



58





# FUNO'S OUTLOOK

By Jorge Pigeon

# KEY ASSUMPTIONS

1.  General:
    - Rents adjusted annually with inflation
    - Contract renewals with leasing spreads over inflation
        - ~ 5% Industrial, ~ 3% Retail, and ~ 0-2% Office
    - Occupancy stabilizes at ~94%
    - Stable NOI margin at 80% and FFO payout at 90%

2.  Developments:
    - Assumes delivery of GVO on 4Q'22, Tapachula on 1Q'23, and Portal Norte (Satelite) on 4Q'24
    - FUNO consolidates 100% of Mitikah JV Project's revenues and debt



# BASE CASE GLA BUILD UP



(Figures in '000 sqft)

120,679 — Current Portfolio 3Q22
1,437 — Development Portfolio
1,109 — Mitikah[1]
123,225 — 2027E

(1) Mitikah's Phase II

61

# BASE CASE NOI BUILD UP



(Figures in Ps. M)

18,552 — Current Portfolio 3Q22 LTM

7,651 — Organic Growth

1,351 — Mitikah [1]

27,554 — 2027E

(1) Shopping mall and Mitikah's Phase II

# BASE CASE 5YR OUTLOOK

|  | 3Q'22 Annualized | 2027E | %Δ |
|---|---|---|---|
| NOI (Ps. M) | 19,140 | 27,554 | *44.0%* |
| GLA ('000 sqft) | 120,679 | 123,225 | *2.1%* |
| Net Debt (Ps. M) | 136,437 | 143,503 | *5.2%* |
| Net Debt to EBITDA[1] | 7.47x | 5.45x | *-27.0%* |
| LTV | 44.2% | 34.0% | *-10.2%* |
| FF0 (Ps. M) | 9,102 | 15,010 | *64.9%* |
| No. CBFIs (M) | 3,779 | 3,779 | *0.0%* |
| FFO / Share | | | |
| High end | 2.41 | 4.03 | *67.6%* |
| Low end | 2.41 | 3.91 | *62.6%* |





# JORGE CASTAÑEDA

Former Foreign Minister of Mexico

65

