# EXHIBIT 18

FUNO DAY'23

NOVEMBER 16TH, 2023

NEW YORK CITY



Jared Kushner
CEO of Affinity Partners

# VALUE CREATION THROUGHOUT TIME

## By André El-Mann

# VALUE CREATION THROUGHOUT TIME



NOI per CBFI

CAGR
NOI 14.4%
AFFO 8.3%

Current
3,807 mm
CBFIs

5.28

IPO
423 mm CBFIs

COVID-19
Pandemic

1.05

2011  2012  2013  2014  2015  2016  2017  2018  2019  2020  2021  2022  2023E

— NOI per CBFI

Figures in Ps$ per CBFI. Average CBFIs of each period.

**4**



# VALUE CREATION THROUGHOUT TIME



NAV per CBFI

CAGR 8.5%

50.8

19.2

2011  2012  2013  2014  2015  2016  2017  2018  2019  2020  2021  2022  2023E

Figures in Ps$ per CBFI. CBFIs at the end of each period.

5



# VALUE CREATION THROUGHOUT TIME

Cashflows

AFFO per CBFI 8.3%

Capital Gains

NAV per CBFI 8.5%

Value Generation

16.8% Compounded

Total Return



# PROVEN TRACK RECORD CAPABILITY TO DEPLOY CAPITAL

**In approximately 11 years, FUNO has successfully obtained approximately Us $12 B in public markets**



Figures in Us.$ million (Fx $18 MXN/USD) or '000 sqft.



# FUNO TODAY

GLA: 118,765,862 sqft

613 operations

94.0% occupancy

4.1 years (Avg. Term)

14.3 million sqft (Land bank)



NOI Breakdown

- 32% Industrial
- 43% Retail
- 15% Office
- 10% Others

■ Industrial ■ Retail ■ Office ■ Others

8



# MARKET SHARE







# PORTFOLIO DIVERSIFICATION BY INDUSTRY





OFFICE SEGMENT



# OFFICE MARKET



Average Rent (Us/sqft/yr)

| | 4Q19 | 4Q20 | 4Q21 | 4Q22 | 3Q23 |
|---|---|---|---|---|---|
| FUNO | 21.3 | 20.4 | 21.6 | 23.0 | 24.3 |
| Market | 27.9 | 23.9 | 23.7 | 25.1 | 25.20 |

Source: Colliers, Office Class A/A+. As of 3Q23.



# KEY TRENDS – OFFICE MARKET

**OUR PORTFOLIO:**

- Foot traffic has increased ~25% YoY

- 46% certified

 

9 out of 10 companies will return-to-office by 2024

72% of companies have mandated office return and say return-to-office has improved revenues

Only 4% of companies have plans to stop operating a physical space

There is a demand for flexible offices with major adoption of technologies. Nevertheless, they need to lease 100% of the space

More demand for office's spaces delivered with tenant improvements

Increase in the investment of sustainable buildings

Source: Unispace - Global Worlplace Insights, Resume Builder
Colliers - Office Market Trends 3Q 23.



# RETAIL SEGMENT

# RETAIL MARKET



Occupancy Rate (%)

Market: 4Q19 93%, 4Q20 85.6%, 4Q21 88.6%, 4Q22 90.7%, 2023E 91.1%

FUNO: 4Q19 93.3%, 4Q20 90.9%, 4Q21 89.4%, 4Q22 91.7%, 2023E 92.2%

Market   FUNO

# RETAIL MARKET



# RETAIL MARKET



Retailer Sales Nominal & Real Growth Affiliated to ANTAD
(%)

(1). Expected outcome for 2023

# RETAIL MARKET

## Increase in disposable income has lead to high retail growth



Sources: INEGI and World Bank.



