# EXHIBIT 19



## FIBRA UNO ANNOUNCES DISTRIBUTION PAYMENT

**Mexico City, Mexico, February 05, 2016.** - *Fibra Uno* (BMV: FUNO11) ("FUNO" or "Fideicomiso F/1401"), the first and largest Real Estate Investment Trust in Mexico announces that on February 02, 2016 the Technical Committee of the Trust approved the distribution payment of Ps. 0.5096 per CBFI corresponding to the fourth quarter of 2015. This dividend will be paid on February 11, 2016.

For more details, please refer to the earnings release that will be available on February 18, 2016 after the market closing.

****

**About Fibra Uno**
Fibra Uno (Mexbol: FUNO11; Bloomberg: FUNO11:MM) is the first and largest FIBRA (REIT) in the Mexican market. It operates and develops a wide range of real estate assets for leasing mainly in the industrial, retail and office segments. As of September 30, 2015 Fibra Uno had a portfolio of 477 properties that totaled approximately 6.8 million sqm (approx. 73 million sq ft) with footprint on 31 states of Mexico. Fibra Uno's strategy focuses in having the best locations with high-quality assets and geographic, segment and tenant diversification. Furthermore, Fibra Uno's management team has more than three decades of expertise in development and operation of all segments of the real estate industry.

### Investor Contact

| **In Mexico** | **In New York** | **Media Contact** |
|---|---|---|
| Jorge Pigeon | Lucia Domville | Francisco Galindo |
| Antonio Tejedo | | |
| Tel: +52 (55) 4170-7070 | Tel: +1 (646) 284 9400 | Tel: +52 (55) 5062 8250 |
| investor@fibrauno.mx | fibrauno@grayling.com | fgalindo@zimat.com.mx |
| @fibraunomx | | |