# EXHIBIT 20



# FUNO® ANNOUNCES QUARTERLY DISTRIBUTION

Mexico City. February 6th, 2020.

Fibra Uno (BMV: FUNO11) ("FUNO" or "Fideicomiso Fibra Uno"), the first and largest real estate investment trust in Mexico announces that next Tuesday, February 11th, it will distribute to its CBFIs holders, the amount of Ps. 2,317.6 million; of which Ps. 1,210.8 million correspond to the fiscal result and Ps. 1,106.8 million correspond to return of capital.

The total distribution per CBFI amounts Ps. 0.5899, divided into Ps. 0.3083 for fiscal result and Ps. 0.2817 for return of capital.

Including this distribution, FUNO has distributed a total of Ps. 9,166.5 million during the year ended December 31st, 2019, equivalent to Ps. 2.3392 per CBFI, with Ps.1.3575 corresponding to fiscal result and Ps. 0.9817 corresponding to return of capital.

..................................

About Fibra Uno
Fibra Uno (Mexbol: FUNO11; Bloomberg: FUNO11:MM) is the first and largest FIBRA (REIT) in the Mexican market. It operates and develops a wide range of real estate assets for leasing mainly in the industrial, retail and office segments. As of December 31st, 2019, Fibra Uno had a portfolio of 611 properties that totaled approximately 10 million sqm with footprint on all states of Mexico. Fibra Uno's strategy focuses in having the best locations with high-quality assets and geographic, segment and tenant diversification. Furthermore, Fibra Uno's management team has more than three decades of expertise in development and operation of all segments of the real estate industry.

## FUNO CONTACTS

**MEXICO**
Jorge Pigeon
T : +52 (55) 4170-7070
investor@fibrauno.mx

**NEW YORK**
Lucia Domville
T : +1 (646) 284 9400
fibrauno@grayling.com

**MEDIA**
Francisco Galindo
T : +52 (55) 5062 8250
fgalindo@zimat.com.mx

   

foo.mx