# EXHIBIT 22



COMPANY   PORTFOLIO   ESG SUSTAINABILITY   INVESTORS   HOW TO INVEST?   NEWSROOM   CONTACT   ES   EN

— Company

# Who are we

We are the first and largest REIT in Mexico. In FUNO we're focused on generating sustainable value for our investors through the operation, acquisition, sale and development of real estate for commercial use.

The business philosophy of FUNO has its base on an extensive and deep knowledge, as well as in a decision process that is focused 100% in real estate. From this, three basic pillars come forward, creating sustainable value through time:


The diversification of our portfolio by segments, clients and geographies.


The best product (location, location, location) at a competitive price, which leads us to be the first ones to be leased and the last ones to be vacated through the Real Estate Cycle.


A solid financial structure, with moderate leverage levels.

## Management board



**ANDRÉ EL-MANN**
CEO



**GONZALO ROBINA**
Deputy CEO


**JAVIER ELIZALDE**
Treasury VP


**IGNACIO TORTORIELLO**
Administration & IT VP


**JORGE PIGEON**
Capital Markets & Investor Relationship VP


**ALFONSO ARCEO**
Operations VP


**FERNANDO ÁLVAREZ**
Finance VP


**ALEJANDRO CHICO**
Legal Affairs VP

**CONTACT**

Jorge Pigeon, VP Investor Relations

+52 (55) 4170 7070

investor@fibrauno.mx

**WHISTLEBLOWING MECHANISM**

800 9100 311

funo@tipsanonimos.com

www.tipsanonimos.com/funo

**SPACES FOR RENT**

800 847 2757

**BECOME A SUPPLIER**

proveedores@fibrauno.mx

> FAQs

> PRIVACY POLICY

FIDEICOMISO FIBRA UNO ©2023

Antonio Dovali Jaime 70, Samara, Torre B, Piso 11 Santa Fe, CDMX 01219

"Persona designada para proporcionar la información prevista en los artículo 69, 73, 84, 84 Bis y en los Títulos Cuarto y Quinto de las Disposiciones de Carácter General Aplicables a las Emisoras de Valores y a Otros Participantes del Mercado de Valores."