# EXHIBIT 23



— ESG sustainability / Corporate governance / Committees

# Technical Committee

The Technical Committee (TC) defines and implements FUNO's corporate strategy. It is composed of 12 experts, 5 of which are independent members. Please click on their names for further info.



**Moisés El-Mann Arazi**
(Chairman)



**André El-Mann Arazi**
(Chief Executive Officer)



**Max El-Mann Arazi**



**Abud Attié Dayán**



**Isidoro Attié Laniado**



**Elías Sacal Micha**



**Jaime Kababie Sacal**



**Rubén Goldberg Javkin**
(Independent)



**Ignacio Trigueros Legarreta**
(Independent)



**Herminio Blanco Mendoza**
(Independent)



### Antonio Franck Cabrera
(Independent)



As a policy in FUNO, our TC member's assignment is honorary and does not give them any rights to receive compensation of any kind. However, we do give our independent members a small compensation for their services and support; this is decided by the CBFI Holder's Assembly at the time of their designation or ratification. The responsibilities of the Chairman and the CEO are separated.

42% of the Technical Committee are independent members and 91.7% are non-executive board members; which means they are not employees of the company. like our chairman, who is not an employee on FUNO's payroll.

From its creation, our Committee pursues the highest ethical, integrity and accountability standards. FUNO complies with all legal dispositions, as well as with the best international practices, where we also oversee Human Rights compliance and good labor practices.

The TC, as well as the executive team and all our employees, must comply with our Code of Ethics and we expect from them equal and ethical performance.

## Some duties of the TC are:



**1**

In certain cases, naming of the Manager (with Practices Committee opinion).



**2**

Establishing distribution politics and approval of distributions that exceed 95% of the financial period.



**5**

Naming a setter in case of events that detonate trust's ending.



**6**

Defining and implementing FUNO's corporate strategy, overseeing performance, establishing objectives and management policies; always promoting the creation of sustainable long-term value for our stakeholders.



**9**

Approving leverage policies (after first fiscal exercise) proposed by the manager.



**10**

Analyzing and approving any transaction outside of eligibility criteria.



**13**

Establishing accountability policies with the Audit Committee's opinion.



**14**

Approving financial results based on the Audit Committee's opinion, to be presented to the CBFI Holder Assembly.



**17**

**18**

Technical Committee Experience →

Independent Members of the Technical Committee →

Conflict of interest mitigation mechanisms →



## CONTACT

Jorge Pigeon, VP Investor Relations

+52 (55) 4170 7070

investor@fibrauno.mx

## WHISTLEBLOWING MECHANISM

800 9100 311

funo@tipsanonimos.com

www.tipsanonimos.com/funo

## SPACES FOR RENT

800 847 2757

## BECOME A SUPPLIER

proveedores@fibrauno.mx

FAQs →

PRIVACY POLICY



#### FIDEICOMISO FIBRA UNO ©2023

Antonio Dovali Jaime 70, Samara, Torre B, Piso 11 Santa Fe, CDMX 01219

"Persona designada para proporcionar la información prevista en los artículo 69, 73, 84, 84 Bis y en los Títulos Cuarto y Quinto de las Disposiciones de Carácter General Aplicables a las Emisoras de Valores y a Otros Participantes del Mercado de Valores."