# EXHIBIT 25



BREAKFAST WITH THE CEO
August 24th, 2021.

# AGENDA







1. Welcome
2. FUNO´s counter cyclical business model
3. FUNO´s behavior in a crisis
4. Valuation Analysis
5. Distribution Policy
6. Use of resources from non-distributed cash
7. Historic growth per CBFI
8. Recovery outlook
9. FUNO´s total return since IPO
10. Q&A



# FUNO´S COUNTER-CYCLICAL BUSINESS MODEL



**The is target is to maintain stable cashflows throughout the business cycle.**

# Libran Fibras primera gran crisis

NALLELY HERNÁNDEZ

Para especialistas, los fideicomisos de inversión en bienes raíces (Fibras) libraron su primera gran crisis económica desde que llegó el instrumento a México hace casi 10 años.

José Carlos Alemán, director general Siila México, opinó que uno de los elementos que ha abonado a las Fibras, como instrumentos preferidos por inversionistas institucionales como Afores y Fondos, son los procesos para transparentar su información y tener criterios homologados.

"Definitivamente el vehí-

culo está probado, llegó la renta de espacio para sembrar árboles, para almacenar administraciones internas, que hacen las cosas de manera cuidadosa", comentó Alemán.

Consideró que incluso de la suma de un fideicomiso más, Fibra Sites, de Telesites, enfocada al sector telecomunicaciones, es un instrumento positivo al instrumento, por lo que lejos de esperarse una contracción es más factible ver la expansión de los jugadores y nuevos sectores.

Dijo que las Fibras se van a diversificar y van a lanzar cosas como en EU donde hay especializadas en antenas celulares,

en renta de espacio para sembrar árboles, para almacenar energéticos, entre otras.

Diego León, analista de mercados en Newmark Knight Frank (NKF), dijo que la diversificación de los portafolios, así como el dinamismo de las propiedades del sector industrial, especialmente en parques industriales logísticos, da una buena perspectiva a las Fibras en general.

Según datos presentados por NKF, los fideicomiso suman cerca de 27 mil 500 millones de dólares en activos, con 23 mil 800 millones de metros cuadrados en sus portafolios, que incluyen unas mil 750 propiedades.



## .os contrastes

J 1S21, cinco de nueve fideicomisos desarrolladas no han recuperado sus ingresos previos a Covid.

• Var% de los ingresos del 1S21 respecto al mismo periodo del 1S19.

| | |
|---|---|
| Fibra Nova | 25.9 |
| Fibra Uno | 14.1 |
| Fibra Plus | 8.5 |
| Fibra Mty | 6.2 |
| Fibra Shop | -8.9 |
| Fibra HD | -9.9 |
| Planigrupo | -12.4 |
| Fibra Danhos | 21.4 |
| Gicsa | 23.1 |

## Apenas la libran

A junio de 2021, estas firmas generaron 17 mil 320 mdp en ingresos, apenas 0.4% arriba del 1S19.



■ Ventas (mdp)   ● Var% anual

17,248 → 17,320 (0.4%) 7.2

16,154 -6.3

2019   2020   2021

---

Perspectivas
con **Signum Research**

# Fibras durante la pandemia: una oportunidad hacia el futuro

Adolfo Margain
Analista

El segmento industrial ha sido el más resiliente, principalmente por el cambio de hábitos de consumo de la población, lo que trajo como resultado un incremento en la demanda de inmuebles enfocados al *e-commerce*, centros de distribución e inmuebles logísticos.

El mercado de los fideicomisos de inversión en bienes raíces ("Fibras") en México ha mostrado resultados mixtos al segundo semestre del año por cada Fibra. Entre los enfoques más comunes se encuentran el industrial, comercial, hotelero, oficinas y educativo.

Sin duda, el segmento industrial ha sido el más resiliente durante la pandemia de Covid-19, debido principalmente al cambio de hábitos de consumo de la población, lo que trajo como resultado un incremento en la demanda de inmuebles enfocados al *e-commerce*, centros de distribución e inmuebles logísticos.

Un ejemplo muy claro es Prologis (clave de cotización: FIBRAPL), con 206 inmuebles industriales y área bruta rentable (ABR) de aproximadamente 3.7 millones de metros cuadrados. Prologis ha mostrado un alto nivel de cobranza, un aumento importante en rentas y un menor número de concesiones por parte de sus inquilinos, dadas las expectativas

factor fue la campaña de vacunación, que permitió a la población "regresar a la normalidad", lo que implicó un crecimiento importante en la movilidad en estos negocios al resguardo trimestre del 2021.

