# EXHIBIT 30

| | |
|---|---|
| **From:** | Pablo Peña <ppena@exefin.mx> |
| **Sent:** | Fri, 9 Mar 2018 7:26:10 p.m. -0600 (CST) |
| **To:** | <CPaz@adventintemational.mx> |
| **Subject:** | Call - Info |

Hello Carlos,

I hope you are doing well. I have been looking for you because today we sat down with Pani and Andre Elmann (sponsors of Funo and owners of Grupo e) who are interested in Gayosso.

I ask you to please call me back when you have a minute so we can discuss what info you have available to share with them.

Thank you very much and have a nice weekend,

PPV


[logo:] **ExeFin**
*Execution Finance*

Pablo Peña
*Managing Partner*

Paseo de los Tamarindos No. 400-B, Piso 22,
Bosques de las Lomas, 05120, Mexico City
Switchboard + 52 (55) 4162-2400
Direct + 52 (55) 4162-2403
ppena@exefin.mx

Please consider the environment before printing this email.
**************************************************

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.



City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**2018 PPV email with Paz re Pani meeting with Andre**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

_____
Dan McCourt

Sworn to before me this
October 20, 2023

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

| | |
|---|---|
| **From:** | Pablo Peña <ppena@exefin.mx> |
| **Sent:** | Fri, 9 Mar 2018 19:26:10 -0600 (CST) |
| **To:** | <CPaz@adventinternational.mx> |
| **Subject:** | Llamada - Info |

Hola Carlos,

Espero te encuentres bien.  Te he estado buscando porque el día de hoy nos sentamos con Pani y Andre Elmann (sponsors de Funo y dueños de Grupo e) los cuales están interesados en Gayosso.

Te pido por favor cuando tengas un minuto me puedas devolver la llamada para que comentemos que info tienes disponible para compartir con ellos.

Muchas gracias y buen fin de semana,

PPV



Pablo Peña
*Managing Partner*

Paseo de los Tamarindos No. 400-B, Piso 22,
Bosques de las Lomas, 05120, Cd. de México
Conmutador + 52 (55) 4162-2400
Directo + 52 (55) 4162-2403
ppena@exefin.mx

Please consider the environment before printing this email.
***********************************************************

This e-mail, and any attachments thereto, is intended only  for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.