# EXHIBIT 33

NONBINDING TERM SHEET
STRICTLY PRIVATE AND CONFIDENTIAL

June 3rd, 2019

Mr. Pablo Peña
Grupo E S.A. de C.V.
Paseo de Tamarindos 400-B, 14th floor
Col. Bosques de las Lomas, 05120
Ciudad de México, CDMX

Dear Pablo:

According to our recent conversations, please find below the following Term Sheet ("Term Sheet") regarding the main terms and conditions agreed between Grupo E S.A. de C.V. (the "Buyer") and Advent International PE Advisors, S.C., in its capacity as an advisor to Advent International Corporation ("Advent"), under which the Buyer intends to further explore and analyse the potential acquisition of 100% of the shares in Grupo Gayosso, S.A. de C.V. (the "Company") (the "Transaction"):

| | |
|---|---|
| **Total Enterprise Value** | The Total Enterprise Value of the Company is Mx$4,900 million |
| **Equity Value Calculation** | The Equity Value will be calculated as the Total Enterprise Value minus the Net Debt, defined as follows:<br>• Total Debt: includes (i) the debt facility with CPPIB at the time of the Closing of the Transaction (the "Closing") and (ii) the Lomas Memorial purchase price<br>• Minus the Exceeding Cash: calculated as the total cash of the Company at Closing minus the Minimum Cash |
| **Minimum Cash** | Mx$150 million |
| **Payment Mechanism** | The Equity Value will be fully paid at Closing to Advent, except for Mx$600 million (the "Seller's Note"). The Seller's Note will include an annual interest rate of 5% and will be paid as follows:<br>• Mx$300 million to be paid on the second anniversary of Closing<br>• Mx$300 million to be paid on the third anniversary of Closing |
| **Representations and Warranties** | Standard fundamental reps (Organization, Ownership, Authority, Approvals, etc.), standard general reps and warranties, and business specific reps and warranties (Permits, Sanitary and Environmental Matters, IP, etc.) |

| | |
|---|---|
| Indemnification and Guarantees | To be mutually agreed between the parties after the Due Diligence phase. The indemnity will be smaller than the 15% of the Enterprise Value of the Company |
| Exclusivity | Advent and the Buyer agree on a 60 day exclusivity period. During this term, Advent may not engage with any 3rd party regarding the Transaction |
| Confidentiality | All matters concerning confidentiality rights and obligations will be governed by the Non-Disclosure Agreement signed between Consultoria XFN, S.C. and Advent International Corporation on March 14th, 2019 |

We look forward to hearing from you and remain available to discuss any aspect of this Term Sheet with you in more detail should you require.

Yours sincerely,

*[signature]*

Enrique Pani
Advent International PE Advisors S.C.

Acknowledged, Agreed and Accepted:

GRUPO E S.A. DE C.V.

_____
Mr. Pablo Peña
Legal Representative

CONFIDENTIAL                                                                                                          AIC00454100