# EXHIBIT 34

| | |
|---|---|
| **From:** | "Peña, Carlos" <CPena@adventinternational.mx> |
| **Sent:** | Mon, 3 Jun 2019 13:58:37 -0500 (CDT) |
| **To:** | "Pani, Enrique" <EPani@adventinternational.mx> |
| **Cc:** | "Paz, Carlos" <CPaz@adventinternational.mx> ; "Stenner, Veronica"<VStenner@AdventlnternationaI.mx> |
| **Subject:** | Fwd: Signed TS |

**Attachments:** ATT00002.htm; TS NonBid.pdf;ATT0000l .htm;image00 1 .png

Enrique,
I attach the signed TS for when you can sign it. May everything go well in NY.
Warm regards,
Carlos

Sent from my iPhone

Start of the forwarded message:

> **From:** Pablo Peña <ppena@exefin.mx>
> **Date:** June 3, 2019, 13:51:03 GMT-5
> **To:** "Peña, Carlos"' <CPena@adventinternational.mx>
> **Subject: Signed TS**
>
> Carlos,
>
> I send you the signed TS and approved by Andre.
>
> Greetings and thank you,
>
> PPV

CONFIDENTIAL
AIC00391920



# TRANSLATION CERTIFICATION

Date: October 19, 2023

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Spanish (Latin America)

To:

- English (USA)

The documents are designated as:
- '1. 2018.04.06 2018 NBO Cover Letter AIC00461934.pdf'
- '3. 2019.06.03 2019 NBO Cover Letter aprobando por andre AIC00391920.pdf'
- '7. 2019.08.15 Lukac CPPIB problem penultimate paragraph el mann AIC00444963.pdf'

Leslie Yale, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

*Leslie Yale*
Signature of Leslie Yale

| | |
|---|---|
| **From:** | "Pena, Carlos" <CPena@adventinternational.mx> |
| **Sent:** | Mon, 3 Jun 2019 13:58:37 -0500 (CDT) |
| **To:** | "Pani, Enrique" <EPani@adventinternational.mx> |
| **Cc:** | "Paz, Carlos" <CPaz@adventinternational.mx>; "Stenner, Veronica"<VStenner@AdventInternational.mx> |
| **Subject:** | Fwd: TS firmado |
| **Attachments:** | ATT00002.htm;TS NonBid.pdf;ATT00001.htm;image001.png |

Enrique,
Te anexo el TS firmado para cuando puedas firmarlo. Que todo salga bien por NY.
Abrazo,
Carlos

Envied desde mi iPhone

Inicio del mensaje reenviado:

> **De:** Pablo Peña <ppena@exefin.mx>
> **Fecha:** 3 de junio de 2019, 13:51:03 GMT-5
> **Para:** "'Pena, Carlos'" <CPena@adventinternational.mx>
> **Asunto: TS firmado**
>
> Carlos,
>
> Te envío el TS firmando y aprobado por Andre.
>
> Saludos y gracias,
>
> PPV

CONFIDENTIAL
AIC00391920