# EXHIBIT 36

| | |
|---|---|
| **From:** | "Paz, Carlos" <CPaz@adventinternational.mx> |
| **Sent:** | Wed, 19 Jun 2019 08:47:50 -0500 (CDT) |
| **To:** | "Pena, Carlos" <CPena@adventinternational.mx> |
| **Subject:** | Re: Gayosso | Preliminary Returns |
| **Attachments:** | image001.jpg |

I spoke with Enrique last Friday. I think we agree on trying to close this as soon as we can and get a deal. For me, the good news is that the 1X is within reach even if we close before November.

Sent from my iPhone

On Jun 19, 2019, at 8:42 AM, Pena, Carlos <CPena@adventinternational.mx> wrote:

> We'll talk about it later. If there is any improvement if we closed on Nov. 30 and these cash flows are complied with, but we'll have to consider other factors:
> <!—[if !supportLists]-->•    <!—[endif]-->4T
> <!—[if !supportLists]-->•    <!—[endif]-->A bird in the hand
> <!—[if !supportLists]-->•    <!—[endif]-->Deal activity (pipeline weak and, if we can tell good things before the LP, I think it'd be positive for everyone)
>
> **From:** Stenner, Veronica <VStenner@AdventInternational.mx>
> **Sent:** Wednesday, June 19, 2019 12:29 AM
> **To:** Paz, Carlos <CPaz@adventinternational.mx>; Pena, Carlos <CPena@adventinternational.mx>
> **Subject:** Gayosso | Preliminary Returns
>
> Paz / Charles,
>
> I'm sending you the analysis on what our returns would look like in Gayosso depending on the closing date, considering the terms we have on the term sheet with El-Mann.
>
> One more thing: The company doesn't have a new cashflow forecast for the 2019 closing yet (they can work on it, but it'd take them a little while, since they're very busy with due diligence), so I'm considering the cash we have as of May and the monthly flows from June to December according to the plan (considering the incremental cost of GIN).
>
> We can discuss this whenever you want.
>
> Regards,
> Vero
>
> **Veronica Stenner** | Analyst
>
> Advent International PE Advisors, S.C.
> Omega Building, Campos Eliseos 345 – 14th Floor, Col. Polanco, 11560 Mexico City, Mexico
> **T** +52 (55) 5281 0303
> vstenner@adventinternational.mx
>
> <image001.jpg>

# TRANSLATION CERTIFICATION

Date: October 19, 2023

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Spanish

To:

- English

The documents are designated as:
- AIC00405560
- GSO-01602196
- GSO-01603239

Prince Williams, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Prince Williams

| | |
|---|---|
| **From:** | "Paz, Carlos" <CPaz@adventinternational.mx> |
| **Sent:** | Wed, 19 Jun 2019 08:47:50 -0500 (CDT) |
| **To:** | "Pena, Carlos" <CPena@adventinternational.mx> |
| **Subject:** | Re: Gayosso | Preliminary Returns |
| **Attachments:** | image001.jpg |

Lo hablé con Enrique el viernes pasado. Creo que coincidimos en que tratemos de cerrar esto en cuanto podamos y tengamos un deal. Para mi la buena noticia es que el 1X está al alcance incluso si cerramos antes de Noviembre.

Sent from my iPhone

On Jun 19, 2019, at 8:42 AM, Pena, Carlos <CPena@adventinternational.mx> wrote:

> Lo platicamos luego. Si hay algo de mejora si cerrásemos el 30 de Nov y se cumplen estos cash flows pero tendremos que considerar otros factores:
> - 4T
> - Pájaro en mano
> - Deal activity (pipeline weak y si podemos contar cosas buenas antes del LP creo que es positivo para todos)
>
> **From:** Stenner, Veronica <VStenner@AdventInternational.mx>
> **Sent:** Wednesday, June 19, 2019 12:29 AM
> **To:** Paz, Carlos <CPaz@adventinternational.mx>; Pena, Carlos <CPena@adventinternational.mx>
> **Subject:** Gayosso | Preliminary Returns
>
> Paz / Charles,
>
> Les mando el análisis de cómo se verían nuestros retornos en Gayosso dependiendo de la fecha de cierre, considerando los términos que tenemos en el term sheet con El-Mann.
>
> Un comentario adicional, la compañía no tiene todavía un nuevo forecast del cashflow para el cierre del 2019 (lo pueden trabajar pero tardarían un poco ya que están a tope con el due diligence) por lo que estoy considerando la caja que tenemos a mayo y los flujos mensuales de junio a diciembre de acuerdo al plan (considerando el costo incremental de GIN).
>
> Podemos comentar cuando quieran.
>
> Saludos,
> Vero
>
> **Veronica Stenner** | Analyst
>
> Advent International PE Advisors, S.C.
> Edificio Omega, Campos Eliseos 345 – 14º Piso, Col. Polanco, 11560 México, D.F., Mexico
> **T** +52 (55) 5281 0303
> vstenner@adventinternational.mx
>
> <image001.jpg>