# EXHIBIT 37

# EXHIBIT 37

**From:** "Pena, Carlos" <CPena@adventinternational.mx>
**Sent:** Wed, 5 Jun 2019 09:26:43 -0500 (CDT)
**To:** "Schulze-Halberg, Nils" <nschulzehalberg@cppib.com>; "Paz, Carlos"<CPaz@adventinternational.mx>
**Subject:** RE: Gayosso

El-Mann family is well recognized in Mexico. They are the largest shareholder of FUNA (largest Mexican REIT).
I will put you in contact with Pablo, who leads the deal from their side.
Best,
Carlos

**From:** Schulze-Halberg, Nils <nschulzehalberg@cppib.com>
**Sent:** Wednesday, June 5, 2019 8:51 AM
**To:** Paz, Carlos <CPaz@adventinternational.mx>
**Cc:** Pena, Carlos <CPena@adventinternational.mx>
**Subject:** Re: Gayosso

Any color on the family who they are renomee etc?

Thanks

Nils Schulze-Halberg
CPPIB America Inc
+19176021512
nschulzehalberg@cppib.com

**From:** Paz, Carlos <CPaz@adventinternational.mx>
**Sent:** Wednesday, June 5, 2019 10:39:18 AM
**To:** Schulze-Halberg, Nils
**Cc:** Pena, Carlos
**Subject:** Gayosso

Nils,

Hope things are good.

After the deal with Promecap fell through, we started DD to sell Gayosso to another interested party, the Andre El-Mann family office. We believe they are serious.

They have requested to speak with you. Can we put you in contact with Pablo Peña (from Execution Finance, El-Mann advisors)?

Please let us know. Thanks.

P.S I am copying also my colleague Carlos Peña, who will lead the day to day of this potential transaction.

Carlos A. Paz
Advent International PE Advisors S.C
Campos Eliseos 345 – 14º piso
Col. Polanco, 11560. Mexico DF
T +52 (55) 5281-0303
cpaz@adventinternational.mx

CONFIDENTIAL
AIC00447204