# EXHIBIT 41

**Gayosso: Invited Users**

| Group Name | User First Name | User Last Name | User Phone Number | Company Name | User Email | Date Added To Project | Time Added To Project | Added By | Invitation Sent | Date Invitation Sent | Time Invitation Sent | Invitation Sent From | Invitation Subject | Invitation Message | Invited By | Last Login To Project | Agreed T & C | Current Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Equipo RS | Rebeca Gisell | Aguiñiga | 5551411390 | Grupo Gayosso | rgaguiniga@gayosso.com | 12/15/2020 | 01:29:41 PM | rsaucedo@gayosso.com | Yes | 12/15/2020 | 01:29:45 PM | VenueClientServices@dfinsolutions.com | Invitación para la Sala de datos virtual | Usted ha sido invitado al Aula virtual de | rsaucedo@gayosso.com | 1/11/2021 07:03:10 PM | NO | AccessOff |
| | Ricardo | Marino | 51 41 13 80 | Gayosso | rmarino@gayosso.com | 10/8/2020 | 07:19:48 PM | rsaucedo@gayosso.com | Yes | 10/8/2020 | 07:19:48 PM | VenueClientServices@dfinsolutions.com | | | rsaucedo@gayosso.com | 10/9/2020 12:04:58 PM | NO | Removed |
| | Ricardo | Marino | 51 41 13 80 | Gayosso | rmarino@gayosso.com | 10/8/2020 | 07:19:46 PM | rsaucedo@gayosso.com | Yes | 10/8/2020 | 07:19:48 PM | VenueClientServices@dfinsolutions.com | | | rsaucedo@gayosso.com | 10/9/2020 12:04:58 PM | NO | Removed |
| Equipo RS | Taide | Ordaz | 5551411399 | Gayosso | tbordaz@gayosso.com | 10/8/2020 | 09:58:55 AM | rsaucedo@gayosso.com | Yes | 10/8/2020 | 09:58:55 AM | VenueClientServices@dfinsolutions.com | | | rsaucedo@gayosso.com | | N/A | AccessOff |
| Equipo RS | Taide | Ordaz | 5551411399 | Gayosso | tbordaz@gayosso.com | 10/8/2020 | 09:58:54 AM | rsaucedo@gayosso.com | Yes | 10/8/2020 | 09:58:55 AM | VenueClientServices@dfinsolutions.com | | | rsaucedo@gayosso.com | | Yes | AccessOff |
| Gayosso | K. Diana | Cruz | 55 4240 2227 | Gayosso | kdcruz@gayosso.com | 10/2/2020 | 05:24:29 PM | rsaucedo@gayosso.com | Yes | 10/2/2020 | 05:24:30 PM | VenueClientServices@dfinsolutions.com | | | rsaucedo@gayosso.com | 1/22/2021 03:23:13 PM | NO | AccessOff |
| Gayosso | K. Diana | Cruz | 55 4240 2227 | Gayosso | kdcruz@gayosso.com | 10/2/2020 | 05:24:28 PM | rsaucedo@gayosso.com | Yes | 10/2/2020 | 05:24:30 PM | VenueClientServices@dfinsolutions.com | | | rsaucedo@gayosso.com | 1/22/2021 03:23:13 PM | NO | AccessOff |
| Gayosso 2 | Javier | Lavalle | 5547480600 | Creel, García-Cuéllar, Aiza y Enríquez, S.C. | javier.lavalle@creel.mx | 10/2/2020 | 05:19:04 PM | rsaucedo@gayosso.com | Yes | 10/2/2020 | 05:19:04 PM | VenueClientServices@dfinsolutions.com | | | rsaucedo@gayosso.com | 12/2/2020 01:31:32 PM | NO | AccessOff |
| Gayosso 2 | Martin | Pavon | +525585251824 | Creel | martin.pavon@creel.mx | 10/2/2020 | 05:19:03 PM | rsaucedo@gayosso.com | Yes | 10/2/2020 | 05:19:04 PM | VenueClientServices@dfinsolutions.com | | | rsaucedo@gayosso.com | | N/A | AccessOff |
| Gayosso 2 | | | | | victor.gallegos@creel.mx | 10/2/2020 | 05:19:03 PM | rsaucedo@gayosso.com | Yes | 10/2/2020 | 05:19:04 PM | VenueClientServices@dfinsolutions.com | | | rsaucedo@gayosso.com | | N/A | AccessOff |
| Gayosso 2 | | | | | borisoto@flagmx.com | 10/2/2020 | 05:19:02 PM | rsaucedo@gayosso.com | Yes | 10/2/2020 | 05:19:03 PM | VenueClientServices@dfinsolutions.com | | | rsaucedo@gayosso.com | | N/A | AccessOff |
| Gayosso 2 | | | | | adriancabrero@flagmx.com | 10/2/2020 | 05:19:02 PM | rsaucedo@gayosso.com | Yes | 10/2/2020 | 05:19:03 PM | VenueClientServices@dfinsolutions.com | | | rsaucedo@gayosso.com | | N/A | AccessOff |
| Gayosso 2 | | | | | emilio.aarun@creel.mx | 10/2/2020 | 05:19:02 PM | rsaucedo@gayosso.com | Yes | 10/2/2020 | 05:19:02 PM | VenueClientServices@dfinsolutions.com | | | rsaucedo@gayosso.com | | N/A | AccessOff |
| Gayosso 2 | Mariana | Montano | 5550253306 | FLAG FL ADVISORY GROUP | marianamontano@flagmx.com | 10/2/2020 | 05:19:02 PM | rsaucedo@gayosso.com | Yes | 10/2/2020 | 05:19:02 PM | VenueClientServices@dfinsolutions.com | | | rsaucedo@gayosso.com | 10/12/2020 12:42:57 PM | N/A | AccessOff |
| Gayosso 2 | Pedro | Velasco | | CREEL | pedro.velasco@creel.mx | 10/2/2020 | 05:19:02 PM | rsaucedo@gayosso.com | Yes | 10/2/2020 | 05:19:02 PM | VenueClientServices@dfinsolutions.com | | | rsaucedo@gayosso.com | | N/A | AccessOff |
