# EXHIBIT 47

PRINTED VERSION

INTERNATIONAL   LOCAL   CITY   BUSINESS   SPORTS   CULTURE   OPINIONS   SUBSCRIBE   0

LOCAL

# Investigation against the Fibra Uno owners reopened

04 MIN 00 SEC
Abel Barajas
City of Mexico (September 26, 2023) - 07:39 P.M. (Update: 10:46 A.M.)

    



*The judge ordered to reopen the investigation against the El-Mann brothers, the Fibra Uno owners, for allegedly disposing of 1 billion pesos illegally. Credits: Luis Carrillo*

A magistrate judge ordered the Prosecutor's Office of the City of Mexico to reopen the investigation against the **El-Mann**

**brothers**, the Fibra Uno owners, for allegedly disposing of one billion pesos illegally, that were received from businessman **Rafael Zaga Tawil.**

ADVERTISEMENT

[Advertisement: Avisos de ocasión (Classified ads). Download the app in your iPhone. Available on App Store]

In a press release, the company **Telra Grupo Inmobiliario** informed that Fidelina Pérez Miranda, the judge presiding over the Legal Management Unit No. 7, sitting at Reclusorio Sur, revoked the Prosecution's decision of not bringing a criminal action against Moisés, Max and André El-Mann Arzi, and ordered to investigate them for fraud and breach of trust.

After reviewing the case, the judge considered that the complaint against the El-Mann brothers has grounds to start an investigation, since the data suggests that Zaga gave the money to the El-Mann brothers and they allegedly allocated it for a different purpose.

"This provides 3 elements that represent what the law defines as a crime of breach of trust: delivery of a thing based on trust or on an agreement that does not convey ownership rights; that the trust had been gained for a purpose different from the real one (disposing of another person's belongings); and that the perpetrator actually uses the

money for a different purpose, knowing the money does not belong to them," explained the judge, as per the text released.

Last July, a federal court cancelled an arrest order for organized crime and money laundering, issued against Rafael Zaga, for the indemnity amounting to 5.88 billion pesos that Telra Realty collected from **Infonavit**.

Zaga filed a complaint before the Prosecutor's Office where he explained that, out of the money from Telra's indemnity, on March 16, 2018, he transferred one billion pesos to a trust managed by the El-Mann brothers in order to invest the money in a portfolio of approximately 4 thousand middle-class households in a neighborhood called St. Charles 11, in Maryland, very close to Washington D.C.

The agreement was that the first-year returns would be reinvested, and that the returns would be distributed as of the second year.

"Nonetheless, in May 2019, the El-Mann brothers, unilaterally, expected to amend the investment agreement, asking Zaga Tawil to pay them 20% of his returns. He refused, and he did not receive his investment back nor his returns, situation which remains the same as of today," informed the company in the press release.

When the General Prosecutor's Office (**FGR**) initiated its investigation of the Telra-Infonavit case, the El-Mann brothers were summoned to be questioned on the money received from Zaga. To avoid any legal issues, the Fibra Uno owners agreed on a plea bargain with the FGR and gave one billion pesos to the Federal Government, according to Zaga.

Thanks to the agreement, the El-Mann brothers also got the Financial Intelligence Unit to unfreeze the

business and trust accounts, including **Fibra Uno** accounts, which had been put on hold for a weekend.

Zaga's complaint against the El-Mann brothers for using his money to secure the plea bargain with the General Prosecutor's Office was denied twice alleging insufficient grounds.

The businessman filed a summary proceeding to protect his constitutional rights against "shelving", and, on March 2, the First Collegiate Criminal Court of the City of Mexico ordered the magistrate judge to investigate whether the facts in the complaint accounted for a crime. Pursuant to that decision, the judge ordered to reopen the investigation docket CI-FIEDF/T/UI-1 S/D/277/08-2020.

"From the information provided by the legal counseling, it is derived that the investigated parties, André, (Max) and Moisés El-Mann Arazi entered a plea with the General Prosecutor's Office, where part of the money was given. Prior to this plea, Rafael Zaga Tawil requested André El-Mann Arazi information on the returns and received no response," said the judge, according to the information released by the plaintiff.

"From the information provided by the parties to this authority, it is evidenced that the money was given pursuant to an agreement that did not convey ownership rights, that the trust had been gained for a purpose different from the real one, and that the perpetrator actually used the money for a different purpose, knowing the money did not belong to them."



# TRANSLATOR CERTIFICATION

Date: January 3, 2024

To whom it may concern:

I, Rocío Manfredi, a translator fluent in the SPANISH and ENGLISH languages, on behalf of Morningside Translations, do solemnly and sincerely declare that the following is, to the best of my knowledge and belief, a true and correct translation of the document(s) listed below in a form that best reflects the intention and meaning of the original text.

