# EXHIBIT 51

**#55: Filed: 2023-06-30**

`Order`

Judge Indira Talwani: ELECTRONIC ORDER regarding Joint Motion for the Issuance of Letters Rogatory Pursuant to the Hague Convention [# 45 ]. Despite being submitted as a joint motion, the supporting Memorandum [# 46 ] identifies three "areas of disagreement" between the parties, with only the first disagreement regarding certain additional letters being addressed by separate Motions [## 44 , 47 ]. Accordingly, the court resolves the second and third disagreement as follows:As to the second disagreement regarding limits on the requests for testimony, in light of the cumbersome process for issuance of Letters Rogatory, neither side is limited to ten (10) Letters Rogatory seeking to take depositions. However, regardless of the number of Letters Rogatory issued, neither side may take more than ten (10) depositions without leave of court, pursuant to Federal Rule of Civil Procedure 30(a)(2).As to the third disagreement regarding any purported waiver or limitation on the right to cross-examine witnesses during depositions arising from Letters Rogatory requested by one side only, the court finds no such waiver and that each side may cross-examine the witnesses called by the other side without that deposition counting towards the cross-examining sides' ten (10) deposition limit.The Joint Motion for the Issuance of Letters Rogatory [# 45 ] is GRANTED as to Letters A-K, and N-T [## 49-1 through 49-11, and 49-14 through 49-20]. Where the parties state that they will need to amend Letter L (Leon Cohen) and Letter M (Marcelo Rivero Garza) to include addresses for these two individuals, the court denies without prejudice the issuance of Letters L and M [## 49-12, 49-13] subject to refiling with the corrected addresses. The parties shall arrange for a translation of the relevant executed Letters Rogatory, as well as their exhibits and schedules, where they have committed to doing so. (Kelly, Danielle) (Entered: 06/30/2023)