# EXHIBIT 52

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
ATTORNEY: QUINN EMANUEL URQUHART & SULLIVAN, LLP
ADDRESS: 51 MADISON AVE., 22ND FLOOR NEW YORK, NY 10010

INDEX NUMBER: 1:23-CV-10684

SERVICIOS FUNERARIOS GG, S.A. DE C.V.,

**Date Filed:**

*Plaintiff*

Job #: 1479065
Court Date:  Time:

*vs*

ADVENT INTERNATIONAL CORPORATION,

*Defendant*

**AFFIDAVIT OF NON SERVICE**

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

Vincent J. Mannetta, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **11/14/2023** at **4:26 PM.**, at PARK HYATT, 153 WEST 57TH STREET, NEW YORK, NY 10019 DEPONENT ATTEMPTED TO SERVE THE WITHIN **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13) With Schedule A** On **ANDRE EL-MANN ARAZI**

That diligent effort was made by deponent to serve the within document(s) on the defendant(s)/respondent therein named without success for the reasons indicated below:

I arrived for a stakeout at 1:30 p.m. I waited in the lobby and did not see the Subject. I left at 4:26 p.m.

Vincent J. Mannetta
DCA License#   2067589

Sworn to before me on 11/15/2023

Adriana Bartolotta
Notary Public, State of New York
Registration No. 01BA6377720
Qualified in Nassau County
Commission Expires 07/16/2026



UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
ATTORNEY: QUINN EMANUEL URQUHART & SULLIVAN, LLP
ADDRESS: 51 MADISON AVE., 22ND FLOOR NEW YORK, NY 10010

INDEX NUMBER: 1:23-CV-10684

SERVICIOS FUNERARIOS GG, S.A. DE C.V.,

*Plaintiff*

**Date Filed:**
Job #: 1479068
Court Date:  Time:

vs

ADVENT INTERNATIONAL CORPORATION,

*Defendant*

**AFFIDAVIT OF NON SERVICE**

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

Vincent J. Mannetta, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **11/14/2023** at **4:26 PM.**, at PARK HYATT, 153 WEST 57TH STREET, NEW YORK, NY 10019 DEPONENT ATTEMPTED TO SERVE THE WITHIN **Subpoena to Testify at a Deposition in a Civil Action and Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)** On **ANDRE EL-MANN ARAZI**

**That diligent effort was made by deponent to serve the within document(s) on the defendant(s)/respondent therein named without success for the reasons indicated below:**

**I arrived for a stakeout at 1:30 p.m. I waited in the lobby and did not see the Subject. I left at 4:26 p.m.**

Vincent J. Mannetta
DCA License#   2067589

Sworn to before me on 11/15/2023

Adriana Bartolotta
Notary Public, State of New York
Registration No. 01BA6377720
Qualified in Nassau County
Commission Expires 07/16/2026



UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
ATTORNEY: QUINN EMANUEL URQUHART & SULLIVAN, LLP
ADDRESS: 51 MADISON AVE., 22ND FLOOR NEW YORK, NY 10010

INDEX NUMBER: 1:23-CV-10684

SERVICIOS FUNERARIOS GG, S.A. DE C.V.,

**Date Filed:**

*Plaintiff*

Job #: 1479069
Court Date:  Time:

*vs*

ADVENT INTERNATIONAL CORPORATION,

*Defendant*

**AFFIDAVIT OF NON SERVICE**

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

Vincent J. Mannetta, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **11/14/2023** at **4:26 PM.**, at PARK HYATT, 153 WEST 57TH STREET, NEW YORK, NY 10019 DEPONENT ATTEMPTED TO SERVE THE WITHIN  **Subpoena to Testify at a Deposition in a Civil Action and Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)** On **GONZALO PEDRO ROBINA IBARRA**

That diligent effort was made by deponent to serve the within document(s) on the defendant(s)/respondent therein named without success for the reasons indicated below:

I arrived for a stakeout at 1:30 p.m. I waited in the lobby and did not see the Subject.  I left at 4:26 p.m.

