# EXHIBIT 53

Case No. 1:23-cv-10684

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---

SERVICIOS FUNERARIOS GG, S.A. DE C.V.,

-against-

ADVENT INTERNATIONAL CORPORATION
---

I, Vincent Mannetta, am a Licensed Process server employed by Court Support, Inc.

I arrived at 153 W 57th Street, New York, NY (the Park Hyatt New York), on November 14th, 2023, at approximately 1:30 p.m. in order to serve papers upon:

1. Gonzalo Pedro Robina Ibarra, who is the deputy CEO of Fibra Uno
2. Andre El Mann Arazi, who is the CEO of Fibra Uno

I left the hotel at 4:26 p.m. to go to 425 Park Ave, New York, NY where I arrived at 4:45 After a few minutes my colleague, Baldeo C. Drepaul, arrived at the same location at 5:00 p.m. Mr. Drepaul is also employed by Court Support, Inc.

I then handed over all the documents to Mr. Drepaul, and I explained the nature of the services. Mr. Drepaul took notes as I observed, and we both continued to wait and observe in the building lobby. At approximately 5:45 p.m., Mr. Drepaul, advised me that he believed that he saw Mr. Robina and Mr. El Mann in a group coming out of the elevator, and he approached while I observed. I overheard Mr. Drepaul call out Mr. Robina's name. As Mr. Drepaul was trying to hand him the papers, Mr. Robina was surrounded by others and quickly exited the building then turned left on Park Ave, heading South. I witnessed Mr. Drepaul follow Mr. El Mann out of the building and try several times to hand all six documents to Mr. El Mann, who refused to take them and walked North on Park Ave. I overheard Mr. Drepaul tell Mr. El Mann that he is being served, and that he is also serving these for Mr. Robina as a courtesy. I watched him leave the documents right in front of him and captured photos.

Dated: 11/17/2023

*[Signature]*

**ADRIANA BARTOLOTTA**
Notary Public, State of New York
No. 01BA6377720
Qualified in Nassau County
Commission Expires 07/16/2026

*[Signature]*
Vincent J. Mannetta
DCA License # 2067589