# EXHIBIT 54

Case No. 1:23-cv-10684

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---

SERVICIOS FUNERARIOS GG, S.A. DE C.V.,

-against-

ADVENT INTERNATIONAL CORPORATION

---

I Adriana Bartolotta, employed by Court Support Inc. prepared and sent by federal ex copies of 6 federal subpoenas to Mr. Gonzalo's last known business address in Mexico, Antonio Dovali Jaime 70, Samara, Torre B, Piso 11 Santa Fe, CDMX 01219 on November 16, 2023.

Federal Express Tracking No. 7741 2315 2369.

Dated: November 17, 2023

**LARRY RADLER**
Notary Public, State of New York
No. 01RA6361956
Qualified in Nassau County
Commission expires 07/24/2025

_____
Adriana Bartolotta