UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVENT INTERNATIONAL CORPORATION,<br><br>    *Petitioner*,<br><br>  v.<br><br>ANDRE EL-MANN ARAZI, GONZALO PEDRO ROBINA IBARRA, FIBRA UNO ADMINISTRACION S.A. DE C.V.<br><br>    *Respondents*. | Misc. Case No. 1:24-mc-00016<br><br>Underlying Action:<br><br>*Servicios Funerarios GG, S.A. de C.V. v. Advent International Corporation*, Case No. 23-CV-10684-IT (D. Mass.) |

To the Clerk of the Court and All Counsel of Record:

  PLEASE TAKE NOTICE that the undersigned hereby appears in this case as counsel of record for Petitioner Advent International Corporation, n/k/a Advent International, L.P.

  I hereby certify that I am a member in good standing of the bar of this Court.

Dated: New York, New York
   January 12, 2024

Respectfully submitted,

QUINN EMANUEL URQUHART &
 SULLIVAN, LLP

By: */s/ Gabriel F. Soledad*
 Gabriel F. Soledad
 QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
 1300 I Street NW
 Washington, D.C. 20005
 (202)538-8000
 gabrielsoledad@quinnemanuel.com

*Attorneys for Petitioner*