UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVENT INTERNATIONAL CORPORATION,<br><br>*Petitioner*,<br><br>v.<br><br>ANDRE EL-MANN ARAZI, GONZALO PEDRO ROBINA IBARRA, FIBRA UNO ADMINISTRACION S.A. DE C.V.<br><br>*Respondents*. | Misc. Case No. 1:24-mc-00016<br><br>Underlying Action:<br><br>*Servicios Funerarios GG, S.A. de C.V. v. Advent International Corporation*, Case No. 23-CV-10684-IT (D. Mass.) |

To the Clerk of the Court and All Counsel of Record:

    PLEASE TAKE NOTICE that the undersigned hereby appears in this case as counsel of record for Petitioner Advent International Corporation, n/k/a Advent International, L.P.

    I hereby certify that I am a member in good standing of the bar of this Court.

Dated: New York, New York
         January 12, 2024

Respectfully submitted,

QUINN EMANUEL URQUHART &
   SULLIVAN, LLP

By: */s/ Andrew J. Rossman*
    Andrew J. Rossman
    QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
    51 Madison Avenue, 22nd Floor
    New York, New York 10010
    (212) 849-7000
    andrewrossman@quinnemanuel.com
    *Attorneys for Petitioner*