UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVENT INTERNATIONAL CORPORATION,<br><br>    *Petitioner*,<br><br>  v.<br><br>ANDRE EL-MANN ARAZI, GONZALO PEDRO ROBINA IBARRA, FIBRA UNO ADMINISTRACION S.A. DE C.V.<br><br>    *Respondents*. | Misc. Case No. 1:24-mc-00016<br><br>Underlying Action:<br><br>*Servicios Funerarios GG, S.A. de C.V. v. Advent International Corporation*, Case No. 23-CV-10684-IT (D. Mass.) |

To the Clerk of the Court and All Counsel of Record:

  PLEASE TAKE NOTICE that the undersigned hereby appears in this case as counsel of record for Petitioner Advent International Corporation, n/k/a Advent International, L.P.

  I hereby certify that I am a member in good standing of the bar of this Court.

Dated: New York, New York
   January 12, 2024

            Respectfully submitted,

            QUINN EMANUEL URQUHART &
             SULLIVAN, LLP

            By: /s/ *Nicholas A.S. Hoy*
             Nicholas A. S. Hoy
             QUINN EMANUEL URQUHART &
             SULLIVAN, LLP
             51 Madison Avenue, 22nd Floor
             New York, New York 10010
             (212) 849-7000
             nicholashoy@quinnemanuel.com

            *Attorneys for Petitioner*