AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ADVENT INTERNATIONAL CORPORATION, ) <br> *Plaintiff* ) <br> v. ) <br> ANDRE EL-MANN ARAZI, et al. ) <br> *Defendant* ) | Case No. 1:24-mc-00016 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Respondents, Andre El-Mann Arazi, Gonzalo Pedro Robina Ibarra, Fibra Uno Administracion S.A. de C.V.   .

Date: 01/16/2024

/s/ Jacob W. Buchdahl
*Attorney's signature*

/s/ Jacob W. Buchdahl [JB1902]
*Printed name and bar number*

Susman Godfrey LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019

*Address*

jbuchdahl@susmangodfrey.com
*E-mail address*

(212) 336-8330
*Telephone number*

(212) 336-8340
*FAX number*