IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF NEW YORK

| | |
|---|---|
| ADVENT INTERNATIONAL CORPORATION,<br><br>Petitioner<br><br>v.<br><br>ANDRE EL-MANN ARAZI, GONZALO PEDRO ROBINS IBARRA, FIBRA UNO ADMINISTRACION S.A. DE C.V.,<br><br>Respondents | Misc. Case No.: 1:24-mc-00016<br><br>Underlying Action:<br>Servicios Funerarios GG, S.A. de C.V. v. Advent International Corporation, Case No. 23-CV-10684-IT (D. Mass.) |

**FIBRA UNO ADMINISTRACION S.A. DE C.V.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Respondent Fibra Uno Administracion S.A. DE C.V. ("Fibra Uno"), by and through its undersigned counsel, certifies that Fibra Uno has no parent corporation and that no publicly held corporation owns 10 percent or more of Fibra Uno's stock.

Dated: January 18, 2024

SUSMAN GODFREY L.L.P.

*/s/ Beatrice Franklin*
Jacob Buchdahl
Beatrice Franklin
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
(212) 336-8330
jbuchdahl@susmangodfrey.com
bfranklin@susmangodfrey.com

*Attorneys for Respondents*