SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001-8602
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

| SUITE 5100 | SUITE 1400 | SUITE 3000 |
| --- | --- | --- |
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE AMERICAS | 401 UNION STREET |
| HOUSTON, TX 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-2683 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

BEATRICE FRANKLIN
DIRECT DIAL (212) 729-2021

E-MAIL bfranklin@susmangodfrey.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2024

April 23, 2024

**VIA ECF**

Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Advent International Corporation v. El-Mann Arazi, et al.*
      **S.D.N.Y. Misc. Case No.: 1:24-mc-00016-MKV**

Dear Judge Vyskocil:

We represent the Fibra Uno Parties in this matter. We respectfully request a brief adjournment of the May 16, 2024 evidentiary hearing. Undersigned counsel has a long-planned family vacation the week of May 13-17 that cannot be rescheduled. We are instead available on any of the following dates:[1]

- May 22
- May 28
- June 11-13
- June 17-18
- June 21

---

[1] Counsel for Advent have indicated that they are available on May 28. They have declined to provide their availability for the June dates, but asked us to relay that they are available on May 23-24 and June 4-7, dates on which counsel for the Fibra Uno Parties are unavailable.

April 23, 2024
Page 2

Pursuant to the Court's Individual Rule 2(G), we note that there have been no previous requests to adjourn this date and that we conferred with Advent's counsel regarding this request. Advent indicated that they oppose the request for an adjournment unless we agree to make Mr. El-Mann, Mr. Robina, and Mr. Pigeón available at the hearing, a condition that the Fibra Uno Parties are not willing to accept.

We appreciate the Court's consideration of this request.

Respectfully,

Beatrice C. Franklin

**Granted. SO ORDERED.** The hearing is ADJOURNED to May 28, 2024 at 11:00 a.m. No further adjournments will be granted.

Date: April 30, 2024
New York, New York

Mary Kay Vyskocil
United States District Judge