# MITIKAH'S SHOPPING MALL

Only 10 months after its total opening, Mitikah shopping center receives more than 1 million people per month, reaching an occupancy rate of almost 100%

Foot-traffic Performance

# of visitors

Occupancy: 98.3%

nov-22    dic-22    ene-23    feb-23    mar-23    abr-23    may-23    jun-23    jul-23

# MITIKAH - ONE OF A KIND



   

   

  

 

  

   

 

It is the largest mixed-use project in Latin America and the first certified shopping mall of its kind

# KEY TRENDS- RETAIL MARKET

FUNO is well positioned to take advantage of the market opportunity:

Presence country-wise in different types of formats

8% of our projects are EDGE certified and 6% are in process of certification

12% increase in shopping mall foot traffic YoY

E-commerce acts as a useful tool in driving additional foot traffic and in-store sales

Increase in sales floor due to new developments and expansions

Only 13.4% of retail sales are done online

Sources: COMARCH- Industry Trends Report. Colliers- Retail Market Overview 1S2023. Teamcore- Retail. Insights 2023. Asociación Mexicana de Venta Online.



INDUSTRIAL SEGMENT

# INDUSTRIAL MARKET



**Occupancy rate (%)**

| | 4Q19 | 4Q20 | 4Q21 | 4Q22 | 3Q23 |
|---|---|---|---|---|---|
| FUNO | 96.6% | 96.3% | 95.7% | 98.0% | 97.6% |
| Market | 95.1% | 94.8% | 96.1% | 97.9% | 97.9% |

**Market absorption (million sqft)**

| 2019 | 2020 | 2021 | 2022 | 2023E |
|---|---|---|---|---|
| 21.5 | 22.6 | 37.7 | 45.2 | 50.6 [1] |

**Rents (Us/sqft/yr)**

| | 2019 | 2020 | 2021 | 2022 | 3Q23 |
|---|---|---|---|---|---|
| FUNO | 4.9 | 4.8 | 5.1 | 5.8 | 6.3 |
| Market | 5.5 | 5.7 | 6.0 | 6.8 | 8.1 |

■ FUNO ■ Market

**INCREASING DEMAND OF NEARSHORING**

Source: CBRE. As of 3Q23.
(1) Annualized absorption as of 3Q23.
(2) Excludes business parks.

FUNO DAY'23

## CONSTRAINS TO SUPPLY



Private Property Land



Limited Energy in North



Tight Labor in North



North is prone to Water-stress

## LIMITED NEW SUPPLY IN SIZE

**POTENTIAL GLA**

**vesta**
1.5mm sqm
*(~16.1 sqft)*

**CKDs**
0.5mm sqm
*(~5.4 sqft)*

**FIBRA PROLOGIS**
0.5mm sqm
*(~5.4 sqft)*

**~2.5mm sqm**
*(~26.9mm sqft)*
over **3 Years**

## SUPPLY-DEMAND INBALANCE

**3-Year Supply**
**2.5mm** sqm
*(~26.9mm sqft)*

**3-Year Demand**
**~14.1mm** sqm
*(~161.5mm sqft)*

**MASSIVE GAP IN SUPPLY**

# ONLY **N E X T**
NEARSHORING EXPERTS AND TECHNOLOGY

# CAN FILL THE GAP

# NEXT: THE LARGEST INDUSTRIAL REIT



**199**
Properties

**81 mm sqft**
of GLA[1]

**97.3%**
Occupancy

**+600**
Tenants

**13 years**
Average Building Life

**3.6 years**
Average Remaining Lease Term

**5.8 mm sqft**
of GLA in Landbank

**22%**
Potential Upside in Rents [2]

**Ciudad Juarez**
- GLA: 3.8mm sqft
- % of GLA: 5%
- **Occupancy: 100.0%**

**Monterrey**[3]
- GLA: 7.6mm sqft
- % of GLA: 9%
- **Occupancy: 94.9%**

**Tijuana**
- GLA: 2.2mm sqft
- % of GLA: 3%
- **Occupancy: 100.0%**

Market Size

**Bajio**[2]
- GLA: 11.8mm sqft
- % of GLA: 15%
- **Occupancy: 96.4%**

**Mexico City Metro**[1]
- GLA: 49.4mm sqft
- % of GLA: 61%
- **Occupancy: 97.6%**

**Other Markets**
- GLA: 6.4mm sqft
- % of GLA: 8%
- **Occupancy: 99.0%**

**Nationwide presence through  80.7 million sqft of GLA and 11.6 million sqft in land reserves to develop additional 5.8 million sqft of GLA**

Sources: INEGI, Company information. Notes: (1) Includes 1 property which is currently under stabilization and 374k sqm of GLA under development. NEXT will acquire fully stabilized Jupiter properties from  e-group. (2) Next overall lease spread calculated considering only the markets in which NEXT's average rent is lower than the market's average rent. Average market rent per sqft according to  CBRE 2Q2023.