El segmento hotelero fue afectado por la caída del turismo tanto nacional como internacional, hoteles de placer o de negocios centraron sus puertas durante el segundo trimestre del 2021. Entre los enfoques más comunes se encuentran el industrial, comercial, hotelero, oficinas y educativo.

Las Fibras de este segmento decidieron revelar de apalancamiento para poder hacer frente a este evento. Sin embargo, la recuperación de turismo permitió a que la reapertura mostrara un nivel de ocupación con crecimiento constante desde el inicio del 2021, sin alcanzar aún niveles previos a la pandemia.

El sector de oficinas ha tenido un comportamiento particular. Al inicio de la pandemia, al bien comenzó la modalidad de *home office* (trabajo remoto desde casa), las expectativas se mantenían en el regreso a la oficina. Pero conforme ha avanzado la pandemia este panorama ha ido cambiando, con perspectivas divididas que dependen de cada inquilino.

En las llamadas trimestrales, la preocupación por este segmento ha sido una constante, dado que existen inquilinos que demar-

tencia a la pandemia, a pesar de que durante la mayor parte del 2020 y la primera mitad del 2021 las clases se impartieron en línea. Esto es explicado por el modelo de negocio a largo plazo de los centros educativos.

Si bien han existido acercamientos de los inquilinos buscando diferimientos observadas en las rentas, la cobranza se ha mantenido en términos generales.

El ejemplo más claro es el de Fibra Educa (clave de cotización: EDUCA) que reportó resultados sólidos al segundo trimestre del 2021, que se mantuvieron en línea con los del igual periodo del 2020. EDUCA ha sido de las únicas Fibras sin impacto operativo y financiero alguno por el tema de la pandemia.

El próximo ciclo escolar comenzará con un modelo híbrido en el que la mitad de los alumnos asistirán a clases presenciales mientras que la otra mitad continuarán con el modelo en línea, por lo que se espera el regreso paulatino al modelo presencial, teniendo en consideración la posibilidad de un nuevo cierre debido al incremento en contagios en las últimas semanas. Estaremos atentos a estas noticias que serán muy importantes para el sector educativo.

---

✦ DESARROLLO INMOBILIARIO

# Las Fibras resisten y se reactivan tras su primera gran crisis

Hace 10 años, los fideicomisos en bienes raíces aterrizaron en la Bolsa Mexicana de Valores. Su desempeño ha sido positivo, pero en el último año se enfrentaron a la pandemia.

Mar 03 agosto 2021 05:00 AM

**Tres tienen el 58.48% de valor de mercado**

# Funo, Educa y Prologis, los fibras más valiosas en Bolsa

- Los fideicomisos más pequeños son HD, Inn y Upsite, con 1,454 millones, 2,020 millones y 2,110 millones de pesos, en ese orden

Judith Santiago

judith.santiago@eleconomista.mx

**Fibra Uno** (Funo), Fibra Educa (Educa) y Fibra Prologis (Fibra PL) son los tres fideicomisos de inversión en bienes raíces más valiosos entre las empresas de este sector que cotizan en la Bolsa Mexicana de Valores.

Solo estas tres concentran el 58.48% de todo el valor de capitalización bursátil de los fibras, el cual asciende a 281,686 millones de pesos.

Funo, que tiene en su portafolio una mezcla de propiedades como centros comerciales, edificios de oficinas, naves y bodegas industriales y que lleva más de 10 años cotizando en el mercado de valores, es la más grande, al alcanzar una capitalización de mercado de 82,165 millones de pesos.

Le sigue Fibra Educa, el único fideicomiso inmobiliario enfocado al sector educativo y con tan solo tres años de haberse listado en la BMV, tiene un valor bursátil de 44,862 millones de pesos. De inicios del año pasado a la fecha creció 32.92% y pasó de ser la tercera a la segunda más grande del sector.

El tercero en la lista es Fibra Prologis, que opera e invierte en propiedades industriales, con un va-

lor de mercado de 37,509 millones de pesos.

Los fibras más pequeños por valor de mercado son HD, Inn y Upsite, con 1,454 millones, 2,020 millones y 2,110 millones de pesos, en ese orden.