| Gayosso 2 | salvador | padilla | 5591851196 | Flag | salvadorpadilla@flagmx.com | 10/2/2020 | 05:19:01 PM | rsaucedo@gayosso.com | Yes | 10/2/2020 | 05:19:01 PM | VenueClientServices@dfinsolutions.com | | | rsaucedo@gayosso.com | 10/12/2020 08:40:33 AM | N/A | AccessOff |
| Gayosso 2 | | | | | victor.gallegos@creel.mx | 10/2/2020 | 05:19:00 PM | rsaucedo@gayosso.com | Yes | 10/2/2020 | 05:19:02 PM | VenueClientServices@dfinsolutions.com | | | rsaucedo@gayosso.com | | N/A | AccessOff |
| Gayosso 2 | | | | | emilio.aarun@creel.mx | 10/2/2020 | 05:19:00 PM | rsaucedo@gayosso.com | Yes | 10/2/2020 | 05:19:02 PM | VenueClientServices@dfinsolutions.com | | | rsaucedo@gayosso.com | | N/A | AccessOff |
| Gayosso 2 | Pedro | Velasco | | CREEL | pedro.velasco@creel.mx | 10/2/2020 | 05:19:00 PM | rsaucedo@gayosso.com | Yes | 10/2/2020 | 05:19:02 PM | VenueClientServices@dfinsolutions.com | | | rsaucedo@gayosso.com | | N/A | AccessOff |
| Gayosso 2 | Javier | Lavalle | 5547480600 | Creel, García-Cuéllar, Aiza y Enríquez, S.C. | javier.lavalle@creel.mx | 10/2/2020 | 05:19:00 PM | rsaucedo@gayosso.com | Yes | 10/2/2020 | 05:19:04 PM | VenueClientServices@dfinsolutions.com | | | rsaucedo@gayosso.com | 12/2/2020 01:31:32 PM | NO | AccessOff |
| Gayosso 2 | Martin | Pavon | +525585251824 | Creel | martin.pavon@creel.mx | 10/2/2020 | 05:19:00 PM | rsaucedo@gayosso.com | Yes | 10/2/2020 | 05:19:04 PM | VenueClientServices@dfinsolutions.com | | | rsaucedo@gayosso.com | | N/A | AccessOff |
| Gayosso 2 | | | | | borisoto@flagmx.com | 10/2/2020 | 05:18:59 PM | rsaucedo@gayosso.com | Yes | 10/2/2020 | 05:19:03 PM | VenueClientServices@dfinsolutions.com | | | rsaucedo@gayosso.com | | N/A | AccessOff |
| Gayosso 2 | | | | | adriancabrero@flagmx.com | 10/2/2020 | 05:18:59 PM | rsaucedo@gayosso.com | Yes | 10/2/2020 | 05:19:03 PM | VenueClientServices@dfinsolutions.com | | | rsaucedo@gayosso.com | | N/A | AccessOff |
| Gayosso 2 | salvador | padilla | 5591851196 | Flag | salvadorpadilla@flagmx.com | 10/2/2020 | 05:18:59 PM | rsaucedo@gayosso.com | Yes | 10/2/2020 | 05:19:01 PM | VenueClientServices@dfinsolutions.com | | | rsaucedo@gayosso.com | 10/12/2020 08:40:33 AM | NO | AccessOff |
| Gayosso 2 | Mariana | Montano | 5550253306 | FLAG FL ADVISORY GROUP | marianamontano@flagmx.com | 10/2/2020 | 05:18:59 PM | rsaucedo@gayosso.com | Yes | 10/2/2020 | 05:19:02 PM | VenueClientServices@dfinsolutions.com | | | rsaucedo@gayosso.com | 10/12/2020 12:42:57 PM | NO | AccessOff |
| ExeFin Core | Mariana | González Córdova | 5513843052 | MexCap Partners | mariana@mexcap.mx | 9/3/2020 | 05:26:51 PM | VStenner@AdventInternational.mx | Yes | 9/3/2020 | 05:26:51 PM | VenueClientServices@dfinsolutions.com | | | VStenner@AdventInternational.mx | 12/4/2020 01:12:39 PM | NO | AccessOff |
| ExeFin Core | | | | | miguel@mexcap.mx | 9/3/2020 | 05:26:51 PM | VStenner@AdventInternational.mx | Yes | 9/3/2020 | 05:26:51 PM | VenueClientServices@dfinsolutions.com | | | VStenner@AdventInternational.mx | | N/A | AccessOff |
| ExeFin Core | | | | | miguel@mexcap.mx | 9/3/2020 | 05:26:49 PM | VStenner@AdventInternational.mx | Yes | 9/3/2020 | 05:26:51 PM | VenueClientServices@dfinsolutions.com | | | VStenner@AdventInternational.mx | | N/A | AccessOff |
| ExeFin Core | Mariana | González Córdova | 5513843052 | MexCap Partners | mariana@mexcap.mx | 9/3/2020 | 05:26:49 PM | VStenner@AdventInternational.mx | Yes | 9/3/2020 | 05:26:51 PM | VenueClientServices@dfinsolutions.com | | | VStenner@AdventInternational.mx | | N/A | AccessOff |
| FUno 2 | Victor | Garcia | 5555555555 | CBRE | victor.a.garcia@cbre.com | 8/14/2020 | 04:34:18 PM | VStenner@AdventInternational.mx | Yes | 8/14/2020 | 04:34:18 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 10/8/2020 01:02:58 PM | NO | AccessOff |
| FUno 2 | Chris | Maugeri | 5552843293 | CBRE | Chris.Maugeri@cbre.com | 8/14/2020 | 04:34:18 PM | VStenner@AdventInternational.mx | Yes | 8/14/2020 | 04:34:18 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | | N/A | AccessOff |
| Equipo RS | Judith | Tinoco López | 5579168731 | Grupo Gayosso | jtinoco@gayosso.com | 7/3/2020 | 01:42:46 PM | VStenner@AdventInternational.mx | Yes | 7/3/2020 | 01:42:47 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 8/18/2020 02:24:54 PM | NO | AccessOff |