The documents are designated as:

- Ordenan reabrir investigación contra dueños de Fibra Uno.pdf

_____

Signature

Rocío Manfredi

_____

Print

The Leader in Global IP Solutions

EDICIÓN IMPRESA

INTERNACIONAL   NACIONAL   CIUDAD   NEGOCIOS   CANCHA   GENTE   OPINIÓN   SUSCRÍBETE   0

## NACIONAL

# Ordenan reabrir investigación contra dueños de Fibra Uno

04 MIN 00 SEG
Abel Barajas
Cd. de México (26 septiembre 2023) .-19:39 (Actualización: 10:46 hrs)

    



*Juez ordenó reabrir investigación contra hermanos El-Mann, propietarios de Fibra Uno, por presuntamente disponer de forma ilegal de mil mdp. Crédito: Luis Carrillo*

Una juez de control ordenó a la Fiscalía de la Ciudad de México reabrir la investigación contra los **hermanos El-**

**Mann**, propietarios de Fibra Uno, por presuntamente haber dispuesto en forma ilegal de mil millones de pesos del empresario **Rafael Zaga Tawil.**

PUBLICIDAD



En un comunicado, la empresa **Telra Grupo Inmobiliario** informó que Fidelina Pérez Miranda, juez de la Unidad de Gestión Judicial 7, con sede en el Reclusorio Sur, revocó el no ejercicio de la acción penal dictado por la Fiscalía en favor de Moisés, Max y André El-Mann Arazi e instruyó indagarlos por los presuntos delitos de fraude y abuso de confianza.

Tras analizar el caso, la impartidora de justicia consideró que la denuncia contra los El-Mann cuenta con los elementos para instruir una investigación, pues los datos señalan que Zaga entregó el dinero a los El-Mann y éstos probablemente dispusieron de los fondos para un objeto distinto.

"Esto nos establece los 3 elementos que constituyen el hecho que la ley señala como delito de abuso de confianza que son: la entrega de la cosa en virtud de la confianza o de un contrato que no transfiere el dominio; que la confianza haya sido alcanzada con fines distintos del de disponer de lo ajeno; y que el sujeto activo disponga de los

fondos para otros objetos distintos de los indicados, sabiendo que no le pertenecían", dijo la juez, según el texto difundido.

En julio pasado, un tribunal federal canceló la orden de aprehensión por los delitos de delincuencia organizada y lavado de dinero, girada en contra de Rafael Zaga, por el caso de la indemnización de 5 mil 88 millones de pesos que Telra Realty cobró al **Infonavit.**

Zaga denunció ante la Fiscalía capitalina que, del dinero de la indemnización de Telra, el 16 de marzo de 2018 transfirió mil millones de pesos a un fideicomiso controlado por los El Mann, para invertirlos en un portafolio de alrededor de 4 mil viviendas de clase media denominado St. Charles 11, en Maryland, muy cerca de Washington D.C.

El acuerdo era que los rendimientos del primer año se reinvirtieran y que los rendimientos se repartieran a partir del segundo año.

"Sin embargo, en mayo de 2019, los hermanos El-Mann, de forma unilateral, pretendieron cambiar el acuerdo de inversión, diciéndole a Zaga Tawil que debería pagarles a ellos un porcentaje del 20 por ciento de sus rendimientos, con lo que no estuvo de acuerdo, sin que le devolvieran su dinero o le hicieran entrega de rendimientos, situación que continúa hasta el día de hoy", dijo la empresa en el comunicado.

Cuando la Fiscalía General de la República (**FGR**) inició su investigación del Caso Telra-Infonavit, llamó a declarar a los El Mann para cuestionarlos sobre el dinero que recibieron de Zaga. Para evitar problemas legales, los dueños de Fibra Uno arreglaron un criterio de oportunidad con la FGR y entregaron esos mil millones de pesos al Gobierno Federal, según Zaga.

Con el arreglo, los El-Mann también consiguieron que la Unidad de Inteligencia Financiera descongelara las

cuentas de todas sus empresas y fideicomisos, incluida **Fibra Uno**, las cuales fueron inmovilizadas durante un fin de semana.

La denuncia de Zaga contra los El-Mann, por usar su dinero para garantizar el criterio de oportunidad ante la FGR, fue archivada en dos ocasiones por la Fiscalía capitalina, aduciendo que carecía de elementos.

El empresario presentó un amparo contra los "carpetazos" y el pasado 2 de marzo consiguió que el Primer Tribunal Colegiado Penal de la Ciudad de México ordenara a la juez de control resolver si los hechos denunciados eran constitutivos de delito. En cumplimiento a ese fallo, la juez instruyó la reapertura de la carpeta de investigación CI-FIEDF/T/UI-1 S/D/277/08-2020.

"De la información proporcionada por la asesoría jurídica se aprecia que los investigados André, (Max) y Moisés El-Mann Arazi celebraron un criterio de oportunidad ante la Fiscalía General de Justicia en la que se aportó parte de ese numerario. Previo a esta celebración, Rafael Zaga Tawil le requiere formalmente al investigado André El-Mann Arazi información de los rendimientos sin obtener respuesta", dijo la juez, según la versión difundida por la parte denunciante.

"De la información proporcionada por las partes a esta autoridad, se pone en evidencia que se entregó el numerario en virtud de un contrato que no transfiere el dominio; que la confianza fue alcanzada con fines distintos del de disponer de lo ajeno y que el sujeto activo dispuso de los fondos para otros objetos distintos a los indicados, sabiendo que no le pertenecían".