Vincent J. Mannetta
DCA License#   2067589

Sworn to before me on 11/15/2023

Adriana Bartolotta
Notary Public, State of New York
Registration No. 01BA6377720
Qualified in Nassau County
Commission Expires 07/16/2026



UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
ATTORNEY: QUINN EMANUEL URQUHART & SULLIVAN, LLP
ADDRESS: 51 MADISON AVE., 22ND FLOOR NEW YORK, NY 10010

INDEX NUMBER: 1:23-CV-10684

SERVICIOS FUNERARIOS GG, S.A. DE C.V.,

**Date Filed:**

*Plaintiff*

Job #: 1479070
Court Date:  Time:

*vs*

ADVENT INTERNATIONAL CORPORATION,

*Defendant*

**AFFIDAVIT OF NON SERVICE**

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

Vincent J. Mannetta, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **11/14/2023** at **4:26 PM.**, at PARK HYATT, 153 WEST 57TH STREET, NEW YORK, NY 10019
DEPONENT ATTEMPTED TO SERVE THE WITHIN  **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a  Civil Action, Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13) With Schedule A**
On **GONZALO PEDRO ROBINA IBARRA**

**That diligent effort was made by deponent to serve the within document(s) on the defendant(s)/respondent therein named without success for the reasons indicated below:**

**I arrived for a stakeout at 1:30 p.m. I waited in the lobby and did not see the Subject.  I left at 4:26 p.m.**

Vincent J. Mannetta
DCA License#   2067589

Sworn to before me on 11/15/2023

Adriana Bartolotta
Notary Public, State of New York
Registration No. 01BA6377720
Qualified in Nassau County
Commission Expires 07/16/2026



**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF MASSACHUSETTS**
**ATTORNEY: QUINN EMANUEL URQUHART & SULLIVAN, LLP**
**ADDRESS: 51 MADISON AVE., 22ND FLOOR NEW YORK, NY 10010**

INDEX NUMBER: 1:23-CV-10684

SERVICIOS FUNERARIOS GG, S.A. DE C.V.,

**Date Filed:**

*Plaintiff*      Job #: 1479071
Court Date:  Time:

*vs*

ADVENT INTERNATIONAL CORPORATION,

*Defendant*

**AFFIDAVIT OF NON SERVICE**

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

Vincent J. Mannetta, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **11/14/2023** at **4:26 PM.**, at PARK HYATT, 153 WEST 57TH STREET, NEW YORK, NY 10019
DEPONENT ATTEMPTED TO SERVE THE WITHIN  **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a  Civil Action, Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13) With Schedule A**
On **FIBRA UNO ADMINISTRACION SA DE CV**

That diligent effort was made by deponent to serve the within document(s) on the defendant(s)/respondent therein named without success for the reasons indicated below:

I arrived for a stakeout at 1:30 p.m. I waited in the lobby and did not see the Subject.  I left at 4:26 p.m.

Vincent J. Mannetta
DCA License#   2067589

Sworn to before me on 11/15/2023

Adriana Bartolotta
Notary Public, State of New York
Registration No. 01BA6377720
Qualified in Nassau County
Commission Expires 07/16/2026



UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
ATTORNEY: QUINN EMANUEL URQUHART & SULLIVAN, LLP
ADDRESS: 51 MADISON AVE., 22ND FLOOR NEW YORK, NY 10010

INDEX NUMBER: 1:23-CV-10684

SERVICIOS FUNERARIOS GG, S.A. DE C.V.,

**Date Filed:**

*Plaintiff*      Job #: 1479073
             Court Date:  Time:

*vs*

ADVENT INTERNATIONAL CORPORATION,

*Defendant*

**AFFIDAVIT OF NON SERVICE**

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

Vincent J. Mannetta, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **11/14/2023** at **4:26 PM.**, at PARK HYATT, 153 WEST 57TH STREET, NEW YORK, NY 10019
DEPONENT ATTEMPTED TO SERVE THE WITHIN  **Subpoena to Testify at a Deposition in a Civil Action and Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)**
On **FIBRA UNO ADMINISTRACION SA DE CV**

That diligent effort was made by deponent to serve the within document(s) on the defendant(s)/respondent therein named without success for the reasons indicated below:

I arrived for a stakeout at 1:30 p.m. I waited in the lobby and did not see the Subject. I left at 4:26 p.m.