26



**San José**



**Tulti Park III**



**Tulti Park IV**



**Santín**





## Tepoz Park1



## San Martín Obispo I



## San Martín Obispo II



## Tijuana Alamar





# NEXT: ORGANIC GROWTH OPPORTUNITIES

**Lease Maturity Schedule**
(2023 - 2027+, %)



**34 million sqft** maturing in the next 3 years (46%)

~4.5%[1]    ~18.7%    ~13.1%    ~14.4%    ~49.3%

2023    2024    2025    2026    2027+

Next's average rent price is ~22% below market price

Significant upside potential at repricing

**Average Market Rent Growth**
(2Q'22 – 2Q'23, %)



9.3%    13.9%    14.2%    18.2%    23.8%    29.0%

Guadalajara    Toluca    Tijuana    Ciudad Juárez    Nuevo Leon (2)    Mexico City Metro Area

Next's portfolio is located in the most dynamic markets

Source: Company Information, CBRE. Notes: (1) Includes 2.2% of implicit renewals. (2) Growth from Monterrey.



# INDUSTRIAL MARKET



Renewal Rent Increases (bps)
MXN leases

| Quarter | Value |
|---------|-------|
| 4Q19 | 1,240 |
| 4Q20 | 750 |
| 4Q21 | 550 |
| 4Q22 | 1,170 |
| 3Q23 | 1,770 |

Renewal Rent Increases (bps)
USD leases

| Quarter | Value |
|---------|-------|
| 4Q19 | 280 |
| 4Q20 | 120 |
| 4Q21 | 190 |
| 4Q22 | 680 |
| 3Q23 | 790 |

# WHERE WE COME FROM



Source: Data Worldbank.



# NEARSHORING´S IMPACT ON FUNO´S PORTFOLIO

Given the diversification of FUNO´s portfolio, the impact of nearshoring will drive all of FUNO´s segments



**INDUSTRIAL**

New manufacturing companies relocating to Mexico to serve the needs of the North American market



**RETAIL**

Growing cities will require more retail centers and shopping malls to meet the basic needs of their population



**OFFICE**

New companies entering Mexico will require space to manage their businesses (local offices)

32



# FUNO IS NOT DIVESTING FROM ITS INDUSTRIAL PORTFOLIO

**Pro Forma Structure**



- FUNO will control and consolidate financial results of Fibra NEXT.

- FUNO will continue to receive cashflows from its investment in NEXT.

- FUNO will continue to benefit from the acceleration of NEXT´s growth.

33



# NEXT Compares Favorably Against its Mexican Industrial Real Estate Peers

| | NEXT | vesta | FIBRA PROLOGIS |
|---|---|---|---|
| **Operational GLA** *mm sqm (mm sqft)* | **7.5**[1] *(81.1)* | 3.4 *(36.9)* | 4.1 *(44.2)* |
| **Potential GLA** *mm sqm (mm sqft)* | **13.4** *(143.8)* | 4.8 *(51.3)* | 5.6 *(60.2)* |
| **Occupancy rates** *(%)* | **97.3%** | 97.3% | 98.4% |
| **NOI 3Q'23 LTM**[2] *(US$ mm)* | **$465** | $192 | $260 |
| **In Place NOI** *(US$ mm)* | **$522** | N/A | N/A |
| **NOI margin** | **92.6%** | 93.8% | 86.0% |
| **EBITDA 3Q'23 LTM**[2] *(US$ mm)* | **$439**[3] | $170 | $236 |
| **EBITDA margin** | **87.2%** | 82.6% | 77.8% |
| **Management Structure** | **Internal** | Internal | External |
| **Development** | **Internal** | Internal | External |

Sources: Company information, peers' filings as of 3Q23 and broker reports.
Notes: Considers LTM figures for all peers as of 3Q2023. NEXT figures converted at an exchange rate of MXN 17.84 per US$. (1) Considers 374k sqm of GLA under development. (2) Considers the period from September 30, 2022 to September 30, 2023. (3) Defined in Company's financial statements as excess of certain revenues over certain expenses.