Carlos Hernández, analista senior de Masari Casa de Bolsa, explicó que Funo tiene un mayor peso en el mercado, ya que sus certificados bursátiles fiduciarios inmobiliarios (CBFI) son de alta bursatilidad (que son más operadas porque se compran y venden con mayor facilidad).

Funo, como más de 10 años tiene un portafolio con 661 propiedades y 10.8 millones de metros cuadrados de área bruta rentable. Sus certificados se negocian a un precio de 21.70 pesos por unidad.

En lo que va de este 2021, registran una minusvalía de 3.55 por ciento.

El especialista en Masari Casa de Bolsa dijo que el valor de Fibra Educa está en su especialización, al ofrecer una inversión en un sector que ha mostrado resiliencia en este periodo de pandemia y en sus distintos ciclos económicos.

"En el caso de Educa es probable que los inversionistas estén observando su potencial de crecimiento y, siendo un instrumento de inversión en el sector educativo, podría ser una alternativa atractiva", expuso Carlos Hernández.

Al cierre del segundo trimestre del año, Educa reportó una cartera de 59 inmuebles que en total tienen un área bruta rentable de 449,196 metros cuadrados, los cuales están rentados en su totalidad. En su último reporte financiero, expuso que

# Apuestan por reconversión de edificios

SARA CANTERA
— sara.cantera@eluniversal.com.mx

Todavía con la vacunación en marcha, el retorno a las oficinas será gradual, por lo que los dueños de edificios con poca ocupación están buscando alternativas para convertir sus propiedades en otro tipo de inmuebles como hotel, vivienda, centros educativos y hospitales.

De acuerdo con Solili, plataforma de investigación inmobiliaria, en la Ciudad de México hay reconversiones importantes, como la Fase II de Antara, sobre Ejército Nacional, donde de un área glo-

## 3 PISOS
reconvirtió Hi:hab en habitaciones para renta en Guadalajara.

bal de 123 mil metros cuadrados, 25 mil serán destinados a un hotel, cuando se tenía previsto que fueran oficinas.

El complejo Neuchatel Cuadrante Polanco, que originalmente se concibió con cinco torres residenciales y tres de oficinas, ahora estima destinar una torre de viviendas a hotel.

En el corredor Insurgentes, el desarrollo Universidad 1080, que originalmente iba a ser un edificio corporativo, ahora será un hospital.

Por su parte, Fibra Uno convertirá un edificio de oficinas en La Viga y otro en Portal Satélite, en el Estado de México, en hospitales.

En Guadalajara, la empresa Hi:hab reconvirtió tres pisos de un edificio de oficinas en habitaciones para renta a jóvenes profesionistas.

El edificio se encuentra en la colonia Providencia, una de las zonas más céntricas de Guadalajara.

Hasta el momento ya se rentaron 100 habitaciones; sin embargo, el inmueble tiene un potencial de reconversión de hasta 300 espacios en nueve pisos.

El edificio cuenta con *roof garden* equipado, lavandería, *coworking*, servicios incluidos y WiFi. ●



**DESARROLLOS A Y A PLUS**

# OFICINAS AGUANTAN CRISIS POR COVID

**EXPERTOS SEÑALAN LA FORTALEZA DE ESTOS EDIFICIOS** que están en portafolios de Fibras

POR GEORGINA OLSON
georgina.olson@gimm.com.mx

A pesar de la contracción en el mercado de renta de oficinas, que para junio pasado representó una desocupación de 23.68 por ciento en las tipo A y A Plus, expertos señalan la fortaleza de estos desarrollos inmobiliarios.

"La demanda está congelada, aunque la ventaja de los edificios de oficinas A Plus es que pertenecen a grandes capitales, no es una inversión familiar; son corporativos grandes y aproximadamente 50 por ciento de estos edificios están en los portafolios de las Fibras, lo que les da un sostén financiero muy importante", señaló Horacio Urbano, socio fundador y director de Centro Urbano.

Las Fibras son fideicomisos de infraestructura y bienes raíces que cotizan en la Bolsa Mexicana de Valores y mediante sus recursos es

posible construir edificios, en este caso para oficinas.