| Notaria | Armando | Gomez | 11003300 | Notaria | agomez@notaria244cdmx.com.mx | 6/16/2020 | 02:23:11 PM | VStenner@AdventInternational.mx | Yes | 6/16/2020 | 02:23:12 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 12/17/2020 09:08:38 PM | NO | AccessOff |
| Notaria | Alejandro | Luque | 5534198086 | Notaria 244 | aluque@notaria244cdmx.com.mx | 6/16/2020 | 02:23:11 PM | VStenner@AdventInternational.mx | Yes | 6/16/2020 | 02:23:12 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 1/27/2021 12:40:10 PM | NO | AccessOff |
| Project Administrators | Ruben | Saucedo | 51411380 ext 7934 | Grupo Gayosso | rsaucedo@gayosso.com | 5/12/2020 | 06:57:52 PM | VStenner@AdventInternational.mx | Yes | 5/12/2020 | 06:57:52 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 8/19/2020 01:01:59 PM | NO | AccessOff |
| Ayuntamiento | Marino | Castillo | 5545158712 | Marino Castillo | mcastillov@prodigy.net.mx | 3/26/2020 | 11:11:13 AM | VStenner@AdventInternational.mx | Yes | 3/26/2020 | 11:11:13 AM | VenueClientServices@dfinsolutions.com | Invitación para la Sala de datos virtual | Usted ha sido invitado al Aula virtual de | VStenner@AdventInternational.mx | 1/8/2021 10:55:10 AM | NO | AccessOff |
| FUno | | | | | psantuario@pontonesyledesma.com.mx | 3/19/2020 | 01:48:55 PM | VStenner@AdventInternational.mx | Yes | 3/19/2020 | 01:48:55 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 4/12/2020 02:44:14 PM | NO | AccessOff |
| FUno | | | | | cmora@pontonesyledesma.com.mx | 3/19/2020 | 01:48:55 PM | VStenner@AdventInternational.mx | Yes | 3/19/2020 | 01:48:56 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | | N/A | AccessOff |
| FUno | IRVIN | MALLEN | 5512363929 | PONTONES Y LEDESMA | imallen@pontonesyledesma.com.mx | 3/19/2020 | 01:48:55 PM | VStenner@AdventInternational.mx | Yes | 3/19/2020 | 01:48:56 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 10/17/2020 11:59:08 AM | NO | AccessOff |
| FUno | arturo | LEDESMA | 52820100 | Pontones y ledesma | aledesma@pontonesyledesma.com.mx | 3/2/2020 | 07:50:43 PM | VStenner@AdventInternational.mx | Yes | 3/2/2020 | 07:50:44 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 3/5/2020 01:28:00 PM | NO | AccessOff |
| Notaria | Edgar | Huerta | 5511003300 | Public Notary 244 | ehuerta@notaria244cdmx.com.mx | 3/2/2020 | 07:15:01 PM | VStenner@AdventInternational.mx | Yes | 3/2/2020 | 07:15:02 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 4/27/2020 11:49:38 AM | NO | AccessOff |
| Sarur | Jimena | Rodriguez | 59851020 | Sarur Servicios Integrales, S.C. | jimena.rodriguez@sarur.com | 3/2/2020 | 07:15:01 PM | VStenner@AdventInternational.mx | Yes | 3/2/2020 | 07:15:01 PM | VenueClientServices@dfinsolutions.com | Invitación para la Sala de datos virtual | Usted ha sido invitado al Aula virtual de | VStenner@AdventInternational.mx | 12/17/2020 10:59:48 PM | NO | AccessOff |
| Notaria | marisol | sabater | 5511003300 | Notaria 244 | msabater@notaria244cdmx.com.mx | 3/2/2020 | 07:15:01 PM | VStenner@AdventInternational.mx | Yes | 3/2/2020 | 07:15:01 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 1/21/2021 09:48:55 AM | NO | AccessOff |
| MACF | | | | | ejbandera@macf.com.mx | 1/30/2020 | 08:01:04 PM | VStenner@AdventInternational.mx | Yes | 1/30/2020 | 08:01:05 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | | N/A | AccessOff |
| MACF | | | | | fmolina@macf.com.mx | 1/30/2020 | 08:01:04 PM | VStenner@AdventInternational.mx | Yes | 1/30/2020 | 08:01:05 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | | N/A | AccessOff |
| MACF | Imanol | Sanchez-Mujica | 52017522 | Mijares, Angoitia, Cortes y Fuentes, S.C. | isanchez-mujica@macf.com.mx | 1/30/2020 | 08:01:03 PM | VStenner@AdventInternational.mx | Yes | 1/30/2020 | 08:01:05 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 12/10/2020 06:58:30 PM | NO | AccessOff |
| Sarur | Iv&#225;n | Apantenco | 59851020 | Sarur S.C. | ivan.apantenco@sarur.com | 1/14/2020 | 11:11:01 AM | VStenner@AdventInternational.mx | Yes | 1/14/2020 | 11:11:01 AM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 1/28/2021 10:14:30 AM | NO | AccessOff |
| FUno | | | | | achico@fibrauno.mx | 12/6/2019 | 03:09:56 PM | VStenner@AdventInternational.mx | Yes | 12/6/2019 | 03:09:56 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | | N/A | AccessOff |