Vincent J. Mannetta
DCA License#   2067589

Sworn to before me on 11/15/2023

Adriana Bartolotta
Notary Public, State of New York
Registration No. 01BA6377720
Qualified in Nassau County
Commission Expires 07/16/2026



*COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

**Job #:** 1479125

Attorney: Quinn Emanuel Urquhart & Sullivan, LLP
Address: 51 Madison Ave., 22nd Floor New York, NY 10010

SERVICIOS FUNERARIOS GG, S.A. DE C.V.,

Index Number: 1:23-cv-10684

*Plaintiff*

Client's File No.:
Court Date:

*vs*

ADVENT INTERNATIONAL CORPORATION,

*Defendant*   Date Filed:

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

# AFFIDAVIT OF SERVICE

Baldeo C. Drepaul, being sworn says:

Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

On **11/14/2023**, at **5:48 PM** at: **425 PARK AVENUE, NEW YORK, NY 10022** Deponent served the within Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13) With Schedule A

On **ANDRE EL-MANN ARAZI**, therein named.

☒ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally. Deponent knew the person so served to be the person described in as said recipient therein

☒ **#2 DESCRIPTION**
Sex: Male        Color of skin: Hispanic        Color of hair: Black/Gray     Glasses: No
Age: 51-65       Height: 5ft 9inch - 6ft 0inch               Weight: Over 200 Lbs        Other Features:

☐ **#3 MILITARY SERVICE**
I asked the person spoken to whether subject was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply The source of my information and the grounds of my belief are the conversations and observations above narrated

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☒ **#5 OTHER**
Andre El Mann Arazi was personally served in front of the building at 425 Park Avenue, New York, NY   Mr El Mann refused to take the papers from me after several attempts to hand him the documents  I advised him that I will drop the document in front of him and told him that he was served

Sworn to before me on 11/15/2023

LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2027

Baldeo C. Drepaul
DCA License# 2093579



UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

**Job #:** 1479126

Attorney: Quinn Emanuel Urquhart & Sullivan, LLP
Address: 51 Madison Ave., 22nd Floor New York, NY 10010

SERVICIOS FUNERARIOS GG, S.A. DE C.V.,

*Plaintiff*

**Index Number:** 1:23-cv-10684

*vs*

**Client's File No.:**

ADVENT INTERNATIONAL CORPORATION,

**Court Date:**

*Defendant*

**Date Filed:**

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

# AFFIDAVIT OF SERVICE

Baldeo C. Drepaul, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **11/14/2023**, at **5:48 PM** at **425 PARK AVENUE, NEW YORK, NY 10022** Deponent served the within **Subpoena to Testify at a Deposition in a Civil Action and Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)**

On **ANDRE EL-MANN ARAZI, therein named.**

**#1 INDIVIDUAL**
☒ By delivering a true copy of each to said recipient personally. Deponent knew the person so served to be the person described in as said recipient therein

☒ **#2 DESCRIPTION**

| | | |
|---|---|---|
| Sex: Male | Color of skin: Hispanic | Color of hair: Black/Gray    Glasses: No |
| Age: 51-65 | Height: 5ft 9inch - 6ft 0inch | Weight: Over 200 Lbs    Other Features |

☐ **#3 MILITARY SERVICE**
I asked the person spoken to whether subject was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☒ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of $40.00

☒ **#5 OTHER**
Andre El Mann Arazi was personally served in front of the building at 425 Park Avenue, New York, NY. Mr. El Mann refused to take the papers from me after several attempts to hand him the documents. I advised him that I will drop the document in front of him and told him that he was served.