# BEST-IN-CLASS CORPORATE GOVERNANCE STRUCTURE

**Raúl Gallegos**
NEXT CEO

**Carlos Pantoja**
NEXT CFO

**Diego Noriega**
NEXT CLO

## Technical Committee

Non-Independent | Independent

**Moisés El-Mann**
*Chairman*

**André El-Mann**
*Executive Vice Chairman*

**Max El-Mann**
*Director*

**Gonzalo Robina**
*Director*

**Ana Karen Mora**
*Director*

**Luis Peña**
*Director*

**Alejo Muñoz**
*Director*

**Katia Bouazza**
*Director*

**Jaime Chico**
*Director*

**Herminio Blanco**
*Director*

**Audit Committee**
*(3 members|100% Independent)*

**Practices Committee**
*(3 members|100% Independent)*

**Nomination Committee**
*(3 members | 100% Independent)*

**Ethics & Sustainability Committee**
*(6 members | 50% Independent)*

**Compensation Committee**
*(5 members | 60% Independent)*





          

36





# ENERGY AND GHG INTENSITY











■ In-kind donations ■ Supported organizations

| | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| In-kind donations | 51 | 1,890 | 1,577 | 2,739 |
| Supported organizations | 99 | 101 | 105 | 140 |

## Financial Donations
(Million Pesos)

| 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|
| 89.4 | 67.3 | 93.4 | 85.1 |







¡Tu ayuda está llegando!

#UnidosSomosMéxico



SIZE MATTERS



# ESG Internalization

- CBFI´s Holder assembly
  - 89% assistance
  - Unanimous

## NEW FUNO´S BOARD MEMBERS:



Irma Gómez



José Antonio Meade



Saskia Niño de Rivera



49

# DEBT PROFILE

# DEBT PROFILE AS OF TODAY

### Short vs. Long



11.0%

■ Short
■ Long

89.0%

### Fixed vs. Floating



37.4%

■ Fixed
■ Floating

62.6%

### Currency Distribution



43.7%

■ Ps.
■ Us.

56.3%

### Secured vs.Unsecured



6.6%

■ Secured
■ Unsecured

93.4%

Includes the effect of financial derivatives

51



# DEBT PROFILE AS OF TODAY



LTV (3Q23): 40.8%

EQUITY INJECTION:
~ Us. 2.5 billion

LTV (2023E): 35.8%

MATURITY PROFILE



| Year | Value |
|------|-------|
| 2023 | 8.9% |
| 2024 | 10.2% |
| 2025 | 9.7% |
| 2026 | 11.8% |
| 2027 | 8.0% |
| 2028 | 7.5% |
| 2029 | 9.7% |
| 2030 | 10.1% |
| 2031 | 0.2% |
| 2033 | 3.8% |
| 2044 | 9.2% |
| 2050 | 10.8% |



# FUNO´S OUTLOOK

# BASE CASE 3YR OUTLOOK

| | 3Q'23 Annualized | 2026E | %Δ |
|---|---|---|---|
| NOI (Ps. M) | 20,121 | 28,228 | 40.3% |
| GLA ('000 sqft) | 118,766 | 145,174 | 22.2% |
| Net Debt (Ps. M) | 131,820 | 134,044 | 1.7% |
| Net Debt to EBITDA | 6.91x | 4.75x | -31.3% |
| LTV | 40.8% | 31.8% | -8.9% |
| FF0 (Ps. M) | 8,868 | 13,454 | 51.7% |
| No. CBFIs (M) | 3,807 | 3,807 | 0.0% |
| FFO / Share | 2.34 | 3.53 | |
| High end | 2.35 | 3.66 | 55.8% |
| Low end | 2.33 | 3.46 | 48.8% |



Q&A



Carlos Capistran
Canada and Mexico Economist BofAS



Lorenzo Cordova
Former president of INE