"A las inmobiliarias grandes evidentemente sí les afecta no estar rentando, pero perfectamente pueden aguantar la no ocupación gracias a su tipo A y A Plus", apunta dos factores que contribuirán a incrementar la demanda por oficinas en renta: cada año se incorporan al mercado laboral 240 mil personas "y todos, sin excepción, usan espacio inmobiliario para desarrollarse".

Gene Towle, socio director de Softec, empresa consultora de inmobiliarias, apunta dos factores que contribuirán a incrementar la demanda por oficinas en renta: cada año se incorporan al mercado laboral 240 mil personas "y todos, sin excepción, usan espacio inmobiliario para desarrollarse".

Continúa en siguiente hoja

# COVID TRANSFORMA OFICINAS Y LOCALES PARA OTROS USOS



Desarrolladores analizan
**cómo aprovechar espacios
que se han dejado de
utilizar por *home office***
y el distanciamiento social

*Texto:* **SARA CANTERA**
— *sara.cantera@eluniversal.com.mx*
*Ilustración:* **DANTE DE LA VEGA**

on la recomendación de tener a pocas personas en las oficinas para evitar contagios de Covid-19, y ante una menor actividad comercial, algunas oficinas, locales y estacionamientos se están transformando en otro tipo de inmuebles.

En la Ciudad de México la pandemia dejó vacantes 2.2 millones de metros cuadrados de oficinas,

por lo que los desarrolladores inmobiliarios están tratando de dar otro uso a ese espacio.

De acuerdo con Luis Mendoza, director de Luis Mendoza and Associates de Century21 Award, los edificios de oficinas Clase B y C tienen mayor potencial de reconversión, pues son más viejos y pequeños que los Clase A, más espaciosos, modernos y diseñados para grandes corporativos.

"La desocupación de oficinas está a 21% y esta tendencia de reconversión inmobiliaria que comenzó en Europa ya es una realidad en México", comenta.

"La pandemia trajo muchas oportunidades de nuevas industrias y negocios, y esos sectores son los que van a ocupar los espacios vacíos, ya sea en la parte médica, por las vacunas, estudios clínicos, tecnología o ciencia".

Continúa en siguiente hoja

## Su situación mejora

# Fibras empiezan a recuperarse en Bolsa

Judith Santiago
judith.santiago@eleconomista.mx

**Los fideicomisos** de inversión en bienes raíces (Fibras) muestran señales de recuperación en su desempeño en la Bolsa Mexicana de Valores (BMV) durante este año.

El índice S&P/BMV Fibras, que concentra a 10 de los 17 fibras que hay en el mercado de valores, cerró febrero con un rendimiento de 2.80% y en el acumulado del 2021 alcanzan ese mismo nivel que de inicios de enero al 2 de marzo del 2020.

Con niveles de 228.06 unidades, el referente está revirtiendo la pérdida con la que terminó el año pasado, cuando cayó 7.32% impactado por los efectos negativos de la crisis sanitaria que llevó al cierre temporal de centros comerciales, hoteles y las oficinas resintiendo la modalidad del trabajo en casa.

## Un año incierto

Armando Rodríguez, director general de Signum Research, explicó que este 2021 empieza a ser un poco más clara la recuperación, con mayor flexibilidad en la movilidad de los consumidores y la apertura gradual en centros comerciales.

Subrayó que los sectores inmobiliarios en los que operan los Fibras en México debe ser segmentados. El industrial, recalcó, ha sido el más defensivo en esta coyuntura, apalancado del comercio en línea y el negocio logístico; el educativo ha sido resiliente, mientras que el comercial, hoteles y oficinas han resentido los cierres temporales en actividades económicas no esenciales.

De los fideicomisos, Fibra Hotel, Fibra Uno y Fibra Educa son las ganadoras este 2021, con rendimientos de 32.48, 7.24 y 7%, en ese orden, en el precio de los certificados bursátiles fiduciarios inmobiliarios (CBFI).

Fibra HD, Fibra Macquarie y Fibra Shop son las tres emisoras con las mayores bajas de 10.20, 9.69 y 4.45%, respectivamente.

# 32.48

**POR CIENTO**

es el rendimiento de Fibra Hotel en el presente año, siendo lo que más gana en Bolsa.

# FUNO´S COUNTER-CYCLICAL BUSINESS MODEL ANALYSIS







**FUNO shows stable occupancy compared to the market.**

(1) Constant properties occupancy. Excludes recent developments. (2) Source: CBRE, COLLIERS,  FUNO.