| FUno | Pablo | Gomez | 525541644344 | FUNO | pgomez@fibrauno.mx | 12/6/2019 | 03:09:56 PM | VStenner@AdventInternational.mx | Yes | 12/6/2019 | 03:09:56 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 3/18/2020 01:03:53 PM | NO | AccessOff |
| FUno | PATRICIO | HERNANDEZ | 5541707126 | FIBRA UNO | mhernandez@fibrauno.mx | 12/6/2019 | 03:09:56 PM | VStenner@AdventInternational.mx | Yes | 12/6/2019 | 03:09:56 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 4/22/2020 11:38:17 AM | NO | AccessOff |
| FUno | | | | | jalfan@fibrauno.mx | 12/6/2019 | 03:09:55 PM | VStenner@AdventInternational.mx | Yes | 12/6/2019 | 03:09:56 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | | N/A | AccessOff |
| ExeFin Others @ | FERNANDA | FERNANDEZ | 52463470 | CNMC | ffernandez@cnmc.mx | 11/13/2019 | 07:10:03 PM | VStenner@AdventInternational.mx | Yes | 11/13/2019 | 07:10:04 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 11/15/2019 12:24:56 PM | NO | AccessOff |
| | | | | | ffernandez@cmmc.mx | 11/13/2019 | 06:30:42 PM | VStenner@AdventInternational.mx | Yes | 11/13/2019 | 06:30:42 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | | N/A | AccessOff |
| ExeFin Others | | | | | lcarcamo@cnmc.mx | 11/13/2019 | 06:30:42 PM | VStenner@AdventInternational.mx | Yes | 11/13/2019 | 06:30:42 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | | N/A | Removed |
| MACF | Carlos | Ahumada | 52017586 | Mijares, Angoitia, Cortés y Fuentes, S.C. | ceahumada@macf.com.mx | 8/14/2019 | 12:27:23 PM | VStenner@AdventInternational.mx | Yes | 8/14/2019 | 12:27:23 PM | VenueClientServices@dfinsolutions.com | Invitación para la Sala de datos virtual | Usted ha sido invitado al Aula virtual de | VStenner@AdventInternational.mx | 9/12/2019 01:45:54 PM | NO | AccessOff |
| MACF | | | | | corci@macf.com.mx | 8/14/2019 | 12:10:05 PM | VStenner@AdventInternational.mx | Yes | 8/14/2019 | 12:10:07 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | | N/A | AccessOff |
| MACF | Mauricio | Gual | 52017400 | Mijares Angoitia Cortes y Fuentes, S.C. | mgual@macf.com.mx | 8/10/2019 | 08:57:33 PM | VStenner@AdventInternational.mx | Yes | 8/10/2019 | 08:57:33 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 1/27/2021 02:36:30 PM | NO | AccessOff |
| MACF | Patricio | Cepeda | | MACF | ptrad@macf.com.mx | 8/10/2019 | 08:54:19 PM | VStenner@AdventInternational.mx | Yes | 8/10/2019 | 08:54:19 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | | N/A | AccessOff |
| MACF | Pedro | Garcia | 525552017400 | MACF | pagarcia@macf.com.mx | 8/10/2019 | 08:49:43 PM | VStenner@AdventInternational.mx | Yes | 8/10/2019 | 08:49:43 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 8/19/2019 05:54:19 PM | NO | AccessOff |
| MACF | | | | | jpbetancourt@macf.com.mx | 8/10/2019 | 08:49:43 PM | VStenner@AdventInternational.mx | Yes | 8/10/2019 | 08:49:43 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | | N/A | AccessOff |
| ExeFin Others | Christy | Boudreau | 7706636188 | Goldman Sachs | Christy.Boudreau@gs.com | 6/28/2019 | 01:36:16 PM | VStenner@AdventInternational.mx | Yes | 6/28/2019 | 01:36:17 PM | VenueClientServices@dfinsolutions.com | Venue Invitation - Gayosso | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | | N/A | AccessOff |
| ExeFin Others | Alex | Harris | 7706636164 | Goldman Sachs | Alex.Harris@gs.com | 6/28/2019 | 01:36:16 PM | VStenner@AdventInternational.mx | Yes | 6/28/2019 | 01:36:17 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 7/1/2019 02:03:01 PM | NO | AccessOff |
| ExeFin Others | Santos | Perez | 5552831300 | EY | Santos.Perez@mx.ey.com | 6/25/2019 | 06:24:35 PM | VStenner@AdventInternational.mx | Yes | 6/25/2019 | 06:24:35 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 2/7/2020 04:09:42 PM | NO | AccessOff |
| ExeFin Others | Jakousi | Perez | +52 55 5283 1300 | EY | Jakousi.Perez.Navarro@mx.ey.com | 6/25/2019 | 06:24:35 PM | VStenner@AdventInternational.mx | Yes | 6/25/2019 | 06:24:35 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 8/8/2019 06:52:38 PM | NO | AccessOff |
| ExeFin Others | Miguel | Reyes | 52831300 | EY | Miguel.A.Reyes.Best@mx.ey.com | 6/25/2019 | 06:24:35 PM | VStenner@AdventInternational.mx | Yes | 6/25/2019 | 06:24:36 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 8/14/2019 01:25:06 PM | NO | AccessOff |