Sworn to before me on 11/15/2023

LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2027

Baldeo C. Drepaul
DCA License# 2093579



*COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
ATTORNEY: QUINN EMANUEL URQUHART & SULLIVAN, LLP
ADDRESS: 51 MADISON AVE., 22ND FLOOR NEW YORK, NY 10010

INDEX NUMBER: 1:23-CV-10684

SERVICIOS FUNERARIOS GG, S.A. DE C.V.,

*Plaintiff*

Date Filed:
Job #: 1479127
Court Date: Time:

*vs*

ADVENT INTERNATIONAL CORPORATION,

*Defendant*

## AFFIDAVIT OF NON SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

Baldeo C. Drepaul, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **11/14/2023** at **5:48 PM.**, at 425 PARK AVENUE, NEW YORK, NY 10022
Deponent attempted to serve the within **Subpoena to Testify at a Deposition in a Civil Action and Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)**
On **GONZALO PEDRO ROBINA IBARRA**

**That diligent effort was made by deponent to serve the within document(s) on the defendant(s)/respondent therein named without success for the reasons indicated below:**

**I attempted service on 11/14/23 @ 5:48 p.m. I was unable to serve the Subject because I called out to someone who acknowledged him by his first name, but he then ran out of the building towards South on Park Ave.**

Baldeo C. Drepaul
DCA License# 2093579

Sworn to before me on 11/15/2023

LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2027

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
ATTORNEY: QUINN EMANUEL URQUHART & SULLIVAN, LLP
ADDRESS: 51 MADISON AVE., 22ND FLOOR NEW YORK, NY 10010

INDEX NUMBER: 1:23-CV-10684

SERVICIOS FUNERARIOS GG, S.A. DE C.V.,

**Date Filed:**

*Plaintiff*  Job #: 1479128
Court Date: Time:

*vs*

ADVENT INTERNATIONAL CORPORATION,

*Defendant*

# AFFIDAVIT OF NON SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

Baldeo C. Drepaul, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **11/14/2023** at **5:48 PM.**, at 425 PARK AVENUE, NEW YORK, NY 10022
Deponent attempted to serve the within **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13) With Schedule A**
On **GONZALO PEDRO ROBINA IBARRA**

**That diligent effort was made by deponent to serve the within document(s) on the defendant(s)/respondent therein named without success for the reasons indicated below:**

**I attempted service on 11/14/23 @ 5:48 p.m.  I was unable to serve the Subject because I called out to someone who acknowledged him by his first name, but he then ran out of the building towards South on Park Ave.**

Baldeo C. Drepaul
DCA License#   2093579

Sworn to before me on 11/15/2023

LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2027



UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

**Job #:** 1479129

Attorney: Quinn Emanuel Urquhart & Sullivan, LLP
Address: 51 Madison Ave., 22nd Floor New York, NY 10010

SERVICIOS FUNERARIOS GG, S.A. DE C.V.,

*Plaintiff*

*vs*

ADVENT INTERNATIONAL CORPORATION,

*Defendant*

**Index Number:** 1:23-cv-10684
**Client's File No.:**
**Court Date:**
**Court Time:**

**Date Filed:**

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**Baldeo C. Drepaul**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **11/14/2023**, at **5:48 PM** at: **425 PARK AVENUE, NEW YORK, NY 10022** Deponent served the within Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13) With Schedule A

On: **FIBRA UNO ADMINISTRACION SA DE CV, therein named.**

☒ **#1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/ Agency**
By delivering thereat a true copy of each to Andre El- Mann Arazi  personally. Deponent knew said entity to be the corporation/partnership /trust /LLC/ agency/ P.C. /banking institution / insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Chief Executive Officer thereof, authorized to accept on behalf.

☒ **#2 DESCRIPTION**
Sex: Male          Color of skin: Hispanic          Color of hair: Black/Gray     Glasses: No
Age: 51-65          Height: 5ft 9inch - 6ft 0inch          Weight: Over 200 Lbs.          Other Features:

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☒ **#4 OTHER**
Andre El Mann Arazi as CEO refused to take the papers from me after several attempts to hand him the documents.  I advised him that I will drop the document in front of him and told him that he was served

Sworn to before me on 11/15/2023

LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR8332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2027