# FUNO´S COUNTER-CYCLICAL BUSINESS MODEL ANALYSIS



Income variation[1]
1H19 vs 1H21

Income variation[1]
1H20 vs 1H21

**FUNO shows growth and stability in spite of the worst crisis in the last 80 years in Mexico.**

(1) Calculado en Pesos

# Goldman, BofA See Lost Decade Over for Emerging Markets

by Farah Elbahrawy, Ben Bartenstein and Srinivasan Sivabalan

Updated on August 23, 2021 9:48 AM





**Follow the Money**
Fed balance-sheet expansion was the key differentiator for U.S. stocks

# VALUATION ANALYSIS

### % NOI



- 10%
- 20%
- 37%
- 33%

■ Retail   ■ Industrial   ■ Office   ■ Others

| | |
|---|---|
| FUNO´s Total Assets | 308,632 |
| FUNO´s Total Liabilities | 137,396 |
| FUNO´s Net Asset Value | 171,236 |
| FUNO´s Market Cap (2Q21) | 81,814 |
| **P/NAV** | **0.48** |

| | |
|---|---|
| Industrial Asset Value (33% of NOI) | 101,849 |
| Industrial Liabilities (33% of total liabilities) | 45,341 |
| Industrial NAV | 56,508 |
| Market value of Industrial Portfolio | 56,508 |
| **P/NAV - Portafolio Industrial** | **1.00** |

| | |
|---|---|
| Residual Asset Value | 206,783 |
| Residual Liabilities | 92,055 |
| Residual NAV | 114,728 |
| Residual Market Value | 25,306 |
| **P/NAV- Residual Portfolio** | **0.22** |



**In spite of its stable cashflows, FUNO trades at a steep discount vs NAV.**

# DISTRIBUTION POLICY

- Distribution similar in yield to the previous quarter´s payout, or to the minimum required by law (95% of net fiscal result)

- Non-distributed resources can be used only for two things:
  - Debt prepayment
  - Repurchase of CBFIs

- Repurchased CBFIs do not have corporate or economic rights and will be canceled.

- Buyback program: 5% of outstanding CBFIs.

# USE OF RESOURCES FROM NON-DISTRIBUTED CASH

| Ps. million | 2020 | 1H21 | Accum. |
|---|---|---|---|
| FFO | 6,260.0 | 4,238.6 | 10,498.6 |
| (+) Gain from asset sales | 489.7 | 47.2 | 536.9 |
| AFFO | 6,749.7 | 4,285.8 | 11,035.5 |
| (+)Income from asser saales | 1,753.5 | 226.2 | 1,979.7 |
| **Total available cash for distribution** | **8,503.2** | **4,512.1** | **13,015.2** |
| | | | |
| (-)Distribution | 4,670.8 | 2,505.9 | 7,176.7 |
| **Retained cash** | **3,832.4** | **2,006.2** | **5,838.5** |
| (-)Buyback | 1,302.4 | 1,732.6 | 3,035.0 |
| (-)Debt prepayment | 872.0 | 800.0 | 1,672.0 |
| **Available cash** | **1,657.9** | **-526.5** | **1,131.5** |

# INCOME GROWTH PER CBFI



# NOI GROWTH PER CBFI



# FFO GROWTH PER CBFI



# DISTRIBUTION GROWTH PER CBFI



(1) 2020-2021 Distributions include the repurchase of CBFIs.

# RECOVERY OUTLOOK

- Consumption recovery in Mexico.

- Significant increase in replacement cost.

- The crisis arrives in a good moment, as rent prices are low against comps.

- When replacement cost increases, rents tend to increase in the same proportion.

- The question is not IF, but WHEN are rents going to increase?

- According to supply-demand dynamics, we believe rents will increase as follows:
  - 1st Industrial, as of today.
  - 2nd  Retail, with some delay vs. Industrial.
  - 3rd Office, when the slack in the market absorbs and we see a reduction in office´s availability.

# RECOVERY OUTLOOK



# RECOVERY OUTLOOK



# FUNO´S TOTAL RETURN SINCE IPO

 Investment at IPO:
Ps. $19.5

**+**

Historic distribution:
Ps. $18.4

Exit at Ps. $ 21.39
(June 30th, 2021)



**10.5%**

Exit at NAV Ps. $ 45.06
(June 30th, 2021)



**22.5%**