| ExeFin Others | Liliana | Chong | 52831300 | EY | liliana.chong@mx.ey.com | 6/25/2019 | 06:24:34 PM | VStenner@AdventInternational.mx | Yes | 6/25/2019 | 06:24:35 PM | VenueClientServices@dfinsolutions.com | Invitación para la Sala de datos virtual | Usted ha sido invitado al Aula virtual de | VStenner@AdventInternational.mx | | N/A | AccessOff |
| Sarur | Jimena | Rodriguez | 59851020 | Sarur Servicios Integrales, S.C. | jimena.rodriguez@sarur.com | 6/11/2019 | 10:16:27 AM | VStenner@AdventInternational.mx | Yes | 6/11/2019 | 10:16:28 AM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 1/23/2020 09:40:47 PM | NO | Removed |
| ExeFin Others | | | | | fernando.carmona@sarur.com | 6/11/2019 | 10:16:26 AM | VStenner@AdventInternational.mx | Yes | 6/11/2019 | 10:16:28 AM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | | N/A | AccessOff |
| ExeFin Others | | | | | fernando.duran@sarur.com | 6/11/2019 | 10:16:26 AM | VStenner@AdventInternational.mx | Yes | 6/11/2019 | 10:16:28 AM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | | N/A | AccessOff |
| Sarur | Raul | Sanchez | 5559851020 | Sarur | raul.sanchez@sarur.com | 6/11/2019 | 10:16:26 AM | VStenner@AdventInternational.mx | Yes | 6/11/2019 | 10:16:27 AM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 3/9/2020 01:02:40 PM | NO | AccessOff |
| ExeFin Others | Rafael | Aguirre | 525552838650 | EY | Rafael.aguirre@mx.ey.com | 6/3/2019 | 10:39:21 AM | VStenner@AdventInternational.mx | Yes | 6/3/2019 | 10:39:22 AM | VenueClientServices@dfinsolutions.com | Invitación para la Sala de datos virtual | Usted ha sido invitado al Aula virtual de | VStenner@AdventInternational.mx | | N/A | AccessOff |
| ExeFin Others | | | | | rodrigo.fernandez@mx.ey.com | 6/3/2019 | 10:39:21 AM | VStenner@AdventInternational.mx | Yes | 6/3/2019 | 10:39:22 AM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | | N/A | AccessOff |
| ExeFin Others | | | | | juan.franco@mx.ey.com | 6/3/2019 | 10:39:21 AM | VStenner@AdventInternational.mx | Yes | 6/3/2019 | 10:39:21 AM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | | N/A | AccessOff |
| ExeFin Others | Jose | Acosta | 52938671 | EY | Jose.Acosta@mx.ey.com | 6/3/2019 | 10:39:21 AM | VStenner@AdventInternational.mx | Yes | 6/3/2019 | 10:39:22 AM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | | N/A | AccessOff |
| ExeFin Others | | | | | ivan.pardo@mx.ey.com | 6/3/2019 | 10:39:21 AM | VStenner@AdventInternational.mx | Yes | 6/3/2019 | 10:39:22 AM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | | N/A | AccessOff |
| ExeFin Others | Jacqueline | Tejeda | 52831300 | EY | jacqueline.tejeda@mx.ey.com | 6/3/2019 | 10:39:21 AM | VStenner@AdventInternational.mx | Yes | 6/3/2019 | 10:39:22 AM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 9/8/2019 05:33:26 PM | NO | AccessOff |
| ExeFin Others | Miguel | Ibáñez | 5283 1300 | EY | miguel.ibanez@mx.ey.com | 6/3/2019 | 10:39:21 AM | VStenner@AdventInternational.mx | Yes | 6/3/2019 | 10:39:22 AM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 8/12/2019 05:05:05 PM | NO | AccessOff |
| ExeFin Others | Montserrat | Hernandez Cole | NA | EY Mexico | montserrat.hernandez.cole@mx.ey.com | 6/3/2019 | 10:39:21 AM | VStenner@AdventInternational.mx | Yes | 6/3/2019 | 10:39:22 AM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 8/5/2019 12:14:34 PM | NO | AccessOff |
| | | | | | Francesco.giammatteo@nomura.com | 5/14/2019 | 02:00:59 PM | VStenner@AdventInternational.mx | No | | | | | | | | N/A | Removed |
| | Franco | Cutini | 2126671204 | Nomura | Franco.cutini@nomura.com | 5/14/2019 | 02:00:59 PM | VStenner@AdventInternational.mx | Yes | 5/14/2019 | 02:00:59 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 8/16/2019 04:30:00 PM | NO | Removed |
| | | | | | Raul.ferrer@nomura.com | 5/14/2019 | 02:00:59 PM | VStenner@AdventInternational.mx | No | | | | | | | | N/A | Removed |
| Gayosso | Carlos | Peña | +525552810303 | Advent International | CPena@adventinternational.mx | 5/6/2019 | 11:13:03 AM | VStenner@AdventInternational.mx | Yes | 5/6/2019 | 11:13:03 AM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 12/11/2019 01:10:08 PM | NO | AccessOff |
| ExeFin Core | Pablo | Peña | 41622400 | ExeFin | ppena@exefin.mx | 5/6/2019 | 10:36:42 AM | VStenner@AdventInternational.mx | Yes | 5/6/2019 | 10:36:43 AM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | | N/A | AccessOff |