Baldeo C Drepaul
DCA License# 2093579

*COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

**Job #:** 1479130

**Attorney:** Quinn Emanuel Urquhart & Sullivan, LLP
**Address:** 51 Madison Ave., 22nd Floor New York, NY 10010

SERVICIOS FUNERARIOS GG, S.A. DE C.V.,

*Plaintiff*

*vs*

ADVENT INTERNATIONAL CORPORATION,

*Defendant*

**Index Number:** 1:23-cv-10684
**Client's File No.:**
**Court Date:**
**Court Time:**

**Date Filed:**

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**Baldeo C. Drepaul**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **11/14/2023**, at **5:48 PM** at: **425 PARK AVENUE, NEW YORK, NY 10022** Deponent served the within Subpoena to Testify at a Deposition in a Civil Action and Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

On: **FIBRA UNO ADMINISTRACION SA DE CV**, therein named.

☒ **#1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/ Agency**
By delivering thereat a true copy of each to Andre El- Mann Arazi  personally. Deponent knew said entity to be the corporation/partnership /trust /LLC/ agency/ P.C /banking institution / insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Chief Executive Officer thereof, authorized to accept on behalf.

☒ **#2 DESCRIPTION**
Sex: Male          Color of skin: Hispanic      Color of hair: Black/Gray      Glasses: No
Age: 51-65         Height: 5ft 9inch - 6ft 0inch        Weight: Over 200 Lbs         Other Features:

☒ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $40.00.

☒ **#4 OTHER**
Andre El Mann Arazi as CEO refused to take the papers from me after several attempts to hand him the documents.  I advised him that I will drop the document in front of him and told him that he was served

Sworn to before me on 11/15/2023

LATCHME DEV. DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2027

Baldeo C. Drepaul
DCA License# 2093579

*COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

**Job #:** 1479132

**Attorney:** Quinn Emanuel Urquhart & Sullivan, LLP
**Address:** 51 Madison Ave., 22nd Floor New York, NY 10010

SERVICIOS FUNERARIOS GG, S.A. DE C.V.,

*Plaintiff*

**Index Number** 1:23-cv-10684

**Client's File No.:**

*vs*

ADVENT INTERNATIONAL CORPORATION,

**Court Date:**

*Defendant*

**Date Filed:**

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

# AFFIDAVIT OF SERVICE

**Baldeo C. Drepaul**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **11/14/2023**, at **5:48 PM** at: **425 PARK AVENUE, NEW YORK, NY 10022** Deponent served the within Subpoena to Testify at a **Deposition in a Civil Action and Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)**

On: **GONZALO PEDRO ROBINA IBARRA,  therein named.**

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Andre El-Mann Arazi (Chief Executive Officer) a person of suitable age and discretion

☒ **#2 DESCRIPTION**
| | | |
|---|---|---|
| Sex: Male | Color of skin: Hispanic | Color of hair: Black/Gray   Glasses: No |
| Age: 51-65 | Height: 5ft 9inch - 6ft 0inch | Weight: Over 200 Lbs.   Other Features: |

☐ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☒ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of $40.00

☒ **#5 OTHER**
Mr. El Mann Arazi refused to take the papers from me after several attempts to hand him the documents. I advised him that I will drop the document in front of him. I told him that I am serving him as a courtesy for Gonzalo Pedro Robina Ibarra

Sworn to before me on 11/15/2023

LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2027

Baldeo C. Drepaul
DCA License # 2093579



*COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

Job #: 1479133

Attorney: Quinn Emanuel Urquhart & Sullivan, LLP
Address: 51 Madison Ave., 22nd Floor New York, NY 10010

SERVICIOS FUNERARIOS GG, S.A. DE C.V.,

Index Number: 1:23-cv-10684

*Plaintiff*

Client's File No.:

*vs*

Court Date:

ADVENT INTERNATIONAL CORPORATION,

*Defendant*

Date Filed:

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:
**Baldeo C. Drepaul**, being sworn says:

# AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **11/14/2023**, at **5:48 PM** at: **425 PARK AVENUE, NEW YORK, NY 10022** Deponent served the within **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises In a Civil Action, Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13) With Schedule A**

On **GONZALO PEDRO ROBINA IBARRA**, therein named.