| ExeFin Core | Pablo | Peña | 41622400 | ExeFin | ppena@exefin.mx | 5/6/2019 | 10:36:42 AM | VStenner@AdventInternational.mx | Yes | 5/28/2019 | 07:26:31 PM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | | N/A | AccessOff |
| ExeFin Core | MIGUEL | RIZO PATRON | 525541622410 | EXEFIN | mrizo@exefin.mx | 5/6/2019 | 10:36:42 AM | VStenner@AdventInternational.mx | Yes | 5/6/2019 | 10:36:43 AM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 3/3/2020 12:59:00 PM | NO | AccessOff |
| ExeFin Core | Mariana | González | 5541622404 | ExeFin | mgonzalez@exefin.mx | 5/6/2019 | 10:36:42 AM | VStenner@AdventInternational.mx | Yes | 5/6/2019 | 10:36:43 AM | VenueClientServices@dfinsolutions.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 2/28/2020 03:53:19 PM | NO | AccessOff |
| Project Administrators | Inigo | Aguirre | +12128167611 | Citi | inigo.aguirre@citi.com | 11/17/2018 | 01:56:34 PM | VStenner@AdventInternational.mx | Yes | 11/17/2018 | 01:56:35 PM | venueclientservices@dfsco.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | VStenner@AdventInternational.mx | 6/10/2019 01:54:47 AM | NO | AccessOff |
| Investors | Yadira | Castillero | 015565506747 | Lex Adba | y.castillero@lexadba.com | 11/12/2018 | 10:37:01 PM | jose.tobon@citi.com | Yes | 11/12/2018 | 10:48:14 PM | venueclientservices@dfsco.com | Invitación para la Sala de datos virtual | Usted ha sido invitado al Aula virtual de | jose.tobon@citi.com | 2/6/2019 11:49:22 AM | NO | AccessOff |
| Investors | Adrian | Barrera | | Lex Adba | a.barrera@lexadba.com | 11/12/2018 | 10:37:01 PM | jose.tobon@citi.com | Yes | 11/12/2018 | 10:47:18 PM | venueclientservices@dfsco.com | Invitación para la Sala de datos virtual | Usted ha sido invitado al Aula virtual de | jose.tobon@citi.com | | N/A | AccessOff |
| Investors | Rocio | Alegria | 5545937862 | Lex Adba | r.alegria@lexadba.com | 11/12/2018 | 10:37:01 PM | jose.tobon@citi.com | Yes | 11/12/2018 | 10:46:49 PM | venueclientservices@dfsco.com | Invitación para la Sala de datos virtual | Usted ha sido invitado al Aula virtual de | jose.tobon@citi.com | 11/28/2018 05:08:34 PM | NO | AccessOff |
| Investors | Rodrigo | Castellanos | 525552831300 | Ernst & Young | Rodrigo.Castellanos@mx.ey.com | 11/1/2018 | 04:51:34 PM | jose.tobon@citi.com | Yes | 11/1/2018 | 04:52:20 PM | venueclientservices@dfsco.com | Invitación para la Sala de datos virtual | Usted ha sido invitado al Aula virtual de | jose.tobon@citi.com | | N/A | AccessOff |
| Investors | Rodrigo | Elechiguerra | +5552831300 | EY | Rodrigo.Elechiguerra@mx.ey.com | 11/1/2018 | 04:51:34 PM | jose.tobon@citi.com | Yes | 11/1/2018 | 04:52:20 PM | venueclientservices@dfsco.com | Invitación para la Sala de datos virtual | Usted ha sido invitado al Aula virtual de | jose.tobon@citi.com | 12/11/2018 07:18:26 PM | NO | AccessOff |
| Investors | Luis | Pena | +52 55 1101 7216 | Ernst & Young | Luis.Pena@mx.ey.com | 11/1/2018 | 04:51:34 PM | jose.tobon@citi.com | Yes | 11/1/2018 | 04:52:20 PM | venueclientservices@dfsco.com | Invitación para la Sala de datos virtual | Usted ha sido invitado al Aula virtual de | jose.tobon@citi.com | | N/A | AccessOff |
| Investors | Montserrat | Colin | 52 (55) 52831300 | EY | Luz.Colin@mx.ey.com | 11/1/2018 | 04:51:34 PM | jose.tobon@citi.com | Yes | 11/1/2018 | 04:52:21 PM | venueclientservices@dfsco.com | Invitación para la Sala de datos virtual | Usted ha sido invitado al Aula virtual de | jose.tobon@citi.com | 9/20/2019 01:08:18 PM | NO | AccessOff |
| Investors | Roberto | De León | 1101 7405 | EY | Roberto.DeLeon@mx.ey.com | 11/1/2018 | 04:51:33 PM | jose.tobon@citi.com | Yes | 11/1/2018 | 04:52:20 PM | venueclientservices@dfsco.com | Invitación para la Sala de datos virtual | Usted ha sido invitado al Aula virtual de | jose.tobon@citi.com | 1/24/2019 11:00:13 AM | NO | AccessOff |
| Investors | Alejandro | Rosillo | +52 (55) 5283-1344 | EY | Alejandro.Rosillo@mx.ey.com | 11/1/2018 | 04:51:33 PM | jose.tobon@citi.com | Yes | 11/1/2018 | 04:52:20 PM | venueclientservices@dfsco.com | Invitación para la Sala de datos virtual | Usted ha sido invitado al Aula virtual de | jose.tobon@citi.com | 11/6/2018 06:04:27 PM | NO | AccessOff |
| Investors | Juan Pablo | Contreras | 55 5283 1300 | EY | juan.p.contreras@mx.ey.com | 11/1/2018 | 04:51:33 PM | jose.tobon@citi.com | Yes | 11/1/2018 | 04:52:21 PM | venueclientservices@dfsco.com | Invitación para la Sala de datos virtual | Usted ha sido invitado al Aula virtual de | jose.tobon@citi.com | 11/13/2018 09:06:50 PM | NO | AccessOff |