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Andre El-Mann Arazi (Chief Executive Officer) a person of suitable age and discretion.

☒ **#2 DESCRIPTION**
**Sex**: Male        **Color of skin**: Hispanic        **Color of hair**: Black/Gray    **Glasses**: No
**Age**: 51-65      **Height**: 5ft 9inch - 6ft 0inch        **Weight**: Over 200 Lbs        **Other Features**:

☐ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of $.

☒ **#5 OTHER**
Mr. El-Mann Arazi refused to take the papers from me after several attempts to hand him the documents. I advised him that I will drop the document in front of him. I told him that I am serving him as a courtesy for Gonzalo Pedro Robina Ibarra.

Sworn to before me on 11/15/2023

ATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2027

Baldeo C. Drepaul
DCA License # 2093579



*COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS                                                Job #: 1479147

Attorney: Quinn Emanuel Urquhart & Sullivan, LLP
Address: 51 Madison Ave., 22nd Floor New York, NY 10010

SERVICIOS FUNERARIOS GG, S.A. DE C.V.,                    Index Number: 1:23-cv-10684

                                          *Plaintiff*        Client's File No:
                    vs

ADVENT INTERNATIONAL CORPORATION,                         Court Date:

                                          *Defendant*       Date Filed:

STATE OF NEW YORK, COUNTY OF NASSAU, SS:                  **AFFIDAVIT OF HAND DELIVERY**

Baldeo C. Drepaul, being sworn says:

    Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

On 11/15/2023, at 2:44 PM at 153 WEST 57TH STREET, NEW YORK, NY 10019 Deponent served the within Subpoena to Produce
Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Federal Rule of Civil Procedure 45 (c), (d), (e), and
(g) (Effective 12/1/13) With Schedule A

On: ANDRE EL-MANN ARAZI C/O PARK HOTEL, therein named.

☒ **#1 HAND DELIVERY**
    By delivering thereat a true copy of each to Noel (Security) a person of suitable age and discretion at said premises.

☒ **#2 DESCRIPTION**
    Sex: Male    Color of skin: White    Color of hair: Black    Glasses: No
    Age: 36-50    Height: 6ft Over    Weight: Over 200 Lbs    Other Features:

☐ **#3 MILITARY SERVICE**
    I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity
    whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above
    narrated.

☐ **#4 WITNESS FEES**
    Subpoena Fee Tendered in the amount of $.

☒ **#5 OTHER**
    I inserted the document in a sealed envelope. As per Noel, as Security, he performed a guest search and found El Mann and Ibarra, in separate
    rooms and on different floors. I asked to deliver the package myself or if they can provide the room numbers and that was declined. Noel
    assured me that the package will be delivered to Ibarra. I asked if a timing can be provided as to when approximately and he stated due to
    security concerns, that once everything is cleared the package will be sent to Ibarra's room.

Sworn to before me on 11/16/2023

ATOCHIE DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6330029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/28/2027

Baldeo C. Drepaul
DCA License # 2093679



*COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

**Job #:** 1479148

Attorney: Quinn Emanuel Urquhart & Sullivan, LLP
Address: 51 Madison Ave., 22nd Floor New York, NY 10010

SERVICIOS FUNERARIOS GG, S.A. DE C.V.,

*Plaintiff*

**Index Number:** 1:23-cv-10684

**Client's File No.:**

*VS*

ADVENT INTERNATIONAL CORPORATION,

*Defendant*

**Court Date:**

**Date Filed:**

STATE OF NEW YORK, COUNTY OF NASSAU, SS.