| Group Name | User First Name | User Last Name | User Phone Number | Company Name | User Email | Date Added To Project | Date Added To Project | Added By | Invitation Sent | Last Invitation Sent | Last Invitation Sent | Invited By | Invitation Subject | Invitation Message | Invited By | Last Login To Project | Agreed T & C | Current Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Investors | Karla | Caballero | 52 5552831300 | EY | karla.r.caballero.rangel@mx.ey.com | 11/1/2018 | 04:51:33 PM | jose.tobon@citi.com | Yes | 11/1/2018 | 04:52:20 PM | venueclientservices@dfsco.com | Invitación para la Sala de datos virtual | Usted ha sido invitado al Aula virtual de jose.tobon@citi.com | 1/21/2019 09:00:48 PM | NO | AccessOff |
| Investors | Nadia | Gonzalez | +52 (81) 9689 9034 | Galicia | ngonzalez@galicia.com.mx | 10/31/2018 | 05:55:39 PM | jose.tobon@citi.com | Yes | 10/31/2018 | 05:55:39 PM | jose.tobon@citi.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat jose.tobon@citi.com | | N/A | AccessOff |
| Investors | Erika | Alarcon | 55409206 | Galicia | ealarcon@galicia.com.mx | 10/31/2018 | 05:55:38 PM | jose.tobon@citi.com | Yes | 10/31/2018 | 05:55:39 PM | jose.tobon@citi.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat jose.tobon@citi.com | 2/14/2019 12:50:48 PM | NO | AccessOff |
| Investors | Erick | Santin | +525552492038 | Galicia | esantin@galicia.com.mx | 10/31/2018 | 05:55:38 PM | jose.tobon@citi.com | Yes | 10/31/2018 | 05:55:39 PM | jose.tobon@citi.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat jose.tobon@citi.com | 2/19/2019 07:22:20 PM | NO | AccessOff |
| Investors | Veronica | Palacios | 55409200 | Galicia | vpalacios@galicia.com.mx | 10/31/2018 | 05:55:38 PM | jose.tobon@citi.com | Yes | 10/31/2018 | 05:55:39 PM | jose.tobon@citi.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat jose.tobon@citi.com | 1/28/2019 05:28:23 PM | NO | AccessOff |
| Investors | Florent | Patoret | 5555409297 | Galicia | fpatoret@galicia.com.mx | 10/31/2018 | 05:55:38 PM | jose.tobon@citi.com | Yes | 10/31/2018 | 05:55:39 PM | jose.tobon@citi.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat jose.tobon@citi.com | 2/19/2019 07:30:40 PM | NO | AccessOff |
| Investors | Federico | Scheffler | | Galicia | fscheffler@galicia.com.mx | 10/31/2018 | 05:55:38 PM | jose.tobon@citi.com | Yes | 10/31/2018 | 05:55:39 PM | jose.tobon@citi.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat jose.tobon@citi.com | | N/A | AccessOff |
| Investors | Ignacio | Pesqueira | | Galicia | ipesqueira@galicia.com.mx | 10/31/2018 | 05:55:38 PM | jose.tobon@citi.com | Yes | 10/31/2018 | 05:55:39 PM | jose.tobon@citi.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat jose.tobon@citi.com | | N/A | AccessOff |
| Investors | Mario | Leal | +52 (56) 5540 9229 | Galicia | mleal@galicia.com.mx | 10/31/2018 | 05:55:38 PM | jose.tobon@citi.com | Yes | 10/31/2018 | 05:55:39 PM | jose.tobon@citi.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat jose.tobon@citi.com | 2/14/2019 01:34:43 PM | NO | AccessOff |
| Investors | Mariana | Herrero S. | 55 55409259 | Galicia Abogados | mherrero@galicia.com.mx | 10/31/2018 | 05:55:38 PM | jose.tobon@citi.com | Yes | 10/31/2018 | 05:55:39 PM | jose.tobon@citi.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat jose.tobon@citi.com | | N/A | AccessOff |
| | Luis | Martinez | 5141 1399 | Grupo Gayosso | lmartinez@gayosso.com | 10/30/2018 | 01:30:05 AM | | Yes | 10/30/2018 | 01:33:06 AM | venueclientservices@dfsco.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat | | N/A | Removed |
| Investors | Fernando | Muleiro | 5511050800 | Promecap | fmuleiro@promecap.com.mx | 10/29/2018 | 07:44:33 PM | rodolfo.baquerizo@citi.com | Yes | 10/29/2018 | 07:46:22 PM | venueclientservices@dfsco.com | Invitación para la Sala de datos virtual | Usted ha sido invitado al Aula virtual de rodolfo.baquerizo@citi.com | 2/12/2019 09:06:21 PM | NO | AccessOff |
| Investors | Tricia | Trevino | 5511050800 | Promecap | ttrevino@promecap.com.mx | 10/29/2018 | 07:44:33 PM | rodolfo.baquerizo@citi.com | Yes | 10/29/2018 | 07:46:22 PM | venueclientservices@dfsco.com | Invitación para la Sala de datos virtual | Usted ha sido invitado al Aula virtual de rodolfo.baquerizo@citi.com | | N/A | AccessOff |