**AFFIDAVIT OF HAND DELIVERY**

Baldeo C. Drepaul, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **11/15/2023**, at **2:44 PM** at: **153 WEST 57TH STREET, NEW YORK, NY 10019** Deponent served the within **Subpoena to Testify at a Deposition in a Civil Action and Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)**

On: **ANDRE EL-MANN ARAZI C/O PARK HOTEL,  therein named.**

☒ **#1 HAND DELIVERY**
By delivering thereat a true copy of each to Noel (Security) a person of suitable age and discretion at said premises

☒ **#2 DESCRIPTION**
Sex: Male            Color of skin: White            Color of hair: Black            Glasses: No
Age: 36-50        Height: 6ft Over                  Weight: Over 200 Lbs        Other Features

☐ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☒ **#5 OTHER**
I inserted the document in a sealed envelope. As per Noel, as Security, he performed a guest search and found El Mann and Ibarra  in separate rooms and on different floors. I asked to deliver the package myself or if they can provide the room numbers and that was declined. Noel, assured me that the package will be delivered to Ibarra. I asked if a timing can be provided as to when approximately and he stated due to security concerns, that once everything is cleared the package will be sent to Ibarra's room

Sworn to before me on 11/16/2023

LATCHMIE DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires: 10/26/2027

Baldeo C. Drepaul
DCA License # 2093579



*COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

Job #: 1479149

Attorney : Quinn Emanuel Urquhart & Sullivan, LLP
Address : 51 Madison Ave  22nd Floor New York, NY 10010

SERVICIOS FUNERARIOS GG, S.A. DE C.V.,

*Plaintiff*

VS

ADVENT INTERNATIONAL CORPORATION,

*Defendant*

Index Number : 1:23-cv-10684

Client's File No.:

Court Date:

Date Filed:

**AFFIDAVIT OF HAND DELIVERY**

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:
**Baldeo C. Drepaul**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **11/15/2023**, at **2:44 PM** at: **153 WEST 57TH STREET, NEW YORK, NY 10019** Deponent served the within Subpoena to Testify at a Deposition in a Civil Action and Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

On: **GONZALO PEDRO ROBINA IBARRA C/O PARK HOTEL**, therein named

☒ **#1 HAND DELIVERY**
By delivering thereat a true copy of each to Noei (Security) a person of suitable age and discretion at said premises.

☒ **#2 DESCRIPTION**

| | | | |
|---|---|---|---|
| Sex: Male | Color of skin: White | Color of hair: Black | Glasses: No |
| Age: 36-50 | Height: 5ft Over | Weight: Over 200 Lbs. | Other Features |

☐ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☒ **#5 OTHER**
I inserted the document in a sealed envelope. As per Noei, as Security, he performed a guest search and found El Mann and Ibarra  in separate rooms and on different floors. I asked to deliver the package myself or if they can provide the room numbers and that was declined. Noei, assured me that the package will be delivered to Ibarra. I asked if a timing can be provided as to when approximately and he stated due to security concerns, that once everything is cleared the package will be sent to Ibarra's room.

Sworn to before me on 11/16/2023

ATCHME DEV DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/28/2027



Baldeo C. Drepaul
DCA License # 2093579

*COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 License #1382542*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
**Attorney:** Quinn Emanuel Urquhart & Sullivan, LLP
**Address:** 51 Madison Ave., 22nd Floor New York, NY 10010

**Job #:** 1479150

SERVICIOS FUNERARIOS GG, S.A. DE C.V.,

*Plaintiff*

**vs**

ADVENT INTERNATIONAL CORPORATION,

*Defendant*

**Index Number:** 1:23-cv-10684

**Client's File No.:**

**Court Date:**

**Date Filed:**

**AFFIDAVIT OF HAND DELIVERY**

STATE OF NEW YORK, COUNTY OF NASSAU, SS.
**Baldeo C. Drepaul**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **11/15/2023**, at **2:44 PM** at: **153 WEST 57TH STREET, NEW YORK, NY 10019** Deponent served the within Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13) With Schedule A

On: **GONZALO PEDRO ROBINA IBARRA C/O PARK HOTEL**, therein named.

☒ **#1 HAND DELIVERY**
By delivering thereat a true copy of each to Noel (Security) a person of suitable age and discretion at said premises

☒ **#2 DESCRIPTION**
Sex: Male     Color of skin: White     Color of hair: Black     Glasses: No
Age: 36-50    Height: 5ft Over         Weight: Over 200 Lbs.    Other Features:

☐ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☒ **#5 OTHER**
I inserted the document in a sealed envelope. As per Noel, as Security, he performed a guest search and found El Mann and Ibarra, in separate rooms and on different floors. I asked to deliver the package myself or if they can provide the room numbers and that was declined. Noel assured me that the package will be delivered to Ibarra. I asked if a timing can be provided as to when approximately and he stated due to security concerns, that once everything is cleared the package will be sent to Ibarra's room.