| Gayosso | Jose Manuel | Morales Merino | +5215513700498 | Grupo Gayosso | jmmorales@gayosso.com | 10/29/2018 | 07:29:45 PM | rodolfo.baquerizo@citi.com | Yes | 10/29/2018 | 07:30:41 PM | venueclientservices@dfsco.com | Invitación para la Sala de datos virtual | Usted ha sido invitado al Aula virtual de rodolfo.baquerizo@citi.com | 7/31/2019 09:25:19 PM | NO | AccessOff |
| Investors | Iker | Paullada | | Nexxus Capital | ipaullada@nexxuscapital.com | 10/29/2018 | 06:00:43 PM | rodolfo.baquerizo@citi.com | Yes | 10/29/2018 | 06:12:31 PM | venueclientservices@dfsco.com | Invitación para la Sala de datos virtual | Usted ha sido invitado al Aula virtual de rodolfo.baquerizo@citi.com | | N/A | AccessOff |
| Investors | Mikel | Aranzabal | +525552923400 | Nexxus Capital | maranzabal@nexxuscapital.com | 10/29/2018 | 06:00:43 PM | rodolfo.baquerizo@citi.com | Yes | 10/29/2018 | 06:12:32 PM | venueclientservices@dfsco.com | Invitación para la Sala de datos virtual | Usted ha sido invitado al Aula virtual de rodolfo.baquerizo@citi.com | 2/25/2019 07:40:40 PM | NO | AccessOff |
| Investors | Daniel | Atri | 11002470 | LIV Capital | datri@livcapital.mx | 10/29/2018 | 05:57:24 PM | rodolfo.baquerizo@citi.com | Yes | 10/29/2018 | 06:12:31 PM | venueclientservices@dfsco.com | Invitación para la Sala de datos virtual | Usted ha sido invitado al Aula virtual de rodolfo.baquerizo@citi.com | 11/7/2018 12:35:06 PM | NO | AccessOff |
| Investors | Alex | Podolsky | 11002470 | LIV Capital | apodolsky@livcapital.mx | 10/29/2018 | 05:57:24 PM | rodolfo.baquerizo@citi.com | Yes | 10/29/2018 | 06:12:31 PM | venueclientservices@dfsco.com | Invitación para la Sala de datos virtual | Usted ha sido invitado al Aula virtual de rodolfo.baquerizo@citi.com | 12/18/2018 07:18:31 PM | NO | AccessOff |
| Investors | Jorge | Gil | | Promecap | jgil@promecap.com.mx | 10/29/2018 | 05:54:06 PM | rodolfo.baquerizo@citi.com | Yes | 10/29/2018 | 06:12:31 PM | venueclientservices@dfsco.com | Invitación para la Sala de datos virtual | Usted ha sido invitado al Aula virtual de rodolfo.baquerizo@citi.com | | N/A | AccessOff |
| Investors | Federico | Saiz | 11050800 | Promecap | fsaiz@promecap.com.mx | 10/29/2018 | 05:53:36 PM | rodolfo.baquerizo@citi.com | Yes | 10/29/2018 | 06:12:31 PM | venueclientservices@dfsco.com | Invitación para la Sala de datos virtual | Usted ha sido invitado al Aula virtual de rodolfo.baquerizo@citi.com | 4/16/2019 12:08:53 PM | NO | AccessOff |
| Project Administrators | Verónica | Stenner | 52810303 | Advent | VStenner@AdventInternational.mx | 10/26/2018 | 12:48:31 PM | rodolfo.baquerizo@citi.com | Yes | 10/26/2018 | 03:54:24 PM | venueclientservices@dfsco.com | Invitación para la Sala de datos virtual | Usted ha sido invitado al Aula virtual de rodolfo.baquerizo@citi.com | 10/2/2020 02:21:09 PM | NO | AccessOff |
| | Armando | Garrido | 5549403210 | Advent International | AGarrido@adventinternational.mx | 10/26/2018 | 12:48:25 PM | rodolfo.baquerizo@citi.com | Yes | 10/26/2018 | 03:54:24 PM | venueclientservices@dfsco.com | Invitación para la Sala de datos virtual | Usted ha sido invitado al Aula virtual de rodolfo.baquerizo@citi.com | 11/20/2018 10:48:40 AM | NO | Removed |
| Project Administrators | Jose | Tobon | 2128161287 | Citigroup | jose.tobon@citi.com | 10/5/2018 | 07:00:00 PM | Miguel.A.Crespo@dfsco.com | Yes | 10/8/2018 | 12:54:43 PM | venueclientservices@dfsco.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat Miguel.A.Crespo@dfsco.com | 4/16/2019 03:03:29 PM | NO | AccessOff |
| Project Administrators | Mario | Garcia | 2128169020 | Citi | mario4.garcia@citi.com | 10/5/2018 | 06:59:59 PM | Miguel.A.Crespo@dfsco.com | Yes | 10/8/2018 | 12:54:43 PM | venueclientservices@dfsco.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat Miguel.A.Crespo@dfsco.com | 11/13/2018 05:06:31 PM | NO | AccessOff |
| | Rodolfo | Baquerizo | 2128167330 | Citigroup | rodolfo.baquerizo@citi.com | 10/5/2018 | 06:50:48 PM | Miguel.A.Crespo@dfsco.com | Yes | 10/8/2018 | 12:54:44 PM | venueclientservices@dfsco.com | Your invitation to the Virtual Data Room | You have been invited to the Virtual Dat Miguel.A.Crespo@dfsco.com | 12/3/2018 01:32:16 AM | NO | Removed |