Sworn to before me on 11/16/2023

ATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2027

Baldeo C. Drepaul
DCA License # 2093579



*COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

**Job #:** 1479151

Attorney: Quinn Emanuel Urquhart & Sullivan, LLP
Address: 51 Madison Ave., 22nd Floor New York, NY 10010

SERVICIOS FUNERARIOS GG, S.A. DE C.V.,

*Plaintiff*

vs

ADVENT INTERNATIONAL CORPORATION,

*Defendant*

**Index Number:** 1:23-cv-10684
**Client's File No.:**
**Court Date:**
**Court Time:**

Date Filed:

# AFFIDAVIT OF HAND DELIVERY

STATE OF NEW YORK, COUNTY OF NASSAU, SS.

Baldeo C. Drepaul, being sworn says

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **11/15/2023**, at **2:44 PM** at **153 WEST 57TH STREET, NEW YORK, NY 10019** Deponent served the within Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13) With Schedule A

On: **FIBRA UNO ADMINISTRACION SA DE CV C/O PARK HOTEL**, therein named.

☒ **#1 HAND DELIVERY**
By delivering thereat a true copy of each to Noel (Security) a person of suitable age and discretion at said premises

☒ **#2 DESCRIPTION**
Sex: Male    Color of skin: White    Color of hair: Black    Glasses: No
Age: 36-50    Height: 6ft Over    Weight: Over 200 Lbs    Other Features

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $.

☒ **#4 OTHER**
I inserted the document in a sealed envelope. As per Noel, as Security, he performed a guest search and found El Mann and Ibarra, in separate rooms and on different floors. I asked to deliver the package myself or if they can provide the room numbers and that was declined. Noel, assured me that the package will be delivered to Ibarra. I asked if a timing can be provided as to when approximately and he stated due to security concerns, that once everything is cleared the package will be sent to Ibarra's room.

Sworn to before me on 11/16/2023

LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2027

Baldeo C. Drepaul
DCA License# 2093579

*COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

**Job #:** 1479152

**Attorney:** Quinn Emanuel Urquhart & Sullivan, LLP
**Address:** 51 Madison Ave., 22nd Floor New York, NY 10010

SERVICIOS FUNERARIOS GG, S.A. DE C.V.,

*Plaintiff*

*vs*

ADVENT INTERNATIONAL CORPORATION,

*Defendant*

**Index Number:** 1:23-cv-10684
**Client's File No.:**
**Court Date:**
**Court Time:**

**Date Filed:**

# AFFIDAVIT OF HAND DELIVERY

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

Baldeo C. Drepaul, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **11/15/2023**, at **2:44 PM** at **153 WEST 57TH STREET, NEW YORK, NY 10019** Deponent served the within Subpoena to Testify at a Deposition in a Civil Action and Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

On **FIBRA UNO ADMINISTRACION SA DE CV C/O PARK HOTEL**, therein named.

☒ **#1 HAND DELIVERY**
By delivering thereat a true copy of each to Noel (Security) a person of suitable age and discretion at said premises.

☒ **#2 DESCRIPTION**
Sex: Male          Color of skin: White          Color of hair: Black     Glasses: No
Age: 36-50          Height: 6ft Over          Weight: Over 200 Lbs          Other Features

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☒ **#4 OTHER**
I inserted the document in a sealed envelope. As per Noel, as Security, he performed a guest search and found El Mann and Ibarra, in separate rooms and on different floors. I asked to deliver the package myself or if they can provide the room numbers and that was declined. Noel, assured me that the package will be delivered to Ibarra. I asked if a timing can be provided as to when approximately and he stated due to security concerns, that once everything is cleared the package will be sent to Ibarra's room.

Sworn to before me on 11/16/2023

LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2027

Baldeo C. Drepaul
DCA License# 2093579

*COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542*